**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **CAMADA SOLUTIONS LLC,**<br><br>**PLAINTIFF,**<br><br>**v.**<br><br>**DISCORD INC.,**<br><br>**DEFENDANT.** | **Case No. ________________**<br><br>**JURY TRIAL DEMANDED** |

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff Camada Solutions LLC ("Plaintiff") brings this action against Defendant Discord Inc. ("Defendant" or "Discord") for infringement of Plaintiff's United States Patent No. 8,736,764 (the " '764 Patent" or "Asserted Patent," attached as Exhibit 1), and hereby alleges:

## NATURE OF THE ACTION

1. This is an action for patent infringement arising under the patent laws of the United States, 35 U.S.C. § 1 *et seq*., as a result of Defendant's infringement of the Asserted Patent.

2. Plaintiff owns the entire right, title, and interest in and to the Asserted Patent, including all substantial rights in the Asserted Patent, and possesses all rights to sue for infringement of the Asserted Patent and to recover damages for past, present, and future infringement, including lost profits, royalties, and/or other damages available by law.

3. Without authorization, Defendant makes, uses, sells, offers for sale, and/or imports into the United States certain software, products, and services, including: (i) Discord's Windows desktop application, which includes a Game Overlay feature, including overlay widgets, notification widgets, text/voice widgets, pinning functionality, and related settings for

displaying, hiding, positioning, and managing overlay widgets during gameplay (the "Windows Accused Product"); and (ii) Discord's native Meta Quest application that has associated Discord software and service functionality for providing Discord panels/windows in the Meta Quest Virtual Reality ("VR") environment, including functionality for accessing Discord servers, Direct Messages ("DMs"), Group DMs, voice/video calls, gameplay streaming, and pinned Discord panels/windows while another VR application continues running (the "Quest Accused Product"); and (iii) Discord's Android mobile application and Mobile Voice Overlay feature, including Discord overlay bubbles, voice/call controls, mobile notification functionality, Android draw-over functionality, and related settings for enabling, displaying, moving, dismissing, persisting, and managing Discord overlay bubbles, voice/call controls, and notification output while other Android applications or games continue running (the "Android Accused Product"; together with the Windows Accused Product and Quest Accused Product, the "Accused Products").

## PARTIES

4. Plaintiff Camada Solutions LLC is a limited liability company organized and existing under the laws of the State of Texas, with its principal place of business at Rua General Norton de Matos 21, 3DT, 2830-345 Barreiro, Portugal.

5. Harald Amundsen is the sole inventor of the '764 Patent and the sole member and manager of Plaintiff. Mr. Amundsen is a software engineer and electro instrument automation engineer who is a named inventor on multiple patents in the United States, as well as patents in China and Norway.

6. On information and belief, Discord is a corporation organized and existing under the laws of the State of Delaware with a principal place of business at 444 De Haro Street, Suite

200, San Francisco, CA 94107. Discord's registered agent in Delaware is The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, Delaware 19801.

## JURISDICTION AND VENUE

7. This Court has subject-matter jurisdiction over this action for patent infringement under 28 U.S.C. §§ 1331 and 1338(a).

8. On information and belief, Discord conducts business in Delaware and sells, offers to sell, distributes, advertises, and/or uses the Accused Products in the United States, including throughout the State of Delaware and this District, and introduces the Accused Products into the stream of commerce knowing and intending that the Accused Products would be extensively used in the State of Delaware and this District.

9. This Court has personal jurisdiction over Discord because Discord is incorporated under the laws of the State of Delaware and is therefore subject to general personal jurisdiction in this District. This Court also has personal jurisdiction over Defendant under the Delaware Long-Arm Statute, 10 Del. Code § 3104, because, at a minimum, Defendant has committed acts within this District giving rise to this action and has established minimum contacts with this forum including under 10 Del. Code § 3104(c)(1), (3), and (4) such that the exercise of personal jurisdiction over Defendant would not offend traditional notions of fair play and substantial justice. For example, upon information and belief, Defendant supplies and makes the Accused Products available for download and use in the State of Delaware comprising part of the injury at issue in this complaint. Exercising personal jurisdiction over Defendant in this District thus comports with Due Process.

10. Venue is proper in this District under 28 U.S.C. §§ 1391(b), 1400(b) because Discord is incorporated in Delaware and therefore resides in this District for purposes of the general venue and patent venue statutes.

**THE ASSERTED PATENT**

11. The ’764 Patent is directed to a navigation and display system that enables users to control the display and functionality of on-screen “widgets” displayed on a TV/display unit.

12. The ’764 Patent is entitled “Method, Navigation and Display System for Widgets on Internet-Enabled Devices” and issued on May 27, 2014. A true and correct copy of the ’764 Patent is attached hereto as Exhibit 1.

13. The ’764 Patent claims priority to PCT patent application PCT/NO2010/000337, filed on September 15, 2010, which in turn claims priority to Norwegian patent application 20093318, filed on November 11, 2009. The ’764 Patent issued on May 27, 2014, and expires September 15, 2030.

14. The named inventor on the ’764 Patent is Harald Amundsen. Plaintiff owns by assignment the entire right, title, and interest in and to the ’764 Patent.

15. As the specification of the ’764 Patent explains: “Widgets are interactive virtual tools that typically provide single-purpose services such as showing the latest news, the current weather, the time, a calendar, a dictionary, a map program, a calculator, desktop notes, photo viewers, language translator, social network updates, or games, among other things.” ’764 Patent at 1:17–23.

16. As disclosed in the ’764 Patent specification, “[t]he main object of the invention is to provide a system where a TV viewer is able to navigate widgets profiles and the widgets inside the different widget profiles. It is further an object of the invention to provide a system which makes it possible for the TV viewer to select widgets from different widget profiles, and to make the selected widgets sticky and/ or ‘sticky on change’.” ’764 Patent at 1:52–58.

17. As the ’764 Patent explains, a sticky widget attaches to the display even if the viewer exits widget mode. ’764 Patent at 5:44–45. A “sticky on change” widget appears after

content is changed or updated, such as a football-results widget that shows changes in football matches when content changes. ’764 Patent at 6:21–31. In the Accused Products, comparable changed content includes, among other things, new messages, direct messages, group messages, server messages, mentions, reactions, invites, calls, voice activity, and other updated Discord activity.

18. The claims address how an Internet-enabled display presents widgets while the user views other content. Claim 1 specifies two widget modes managed by the Internet-enabled device. In “sticky” mode, a selected widget remains on the display when the user exits widget mode. In “sticky on change” mode, a notification for an **off-screen widget** appears on the display for a certain time when that widget’s content has been updated or changed. Claim 6 requires the same two modes as part of its claimed method. The claimed distinction concerns the relationship between a widget’s off-screen state, a change in its content, and the temporary presentation of a notification while other content remains displayed.

19. During prosecution, the inventor amended the independent claims to require notifications for **off-screen widgets**. December 2, 2013 Applicant Amendment and Request for Reconsideration at 2-4 and 6. The inventor distinguished an earlier system in which an on-screen minimized widget was updated and a user had to interact with the system to see notifications from an off-screen widget. *Id*. at 6-7. The applicant also distinguished temporary widget displays initiated by a user from displays triggered by changed widget content. July 22, 2013 Applicant Amendment and Response at 7. The off-screen, change-triggered notification behavior is thus a specific part of the claimed arrangement, rather than a general claim for displaying widgets or messages over other content.

20. The ’764 Patent discloses a system and method for providing widgets on a TV unit or display using an internal or external Internet-enabled device that provides Internet and an internal or external control device for controlling the TV unit/display. *E.g.*, ’764 Patent at abstract. As the ’764 Patent explains, the TV unit/display “could also include the control device … in addition to the Internet-enabled device,” as in smartphones and the like. ’764 Patent at 3:20–22.

**THE ACCUSED PRODUCTS**

21. Defendant has, without authority, made, used, offered to sell, sold, and/or imported into the United States, and/or instructed others regarding the making, use, sale, offer for sale, or importation of, certain products and/or services that directly infringe (literally or under the doctrine of equivalents) the Asserted Patent, including the Accused Products. By doing so, Defendant literally or under the doctrine of equivalents directly infringes, induces the infringement of, and/or contributes to the infringement of one or more claims of the Asserted Patent.

22. Defendant, directly or indirectly through its affiliates, subsidiaries, agents, customers, or other representatives, makes, uses, sells, and/or offers for sale the Accused Products in the United States and this District and/or imports the Accused Products into the United States.

23. Defendant has had knowledge of the Asserted Patent at least since the filing and service of this Complaint.

24. The allegations set forth herein are exemplary and without prejudice to infringement contentions provided pursuant to the Court’s orders. By setting forth these allegations, Plaintiff does not convey or imply any particular claim construction or the precise scope of the claims. Plaintiff’s infringement allegations are based on information presently

available after a reasonable investigation and may be amended or supplemented as permitted by the Federal Rules, the Court's orders, and information obtained in discovery, such as documents regarding the functionality of the Accused Products that are not publicly available, including, but not limited to, source code related to the Accused Products.

25. On information and belief, Discord offers desktop applications for multiple operating systems, including Windows and Mac. The accused Game Overlay functionality is available at least in Discord's Windows desktop application and is used while playing games on Windows desktop computers.




Download Discord Wherever You Hang Out, Discord (Accessed on or about September 29, 2026), https://discord.com/download.



Worried you'll miss a message from your friend while you're engaging in an epic battle?

Worry no more with the **Game Overlay**!

Discord's **Game Overlay** is a built-in feature that allows you to access Discord's interface while playing games, without having to switch between windows. It provides a seamless way to chat, join voice channels, and manage notifications while staying immersed in gameplay. It's also highly customizable - letting you adjust its position, transparency, and shortcuts to optimize your in-game experience.

Buffy, Game Overlay 101, Discord (Accessed on or about September 29, 2026) https://support.discord.com/hc/en-us/articles/217659737-Game-Overlay-101.

26. On information and belief, including information publicly available on Defendant's website, the Windows Accused Product provides a set of tools typically used with video gaming and an overlay based on widgets that can be added to the screen while a user plays a game.

## Hold on, what's an overlay?

For those unfamiliar with in-game overlays, they're a "layer" of features—usually chat, a friends list, etc.—that can be accessed without needing to alt-tab and losing focus of a game. Overlays are usually accessed via a hotkey (our default hotkey is *shift + ~*) while a game is running.



It's a little overlay sandwich. Yum.

Daniel Destefanis, Redesigning the Discord Overlay, Discord (February 26, 2019) (Accessed on or about September 29, 2026), https://discord.com/blog/redesigning-the-discord-overlay

From this realization came the idea of ***widgets.***

Widgets were windowed features that could be moved around, resized, shown in game, or hidden from view. The thinking behind this system was to give the user control of positioning, while also encapsulating all the settings and controls of the feature within the widget.




*Id.*

27. The Windows Accused Product utilizes widgets to communicate information and enable interaction via notifications and other means to users on the display of, or a display

connected to, Windows desktop computers and other Internet-capable computing devices running the Windows Accused Product.



**Users need access to their communities while playing**

Discord's goal is to bring people together around games. So, while we all love to be immersed in a game from time to time, there's also plenty of instances where you want to still be involved with your server while gaming.

In order to address this issue, we came up with the concept of ***pinning***. Pinning is when the user wants to display that widget in their game.

With pinning, users could make any game a social one. Whether users were completing daily quests in World of Warcraft, or playing a rogue-like to kill time, now they could do so while still interacting with their server.

Pinning widgets provided a consistent way of showing, or hiding, voice and text activity.



*Id.*

28. Further, the Windows Accused Product allows a user to navigate and configure the Game Overlay using local input hardware, including a keyboard and mouse, and to manage settings for overlay features and windows. Discord's support materials describe, among other things, enabling messages so they appear over gameplay, changing voice-display settings including "Always" and "Only While Speaking," answering calls through the Game Overlay, and using a pin icon to show or hide overlay windows in game for Notifications, Voice, Video, Activity, and Streams.

29. Discord describes its current Windows Game Overlay as an arrangement of individual widgets that a user can position over gameplay. Peter Sellis, Revamped Overlay & Refreshed Desktop Give Game Time a Boost, Discord (March 25, 2025) (Accessed on or about September 29, 2026), https://discord.com/blog/player-release-q12025?utm. Its Game Overlay

settings allow the user to show or hide overlay windows, including Notifications and Voice, while continuing to play. Discord separately instructs users to enable Messages in Game Overlay so that newly received messages from direct messages, group messages, or servers appear over gameplay. *Id*. These features permit an overlay window to remain displayed during gameplay while message notifications are presented in response to newly received content, without the user first switching to the main Discord application.

30. Based on publicly available Discord materials, the Windows Accused Product communicates with Discord's remote servers, web services, gateway/session services, and/or web-accessible account infrastructure to retrieve account information, servers, channels, direct messages, group messages, voice/call data, notification information, and related Game Overlay content used by the Windows Accused Product. Discord publicly describes its gateway service as the ingress and egress point for websocket traffic and states that, when a Discord client starts, it connects to the gateway and receives servers, channels, DMs, profile pictures, and other information needed to make Discord function. These retrieved Discord overlay features, windows, settings, and content correspond to claimed themes, widgets, and widget profiles. You've Got (Too Much) Mail: Behind the Scenes of the 3/25/26 Voice Outage, Discord (April 29, 2026) (Accessed on or about September 29, 2026), https://discord.com/blog/behind-the-scenes-of-the-3-25-26-voice-outage.

31. Based on publicly available Discord materials, for the Windows Accused Product, Discord defines the available Game Overlay features/windows, presentation settings, and user-selectable overlay configurations through its software and service architecture. Discord describes the Game Overlay as a built-in Windows feature for accessing Discord's interface while playing games and states that the overlay is customizable, including position, transparency, and

shortcuts. Discord also describes overlay customization settings for text, voice, calls, and showing/hiding windows in game. Discord's overlay-design materials further state that Discord redesigned the overlay around "widgets," which were windowed features that could be moved, resized, shown in game, or hidden from view, with settings and controls encapsulated within the widget. These publicly described overlay features, windows, and settings correspond to claimed themes, widgets, and widget profiles.

Buffy, Game Overlay 101, Discord (Accessed on or about September 29, 2026), https://support.discord.com/hc/en-us/articles/217659737-Game-Overlay-101; Daniel Destefanis, Redesigning the Discord Overlay, Discord (February 26, 2019) (Accessed on or about September 29, 2026), https://discord.com/blog/redesigning-the-discord-overlay.

32. Based on publicly available Discord materials and on information and belief, Discord's Windows desktop application uploads, transmits, syncs, stores, and/or applies user-selected overlay configuration information, including Game Overlay settings, text-notification settings, voice-display settings, notification preferences, and pin/show-hide selections. Discord's public materials show that users configure Game Overlay settings through Discord User Settings, including enabling messages in Game Overlay, selecting voice-display options, and using the pin icon to show or hide overlay windows in their game. Discord's public notification materials also show that users can customize notification settings at the server and channel level. These user-selected settings and associated overlay state define which overlay widgets are shown, hidden, pinned, or surfaced in response to events and correspond to uploading themes, widgets, and widget profiles. Bubbles, Notifications Settings 101, Discord (Accessed on or about September 29, 2026), https://support.discord.com/hc/en-us/articles/215253258-Notifications-Settings-101.

33. Based on publicly available Discord materials, Discord has released a native Discord application for Meta Quest headsets. Discord states that Meta Quest users can use Discord while in a VR experience and access the full Discord app without using a separate device or headset browser, including Discord servers, DMs, Group DMs, voice calls, video calls, and gameplay streaming.

34. Discord's public materials further state that users can keep the Discord application pinned in the user's playspace while playing Beat Saber or send a DM while in VR Chat. On information and belief, the Quest Accused Product provides persistent, interactive Discord panels/windows in the Meta Quest headset display environment while another VR game, video, or application experience continues running.

35. On information and belief, the Discord for Meta Quest implementation uses Discord's native Quest application, Discord's backend/account/gateway/session services, the Meta Quest headset and input mechanisms, and the Meta Horizon OS/windowing environment to present Discord panels/windows in VR. To the extent any display, pinning, window-position, persistence, notification, or settings-storage functionality is performed by Meta Horizon OS and/or by users operating Meta Quest devices, Discord at least induces that performance by providing the native Discord Quest application and instructing, encouraging, and promoting use of Discord while in VR, including by keeping Discord pinned in the user's playspace while another VR application continues running.

36. Based on publicly available Discord materials, Discord offers an Android mobile application with a Mobile Voice Overlay feature. Discord's Mobile Voice Overlay support page identifies the feature as an Android feature and states that, once enabled, whenever a user is in an active Discord voice call or voice channel, an overlay bubble appears on the user's phone. For

navigation and use of the overlay after it is displayed, Discord further states that tapping the bubble expands the overlay to show Discord voice/call information and controls, including the active voice channel, invite-link control, switch-channel control, open-Discord control, speaker control, mute control, and hang-up control. Buffy, *Mobile Voice Overlay (Android)*, Discord (Accessed on or about September 29, 2026), https://support.discord.com/hc/en-us/articles/360042693171-Mobile-Voice-Overlay-Android.

37. Discord's Mobile Voice Overlay support page further states that users can see who is talking, see who is in the call, and access speaker, mute, and hang-up shortcuts while using other applications, without switching back to Discord, because the overlay persists on the phone. Discord also states that the overlay bubble can be moved or dismissed by dragging the bubble to the "X" at the bottom of the screen. Discord further instructs users to enable Mobile Voice Overlay in Discord settings and to grant Android system permission allowing Discord to "draw on top" of other applications so the overlay can be seen while the user is using other applications. Buffy, *Mobile Voice Overlay (Android)*, Discord (Accessed on or about September 29, 2026), https://support.discord.com/hc/en-us/articles/360042693171-Mobile-Voice-Overlay-Android.

38. Based on publicly available Discord materials, the Android Accused Product communicates with Discord's remote servers, web-accessible account infrastructure, gateway/session services, voice/call services, and/or backend service environment to retrieve account information, server/channel information, direct-message information, profile information, participant/user information, voice-channel state, call state, overlay state, notification state, and related Discord application/overlay content used to present and operate the Android Mobile Voice Overlay. Discord publicly describes its gateway service as the ingress and

egress point for websocket traffic and states that, when a Discord client starts, it connects to the gateway and receives servers, channels, DMs, profile pictures, and other information needed to make Discord function. Discord's public engineering materials also state that passive sessions periodically receive updates with a list of channels, members, and members in voice so the client can remain synchronized with Discord servers. These retrieved Discord overlay bubbles, voice/call controls, account information, channel information, participant/user information, call state, notification state, and associated interface state correspond to claimed themes, widgets, and widget profiles. Bo Ingram and Stephen Birarda, *You've Got (Too Much) Mail: Behind the Scenes of the 3/25/26 Voice Outage*, Discord (April 29, 2026) (Accessed on or about September 29, 2026), https://discord.com/blog/behind-the-scenes-of-the-3-25-26-voice-outage. Austin Whyte, *How Discord Reduced Websocket Traffic by 40%*, Discord (September 20, 2024) (Accessed on or about September 29, 2026), https://discord.com/blog/how-discord-reduced-websocket-traffic-by-40-percent.

39. Discord also provides mobile notification settings and notification categories for updated Discord activity on Android, including server messages, direct messages, reactions, friend activity, live activity, and voice-connected activity. This Android notification allegation concerns notifications triggered by updated Discord content, not merely user-initiated expansion of the Mobile Voice Overlay bubble. Discord's mobile notification settings materials state that Discord's in-app notification settings control whether Discord sends a notification, while Android operating-system settings control how the notification appears on the phone. On information and belief, when updated Discord content is received while the corresponding Discord message, server, direct-message, voice/call, or overlay interface is off-screen, inactive, minimized, hidden, or not displayed, Discord and Android notification functionality can cause

temporary visual alerts, banners, badges, previews, screen-lighting events, or other notification output to appear on the Android phone display. To the extent Android OS performs any draw-over, notification-display, permission, persistence, movement, dismissal, or local settings functionality, Discord at least induces that performance by providing the Android application, sending Discord voice/call and notification events, and instructing users to enable and use Mobile Voice Overlay and Discord mobile notifications. Bubbles, *[Mobile] Notifications Settings 101*, Discord (Accessed on or about September 29, 2026), https://support.discord.com/hc/en-us/articles/218892547--Mobile-Notifications-Settings-101.

40. Given the above and other publicly available information about the Accused Products, upon information and belief, the Accused Products satisfy all claim limitations of one or more claims of the Asserted Patent, including Claims 1 and 6, as further set forth below and in Exhibits 2, 3, and 4. Plaintiff's infringement allegations are based on information presently available after a reasonable investigation and may be amended or supplemented as permitted by the Federal Rules, the Court's orders, and information obtained in discovery, such as documents regarding the functionality of the Accused Products that are not publicly available, including, but not limited to, source code related to the Accused Products.

**COUNT I**

**DEFENDANT'S INFRINGEMENT OF U.S. PATENT NO. 8,736,764**

41. Plaintiff repeats, realleges, and incorporates by reference the foregoing paragraphs as if fully set forth herein.

42. The claims of the '764 Patent generally relate to a system and method for providing widgets on a TV unit/display using an internal or external Internet-enabled device that provides Internet and an internal or external control device for controlling the TV unit/display. *E.g.*, '764 Patent at abstract. As the '764 Patent explains, this TV unit/display may take a variety

of forms. For example, it "could include the control device … in addition to the Internet-enabled device," as in smartphones and the like. '764 Patent at 3:20–22.

43. The claims of the '764 Patent are valid and enforceable, and each enjoys a statutory presumption of validity under 35 U.S.C. § 282.

44. Defendant's infringing activities violate 35 U.S.C. § 271.

45. Defendant infringes at least Claims 1 and 6 of the '764 Patent.

46. For example, Claims 1 and 6 of the '764 Patent recite:

> 1. A system for providing widgets on a display of a TV unit provided with an internal or external Internet-enabled device which provides Internet to the TV unit, the system comprising:
>
> an internal or external control device for controlling the TV unit;
>
> wherein the Internet-enabled device is configured to provide navigation, presentation, and use of widgets on the display of the TV unit together with a normal TV-sending, other programs, or videos, that a user desires to watch, wherein the Internet-enabled device is arranged for managing widgets modes for:
>
> "sticky on change" wherein the widget's notifications for off-screen widgets appear on the display of the TV unit for a certain time when their content has been updated or changed; and
>
> "sticky", wherein the widget remains on the display of the TV unit when the user exits the widget mode.
>
> 6. A method for providing widgets on a display of a TV unit provided with an internal or external Internet-enabled device, wherein the method comprises the steps of:
>
> communicating with a web portal for retrieving themes, widgets and widgets profiles by means of the Internet-enabled device;
>
> defining of themes, widgets and widgets profiles;
>
> uploading of themes, widgets and widgets profiles;

providing the widgets on the display of the TV unit together with a normal TV-sending, other programs, or videos that a TV-viewer desires to watch;

navigating widgets and widgets profiles;

wherein the method further includes managing widgets modes for:

"sticky on change" wherein the widget's notifications for off-screen widgets appear on the display of the TV unit for a certain time when their content has been updated or changed; and

"sticky", wherein the widget remains on the display of the TV unit when the user exits the widget mode.

47. The Accused Products satisfy all limitations of at least Claims 1 and 6 of the '764 Patent. Defendant directly infringes at least Claim 1 in violation of 35 U.S.C. § 271(a) by making, using, selling, offering for sale, and/or importing the Accused Products in the United States. Defendant also directly infringes at least Claim 6 through the operation and use of Discord's software and service architecture, including the Game Overlay workflow of the Windows Accused Product, the Discord for Meta Quest workflow of the Quest Accused Product, and the Android Mobile Voice Overlay workflow described herein. To the extent any accused functionality is implemented using components supplied or operated by end users, Android devices, Android OS draw-over or notification functionality, Meta Quest devices, or Meta Horizon OS/windowing functionality, Discord's software and services define, encourage, and/or condition the manner in which those components interact with the Accused Products, including how users access, navigate, configure, pin, persist, show, hide, move, dismiss, and receive notifications from Discord overlay widgets, Android Mobile Voice Overlay bubbles and controls, and/or Discord Quest panels/windows. Comparisons of Claims 1 and 6 of the '764 Patent to the Accused Products are attached as Exhibits 2, 3 and 4 and incorporated by reference.

48. Defendant also infringes, directly and/or indirectly, at least Claim 6 of the ’764 Patent. Claim 6 is a method claim and does not recite a separate “control device” limitation. On information and belief, Discord’s software and service architecture performs the claimed method steps and/or directs or conditions use of the Accused Products’ benefits on performance of the claimed method steps through Discord’s prescribed interfaces and services, including retrieving, defining, uploading, providing, navigating, and managing Discord widgets, widget profiles, and widget modes. Discord’s software and services establish the manner in which users access, configure, navigate, pin, hide, persist, move, dismiss, and receive notifications from Discord Game Overlay widgets, Android Mobile Voice Overlay bubbles and controls, and/or Discord Quest panels/windows.

49. Defendant also knowingly and intentionally induces infringement of at least Claims 1 and 6 of the ’764 Patent in violation of 35 U.S.C. § 271(b). Through at least the filing and service of this Complaint, Defendant has had knowledge of the ’764 Patent and the infringing nature of the Accused Products. Despite this knowledge of the ’764 Patent and its infringement, Defendant encourages and instructs such use through Discord’s download pages, Game Overlay support pages, in-app overlay settings, Discord for Meta Quest materials, Discord Mobile Voice Overlay support pages, Discord mobile notification settings materials, and instructions or promotional materials for enabling, configuring, pinning, showing, hiding, persisting, moving, dismissing, and using Discord overlay windows, Android Mobile Voice Overlay bubbles and controls, Discord notification output, and/or Discord Quest panels/windows during gameplay, Android application or game use or VR application use in ways that directly infringe the ’764 Patent. Defendant does so knowing and intending that its customers, end users, and/or other third parties will commit these infringing acts. Defendant also continues to make,

use, offer for sale, sell, and/or import the Accused Products, despite its knowledge of the ’764 Patent, thereby specifically intending for and inducing its customers, end users, and/or other third parties to infringe the ’764 Patent through their normal and customary use of the Accused Products.

50. With respect to the Windows Accused Product, Defendant has also infringed and continues to infringe at least Claims 1 and 6 of the ’764 Patent in violation of 35 U.S.C. § 271(c) by providing, offering, distributing, selling, offering for sale, and/or importing into the United States the accused Game Overlay functionality and related software components, knowing that such functionality and components constitute a material part of the inventions claimed in the ’764 Patent, are especially made or adapted to infringe the ’764 Patent, and are not staple articles or commodities of commerce suitable for substantial non-infringing use in the accused configuration.

51. As a result of Defendant’s infringement of the ’764 Patent, Plaintiff is entitled to monetary damages in an amount adequate to compensate for Defendant’s infringement, but in no event less than a reasonable royalty for Defendant’s infringement, together with interest and costs as fixed by the Court.

52. Defendant has had knowledge of the ’764 Patent at least as of the filing and service of this Complaint. Plaintiff reserves the right to seek enhanced damages if discovery shows that Defendant deliberately or intentionally continued its infringement after learning of the ’764 Patent and continued infringing despite an objectively high risk that its conduct infringed.

53. Defendant’s infringing activities have injured and will continue to injure Plaintiff unless and until this Court enters an injunction prohibiting further infringement of the ’764

Patent and, specifically, enjoining further manufacture, use, sale, importation, and/or offers for sale that come within the scope of the ’764 Patent’s claims.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests that this Court enter:

(a) A judgment in favor of Plaintiff that Defendant has directly infringed the ’764 Patent, either literally or under the doctrine of equivalents;

(b) A judgment in favor of Plaintiff that Defendant has induced infringement of the ’764 Patent;

(c) A judgment in favor of Plaintiff that Defendant has contributed to the infringement of the ’764 Patent;

(d) A judgment and order requiring Defendant to pay Plaintiff its damages, costs, expenses, and pre-judgment and post-judgment interest, for Defendant’s infringement of the ’764 Patent, with an accounting as needed;

(e) A judgment and order finding that this is an exceptional case within the meaning of 35 U.S.C. § 285 and awarding to Plaintiff its reasonable attorneys’ fees and costs against Defendant under 35 U.S.C. § 285 and all other applicable statutes and rules in common law as may apply, with pre- and post-judgment interest thereon;

(f) An award of enhanced damages, with pre- and post-judgment interest thereon, to Plaintiff to the extent permitted by law and supported by the evidence;

(g) A preliminary and permanent injunction prohibiting further infringement of the ’764 Patent and, specifically, enjoining further manufacture, use, sale, importation, and/or offers for sale that come within the scope of the patent claims;

(h) An award, in lieu of a permanent injunction, of an ongoing royalty; and

(i) Any and all other relief as the Court may deem appropriate and just under the circumstances.

## **DEMAND FOR JURY TRIAL**

Pursuant to Rule 38 of the Federal Rules of Civil Procedure and D. Del. LR 38.1, Plaintiff hereby demands a trial by jury on all issues so triable by right.

Dated: October 2, 2026

OF COUNSEL:

Robert M. Harkins
**Cherian Harkins Dunham LLP**
555 12th Street, Suite 2140
Oakland, CA 94607
(510) 944-0190
bobh@chdlaw.com

Thomas M. Dunham
Ronald R. Wielkopolski
J. Michael Woods
**Cherian Harkins Dunham LLP**
2001 L St. NW, Suite 650
(202) 838-1560
Washington, DC 20036
tomd@chdlaw.com
ronw@chdlaw.com
michaelw@chdlaw.com

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

Anne Shea Gaza (No. 4093)
Samantha G. Wilson (No. 5816)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
swilson@ycst.com

**ATTORNEYS FOR PLAINTIFF CAMADA SOLUTIONS LLC**