# EXHIBIT 1

US008736764B2

(12) **United States Patent**
**Amundsen**

(10) **Patent No.:** **US 8,736,764 B2**
(45) **Date of Patent:** **May 27, 2014**

(54) **METHOD, NAVIGATION AND DISPLAY SYSTEM FOR WIDGETS ON INTERNET-ENABLED DEVICES**

(76) Inventor: **Harald Amundsen**, Vikhammer (NO)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **13/504,193**

(22) PCT Filed: **Sep. 15, 2010**

(86) PCT No.: **PCT/NO2010/000337**

§ 371 (c)(1),
(2), (4) Date: **Jun. 20, 2012**

(87) PCT Pub. No.: **WO2011/059335**

PCT Pub. Date: **May 19, 2011**

(65) **Prior Publication Data**

US 2012/0257110 A1 Oct. 11, 2012

(30) **Foreign Application Priority Data**

Nov. 11, 2009 (NO) .................................. 20093318

(51) **Int. Cl.**

| | |
|---|---|
| ***H04N 5/445*** | (2011.01) |
| ***H04N 5/50*** | (2006.01) |
| ***H04N 11/00*** | (2006.01) |
| ***G06F 3/00*** | (2006.01) |

(52) **U.S. Cl.**
USPC ........... **348/564**; 348/552; 348/569; 715/718; 715/805; 715/804

(58) **Field of Classification Search**
USPC ......... 348/552, 564, 553, 554, 569, 570, 565; 715/718, 719, 764, 795, 796, 804, 835, 715/838, 846, 977, 805
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 2002/0196268 | A1 | 12/2002 | Wolff et al. | |
| 2004/0103439 | A1 | 5/2004 | Macrae et al. | |
| 2005/0097622 | A1 | 5/2005 | Zigmond et al. | |
| 2008/0120547 | A1 | 5/2008 | Cho | |
| 2008/0244681 | A1 | 10/2008 | Gossweiler et al. | |
| 2009/0100361 | A1 * | 4/2009 | Abello et al. | 715/764 |
| 2009/0172746 | A1 | 7/2009 | Aldrey et al. | |
| 2010/0011394 | A1 | 1/2010 | Lee et al. | |
| 2010/0169155 | A1 | 7/2010 | Loi | |
| 2010/0229197 | A1 | 9/2010 | Yi et al. | |
| 2010/0242077 | A1 | 9/2010 | Kota et al. | |
| 2011/0078715 | A1 * | 3/2011 | Chung et al. | 725/9 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CA | 2 622 900 | 3/2007 |
| WO | WO 2009/063441 | 5/2009 |
| WO | WO 2009057950 A2 * | 5/2009 |

* cited by examiner

*Primary Examiner* — Michael Lee
(74) *Attorney, Agent, or Firm* — Ladas & Parry LLP

(57) **ABSTRACT**

System for providing widgets on a display of a TV unit, which TV unit is provided with an internal or external Internet-enabled device which provides Internet to the TV unit, and the system includes an internal or external control device for controlling the TV unit. The Internet-enabled device is arranged for providing widgets on the display of the TV unit together with a normal TV-sending or other programs, videos, or similar, a TV-viewer desires to watch. The invention also includes a method for the same.

**13 Claims, 5 Drawing Sheets**






Figure 1.


Widget mode
Sticky widget mode
Show all widgets of *current* profile
Do/Chosen *widget* marked. Mark normal widgets, sticky widgets and sticky-on-change widgets differently
Make *widget* un-sticky
OK
[*widget* is not sticky]
[*widget* is sticky-on-change]
U
*widget*-= 1
D
*widget*+= 1
Make *widget* sticky
[*widget* is sticky]
*widget* = 1
Make *widget* sticky-on-change
*current* = *default*
On/OFF
TV mode
Normal TV
On/ OFF
TV with sticky widgets
On/OFF
W
W
OK
Profile mode
[Sticky widget mode]
[Profile mode]
[correct password]
Pin mode
show all widgets of *current* profile
[Else]
[Else]
Pin authenticated
L
*current*-= 1
R
*current*+= 1
[Password protected]
Asked for pin
[0-9] {4} [OK]
[0-9][0-9]
*current* = [0-9]*

**Figure 2.**




Figure 3.




Figure 4.




Figure 5.




Figure 6.




Figure 7.




Figure 8.




Figure 9.




Figure 10.

# METHOD, NAVIGATION AND DISPLAY SYSTEM FOR WIDGETS ON INTERNET-ENABLED DEVICES

This application is a 371 of PCT/NO2010/000337, filed on Sep. 15, 2010, which claims priority to Norwegian patent application number 20093318, filed Nov. 11, 2009, which is incorporated herein by reference.

The invention relates to a navigation and display system that enables TV viewers to mix-in widgets on a main TV-picture, according to the preamble of claim **1**. The invention also relates to a method for providing sticky widgets to a main TV-picture, according to the preamble of claim **7**.

## BACKGROUND

Widgets are interactive virtual tools that typically provide single-purpose services such as showing the latest news, the current weather, the time, a calendar, a dictionary, a map program, a calculator, desktop notes, photo viewers, language translator, social network updates, or games, among other things.

The complexity of the widgets varies from display of information to more advanced interactive content.

Other terms used to describe widgets include: application, mini-application, app, applet, gadget, badge, module, WebKit, capsule, snippet, mini and flake. Widgets are typically in use on PCs (desktop widgets) and on mobile phones.

Most TV widgets are like the ordinary widgets, but for a TV device. The TV widgets are displayed on the sides or overlaid above the TV-picture/program/signal.

From WO 2009063441 it is known a system and method for managing widgets.

Publication EP 2069900 describes a system and method for managing and using electronic widgets.

From U.S.2009100361 it is known a system and method for providing dynamically updating applications in a television display environment.

Publication WO 2008131417 describes mobile widget dashboard and from CA 2622900 it is known self-contained mini-applications system and method for digital television.

From U.S.20080120547 it is known an apparatus and method for managing the appearance of a graphical user interface, especially for widgets.

From WO 2009063441 it is known a system and a method for managing widgets.

## OBJECT

The main object of the invention is to provide a system where a TV viewer is able to navigate widgets profiles and the widgets inside the different widget profiles. It is further an object of the invention to provide a system which makes it possible for the TV viewer to select widgets from different widget profiles, and to make the selected widgets sticky and/or "sticky on change".

## THE INVENTION

A system according to the invention is described in claim **1**. Details and advantageous features of the system are described in claims **2**-**6**.

A method according to the invention is described in claim **7**. Details and advantageous features are described in claims **8**-**16**.



A system according to the invention includes a TV unit, provided with an internal or external Internet-enabled device, which provides Internet to the TV unit.

The TV unit can be controlled by a control device, via which control device a TV viewer is able to navigate and interact with the TV unit. The internet-enabled device is provided with software and/or means for displaying and navigation of the system according to the invention, and an interface for communicating with the TV unit.

A TV unit may also include the control device in addition to the Internet-enabled device.

The system according to the invention is provided with means for providing one or more widgets to the display of the TV unit. The system is arranged for the TV-viewer to set up widgets profiles, which widget profiles are a collection of widgets. The widgets profiles could either be personal or categorical.

The system is arranged such that the TV-viewer can select among available widgets and widgets profiles, and have them shown at the display of the TV unit together with the normal TV-sending or other programs, videos or similar the TV-viewer desires to watch.

When used for Digital Signage the TV signal will typically be one or more playlists with videos, pictures, posters and so on displayed on the display on the TV unit. Digital Signage systems will typically support automatic switching of widgets profiles based on date, time-of-day, weather and/or other dynamic parameters.

The TV viewer can create suitable widgets profiles by adding and deleting widgets. A new widget can easily be dragged to the preferable spot in the profile. The widget profile can later be changed or deleted. The widgets and the widgets profiles can be provided with different themes with different back-grounds, text, fonts and colors based on the TV viewer's preferences.

The widgets can also be set to only appear at the display of the TV unit for a certain time when the widget has been updated, also known as alerts or notifications.

The system is of course arranged such that the TV viewer can select between normal TV and TV with widgets.

The system is preferably arranged such that the widgets profiles can be stored, that the TV-viewer can have multiple widgets profiles and that the widgets profiles can be protected by a password.

Further advantageous details and preferable features of the invention will appear from the following example description.

## EXAMPLE

The invention will below be described in detail with references to the attached drawings, wherein:

FIG. **1** is a principle drawing of a system according to the invention,

FIG. **2** is a system state diagram,

FIG. **3** is a system interaction diagram,

FIG. **4** is a sticky widgets interaction diagram,

FIG. **5** shows a regular TV,

FIG. **6** shows a default widget profile displayed,

FIG. **7** shows a window "Enter PIN code" displayed,

FIG. **8** shows the chosen widget profile displayed,

FIG. **9** shows the selected widget displayed in widget-mode, and

FIG. **10** shows the selected sticky widgets displayed in TV mode.

Reference is now made to FIG. **1** which is a principle drawing of a system according to the invention. A system

according to the invention includes a TV unit **11**, provided with an internal or external Internet-enabled device **12**, which provides internet to the TV unit **11**. Examples of Internet-enabled devices **12** are Blu-Ray players, set-top boxes and video game consoles that are able to connect to the Internet.

The TV unit **11** can be controlled by a control device **13**, via which control device **13** a TV viewer **14** is able to navigate and interact with the TV unit **11**. Examples of control devices **13** are remote controls equipped with key buttons and smart devices equipped with an optional interactive display.

The internet-enabled device **12** is further provided with software and/or means for displaying and navigation of the system, and an interface for communicating with the TV unit **11**. The functionality of the control device **13** is depended on the control device **13** in use, and the buttons on the control device **13** is typically physical key buttons, keyboard buttons, or touch and Multi-Touch activated buttons and interactions.

The use of the different buttons on the control device **13** varies with the mode of the system at that specific time.

The TV unit **11** could also include the control device **13** in addition to the Internet-enabled device **12**. Examples of this combination are PDAs, mobile phones, and iPhones.

A widget profile is a collection of widgets. The widgets profiles could either be personal (such as John's profile, with John's favorite widgets) or categorical (such as News or Sports, with many widgets of the same overall type). How the TV viewer **14** chooses to organize the widgets profiles is totally up to him/her.

The widgets displayed in a widget profile do not have to be in launched widget presentation mode by default. Widgets not in launched mode will typically be displayed in the same manner as the widgets are presented in the widget market; for instance with a widget icon and a widget name. Interactive widgets and widgets that do not show any live information are typical widgets that are not displayed in launched presentation mode.

TV viewer **14** has to activate the "launch-widget" widget presentation button before he can use a widget that is not launched.

The first-time-use widget profile is a profile that is loaded into the Internet-enabled device **12** when the "Internet on TV" solution is used for the first time. Typically the first-time-use profile will include widgets valid for a broader audience, with for example local news and weather.

The default widget profile is the widgets profile that is configured to be loaded when the "Internet on TV" solution is activated from the control device **13**.

Widgets profiles can be password protected, for privacy reasons. This is practical when the profile includes sensitive widgets, for example a Facebook widget. The password is typically a 4-digit PIN code, which is entered using the numerical buttons on the control device **13**.

TV viewers **14** can create new widgets profiles on a web portal provided to the TV-viewers. Here, they can choose the name of the profile, and which widgets which is to be included. When adding a new widget it can be dragged to the preferable spot in the profile. Here, the TV viewer **14** can also add or edit the existing widgets profiles, as well as deleting them, set a widget profile to the default profile, change or remove the widgets profiles PIN-code, and change their user account password.

On the web portal, which is accessible through the Internet-enabled device **12** or from other Internet devices, the TV viewer **14** can choose between several themes, with different back-grounds, text, fonts and colors. It is also possible to create new themes, widgets and widgets profiles, and to share them with other TV viewers **14** in a web based community.



The TV viewers **14** can also perform other actions on the web portal, such as changing the settings on their user account; adding new users and TV devices, and more.

Themes, widgets and widgets profiles can be published to the web-based community and thereby making those available for other TV viewers. The creator of the theme, widget or widget profile selects the settings and parameters that shall be available for customization in the web-based community.

Published themes, widgets and widgets profiles are customizable by the TV viewers after they have been selected from the web-based community, significantly reducing the time needed to produce personalized TV content. Example of customization includes the possibility to change font, colors, images, tags, and so on.

Because several of the sticky widgets might have completely or partially overlapping screen areas on the different widgets profiles they were selected from, they can be placed according to the TV viewer **14** preferences defined on the web portal or through the control device **13**. The sticky widgets will typically start in one corner and continues in one direction. Upper left corner and down might be a good default.

The TV viewer **14** can retrieve forgotten PIN and password by e-mail without signing in to the web portal.

Reference is now made to FIG. **2** which shows a state diagram covering actions from the control device **13** buttons, states and modes. Here, the states and the change of state due to button pushes are marked with dotted lines. Actions and automatic state changes and others due to these actions, are marked with dotted lines in combination with dots. Branches are marked with solid lines. The buttons used in the state diagram is for illustration purposes. The arrow buttons (◄, ►, ▼, ▲) on the control device **13** are labeled L for Left, R for Right, U for Up, and D for Down.

When a TV-viewer **14** turns on the TV unit **11**, the mode presented to the TV-viewer **14** is normal TV mode where the TV unit **11** works as a normal TV.

FIG. **2** also shows that there are two main modes, and three sub-modes, in which the buttons could have separate meanings. The main modes are TV mode and widget mode. Widget mode is again separated into sticky widget mode and profile mode. PIN mode is yet another sub-mode of profile mode.

The TV viewer **14** can change widget profile both in profile mode and in sticky widget mode. As the state diagram (FIG. **2**) shows, the method is the same. The difference is where the TV viewer **14** brings the system afterwards. If the system is started in profile mode, the system will stay in profile mode, just showing the new profile's widgets. If the system was in sticky widget mode, however, the system will stay in this mode, showing the new profile's widgets with stickiness-marking.

Reference is now made to FIG. **3** which illustrates how the TV viewer **14** is using a system according to the invention. The figure shows how the TV viewer **14** navigates and interacts with the TV unit **11** through a control device **13** and Internet-enabled device **12**, and it also shows the constraints that are given by a system according to the invention.

Reference is also made to FIG. **2** that shows the system's state transitions.

The following scenario explains how the TV viewer **11** can turn on and off the widget based the system according to the invention.

When a TV viewer **14** is watching TV, he can easily activate the "Internet on TV" button on the control device **13** and the widgets in the default widget profile will appear on the display of the TV unit **11**. The widgets are mixed-in on the main TV-picture. This means that the TV viewer **14** can watch TV while checking the weather, news and other stuff.

To turn off the widgets the TV viewer **14** simply activates the same button, that is the "Internet on TV" button, one more time and all the widgets disappear from the display of the TV unit **11**. This is the only thing the simple TV viewer **14** needs to know.

The following scenario explains how the TV viewer **14** navigates through the different widgets profiles on the TV unit **11**. The assumptions are that the TV unit **11** has at least one widget profile in addition to the default profile, and that the widgets system is turned on.

When a TV viewer **14** turns on the widget based "Internet on TV" solution he turns on the widget-mode, which means he can switch between the widgets profiles and view the profiles widgets on the display of the TV unit **11**, as indicated by step **101**.

The TV viewer **11** navigates the different widget profiles by activation of switch profile buttons on the control device **13**, as indicated by step **102**.

If the selected profile is PIN-protected the TV viewer **14** will be asked to enter the PIN code, as indicated by step **103**, before he can see any of the selected profile's widgets. He uses the control device **13** to enter the PIN. If the PIN is correct the widgets from the last profile will be switched with widgets from the selected profile. If the PIN is wrong the TV viewer **14** will get an error message and another attempt to enter correct PIN. If the TV viewer **14** doesn't know or remember the PIN he can choose to navigate to a different profile.

In PIN mode numeric buttons and OK buttons are typically used to enter the PIN, and not to switch widgets profiles or modes and such.

The TV viewer **14** can also navigate widgets profiles by using the numeric buttons on the control device **13** in the same way as they are used to switch TV channel in TV mode, as indicated by step **104**. Each widgets profile will have its own number, and the TV viewer **14** can jump directly to a given profile by entering the number on the numeric buttons. This is very practical given many widgets profiles, but will only work outside the PIN mode. The TV viewer can also turn of widgets and return to normal TV, as indicated by step **105**.

Reference is now made to FIG. **4** which illustrates how a TV viewer **14** navigates and interacts with a system according to the sticky widgets part of the invention, as indicated by step **104**. Sticky widgets attach to the TV display even if the viewer **14** exits widget mode.

Reference is also made to FIG. **2** that shows the system's state transitions.

The following scenario explains how a TV viewer **14** can make one or more widgets sticky. Activation of the sticky widget mode can only be done in profile mode, as shown in FIG. **2**.

The sticky widget selection buttons do not have any functionality before the TV viewer **14** activates the "sticky widgets mode" button on the control device **13**, as shown in FIG. **2** where the OK-button is used for illustration purposes. Now the TV viewer **14** can use the select widgets buttons to navigate to a widget, and then set it in the desired widget presentation mode. The available widget presentation modes are depending on the design of the system.

When the preferred widget is chosen he activates the "sticky widget" presentation mode button on the control device **12** to make the widget sticky, as indicated by step **110**.

To make the widget "sticky on change", as indicated by step **111**, the TV viewer **14** activates the "sticky on change" presentation mode button on the control device **13**. The "sticky on change" presentation mode button will only be available for widgets that support this functionality.



To make the widget not sticky again, meaning that it is not in "sticky" or "sticky on change" presentation mode, the TV viewer **14** activates the "not sticky" presentation mode button on the control device **13**, as indicated by step **112**.

As the functionality of the control device **13** is depended on the control device **13** in use, all the widget presentation mode buttons could be the same button, as further described below.

After making a widget sticky, "not sticky" or "sticky on change" the TV viewer **14** can easily choose more widgets as sticky, "not sticky" or "sticky on change".

If the TV viewer **14** wants to change widget presentation mode on a widget in another widget profile he can activate the switch profile buttons to navigate to the to the preferred widgets profile, as indicated by step **113** and **114**, and then change widget presentation mode on the selected widget(s).

When the TV viewer **14** has selected all the sticky, "not sticky" and "sticky on change" widgets he wants, he activates the "Internet on TV" button on the control device **13**, and the widgets that are not sticky will disappear while the sticky widgets will appear on the display of the TV unit **11**, except for the "sticky on change" widgets which only will be visible for a while when their content is updated or changed.

If the "sticky on change" widget itself or just the widget content will appear after the content is updated or changed depends on the design and the settings of the widget. As an example a "sticky on change" football results widget might just show the actual changes in the football matches as they happens instead of showing the whole widget when it appear on the display of the TV unit **11**. The widget presentation mode "sticky on change" is also known as notifications.

On simple control devices **13**, the sticky widgets will be placed on the display of the TV unit **11** according to the TV viewer **14** preferences defined on the web portal. More advanced control devices **13** can include buttons that make it possible for the TV viewer **14** to place the sticky widget on the display of the TV unit **11**.

If the TV viewer **14** wants different sticky widgets he can turn the TV unit **11** off and on again, or manually change stickiness on the widgets. Another option could be to turn off all widgets by activation an optional "reset all widget presentation modes" button on the control device **13**.

A method according to the invention can be summarized in the following features:

- communicating with a web portal for retrieving themes, widgets and widgets profiles by means of the Internet-enabled device,
- defining of themes, widgets and widgets profiles,
- uploading of themes, widgets and widgets profiles,
- making the widgets sticky or un-sticky,
- providing the widgets on the display of the TV unit together with a normal TV-sending or other programs, videos or similar a TV-viewer desires to watch.

The method can further be summarized to include one or more of the following features:

- making the widgets "sticky on change" or "not sticky on change",
- activating normal TV or TV with widgets,
- changing and saving of themes, widgets and widgets profiles,
- password protecting widgets profiles,
- checking if a widget profile is password protected and if it is ask for password,
- checking that an entered password is correct, and if incorrect ask for password once more or resend the password to a registered email-address or send a SMS to a registered phone number,

dragging and dropping the sticky widgets on a desired spot on the display of the TV unit by means of a control device, or defined through the web-portal,

communicating with a web based community, and

publishing themes, widgets and widgets profiles in the web based community to make them available for other TV-viewers.

Reference is now made to FIGS. **5-10** which show an example of an implementation of the system according to the invention where a regular TV remote control buttons is used.

The following keys are selected to fulfill the system purposes:

number buttons (0, 1, 2, 3, 4, 5, 6, 7, 8, 9),

arrow buttons (◄, ►, ▼, ▲),

OK-button

W button (a specified "Internet on TV" button).

When first turning on the TV unit **11**, there will be a normal TV show/program (FIG. **5**) displayed on a display **20** of the TV unit **11**. By pressing W on the control device **13**, the TV viewer **14** is brought to the default widget profile (FIG. **6**). Now, the arrows ◄ and ► on the control device **13** will navigate/switch to a different profile. When switching to a secured profile, the TV viewer **14** will be prompted with window **21** asking for a PIN code (FIG. **7**). When entered and after pressing the OK button, the secured widget profile will load (FIG. **8**), and the TV viewer **14** can enjoy the profile's widgets **22**.

By pressing OK, or the up/down arrow buttons (▼, ▲), on the control device **13**, the TV viewer **14** will enter sticky widget mode, and all except one widget **22** will be faded out (FIG. **9**). The buttons ▼ and ▲ on the control device **13** will navigate/switch which widget **22** that is selected. By pressing OK, the selected widget **22** will be made sticky. To make the widget **22** "sticky on change" the TV viewer **14** simply presses the OK-button one more time. To make the widget **22** not sticky again the TV viewer **14** presses the OK-button a third time and is returned to where he started before making the widget **22** sticky. By pressing OK, the selected widget **22** will once again be made sticky. After pressing W again, the TV viewer **14** is back in TV mode, with the sticky widget **22** still visible (FIG. **10**).

The TV viewer **14** can turn off all widgets by pressing and holding down W on the control device **13** for a few seconds, or by turning off the TV unit **11**.

## MODIFICATIONS

The method and system may be provided to provide the TV-viewer with a sound signal as "sticky on change" widgets updates are shown on the display of the TV unit.

The method and system may include automatic widgets and advertisement searches based on the TV viewer interests and his use of widgets.

The invention claimed is:

**1**. A system for providing widgets on a display of a TV unit provided with an internal or external Internet-enabled device which provides Internet to the TV unit, the system comprising:

an internal or external control device for controlling the TV unit;

wherein the Internet-enabled device is configured to provide navigation, presentation, and use of widgets on the display of the TV unit together with a normal TV-sending, other programs, or videos, that a user desires to watch, wherein the Internet-enabled device is arranged for managing widgets modes for:



"sticky on change" wherein the widget's notifications for off-screen widgets appear on the display of the TV unit for a certain time when their content has been updated or changed; and

"sticky", wherein the widget remains on the display of the TV unit when the user exits the widget mode.

**2**. The system according to claim **1**, wherein the Internet-enabled device includes at least one member selected from the group consisting of:

an interface for communicating with the TV unit;

software and/or means for controlling, displaying, using and navigating widgets on the display of the TV unit; and

software and/or means for security, including password protection of widgets profiles.

**3**. The system according to claim **1**, wherein the Internet-enabled device is configured for one or more of:

communicating with a web portal for retrieving available widgets, themes and widget profiles;

communicating with the control device via the TV unit; and

setting up, changing, deleting, storing and/or uploading themes, widgets, and widgets profiles.

**4**. The system according to claim **1**, wherein the widgets are arranged to be dragged and dropped at a desired spot on the display of the TV unit by means of the control device, or defined through a web portal.

**5**. A system according to claim **1**, wherein the widgets can be provided with desired backgrounds, fonts, tags, or colors.

**6**. A method for providing widgets on a display of a TV unit provided with an internal or external Internet-enabled device, wherein the method comprises the steps of:

communicating with a web portal for retrieving themes, widgets and widgets profiles by means of the Internet-enabled device;

defining of themes, widgets and widgets profiles;

uploading of themes, widgets and widgets profiles;

providing the widgets on the display of the TV unit together with a normal TV-sending, other programs, or videos that a TV-viewer desires to watch;

navigating widgets and widgets profiles;

wherein the method further includes managing widgets modes for:

"sticky on change" wherein the widget's notifications for off-screen widgets appear on the display of the TV unit for a certain time when their content has been updated or changed; and

"sticky", wherein the widget remains on the display of the TV unit when the user exits the widget mode.

**7**. The method according to claim **6**, comprising activating normal TV or TV with widgets.

**8**. The method according to claim **6**, further comprising changing and saving themes, widgets profiles, and/or password protecting profiles.

**9**. The method according to claim **6**, comprising checking if a widget profile is password protected, and asking for a password if the profile is password protected.

**10**. The method according to claim **9**, comprising checking that an entered password is correct, and, if incorrect, asking for the password once more, or resending the password to a registered e-mail address, or sending an SMS to a registered phone number.

**11**. The method according to claim **6**, comprising dragging and dropping the widgets at a desired spot on the display of the digital TV unit by means of a control device, or defined through the web-portal.

 

**12**. The method according to claim **6**, comprising communicating with a web-based community.

**13**. The method according to claim **12**, comprising publishing themes, widgets and widgets profiles in the web-based community.

* * * * *

# **EXHIBIT 2**

Exhibit 2 – Infringement Allegations for U.S. Patent No. 8,736,764

| Claim | Evidence[1] |
|---|---|
| [1-pre] A system for providing widgets on a display of a TV unit provided with an internal or external Internet-enabled device which provides Internet to the TV unit, the system comprising: | Upon information and belief, Discord's Windows desktop application and Game Overlay feature (Windows Accused Product) is a system for providing widgets on a display of a TV unit provided with an internal or external Internet-enabled device which provides Internet to the TV unit.<br><br>Discord's support materials describe the Game Overlay as a built-in feature that allows users to access Discord's interface while playing games without switching windows, including chat, voice channels, and notifications while remaining immersed in gameplay. Discord further states that the Game Overlay is compatible with Windows OS only and does not function on Mac OS or Linux.<br><br><br><br>Worried you'll miss a message from your friend while you're engaging in an epic battle?<br><br>Worry no more with the **Game Overlay**!<br><br>Discord's **Game Overlay** is a built-in feature that allows you to access Discord's interface while playing games, without having to switch between windows. It provides a seamless way to chat, join voice channels, and manage notifications while staying immersed in gameplay. It's also highly customizable - letting you adjust its position, transparency, and shortcuts to optimize your in-game experience.<br><br>**NOTE: The overlay is compatible with Windows OS only; it does not function on Mac OS or Linux.**<br><br>https://support.discord.com/hc/en-us/articles/217659737-Game-Overlay-101 |

[1] The present infringement allegations are based on publicly available information accessible to Plaintiff. These allegations are subject to future evidence, including but not limited to confidential information including source code in the possession, custody or control of Defendant, as well as any future claim construction or other relevant orders from the Court.

Exhibit 2 – Infringement Allegations for U.S. Patent No. 8,736,764

| Claim | Evidence[1] |
| --- | --- |
| | <br><br>https://discord.com/download |
| [1a] an internal or external control device for controlling the TV unit; | Upon information and belief, the Windows Accused Product comprises an internal or external control device for controlling the TV unit.<br><br>Discord's control device in the accused overlay environment is the user's local input hardware for the Windows game/display environment, primarily the keyboard and mouse. The user uses that input hardware to invoke, navigate, configure, pin, show or hide, and dismiss the Game Overlay. In Overlay mode, Discord software functionally repurposes the keyboard and mouse into the claimed control device because the software defines what the input controls do in the overlay workflow. |

Exhibit 2 – Infringement Allegations for U.S. Patent No. 8,736,764

<table>
<tr><th>Claim</th><th>Evidence[1]</th></tr>
<tr><td></td><td>
https://support.discord.com/hc/en-us/articles/217659737-Game-Overlay-101<br><br>
Show/Hide Window In Game<br><br>
You can show or hide certain aspects of the Game Overlay (chat window, video, etc) based on your preferences.<br><br>
1. With a game running, press your overlay keybind (the default keybinding is ‘Shift + `).<br><br>
2. Tap on the pin icon [ ] to show or hide the Window in game. A blurple-colored icon means the window is set to show.. This works for the following settings:<br>
• Notifications<br>
• Voice<br>
• Video<br>
• Activity<br>
• Streams<br>

<br>
https://support.discord.com/hc/en-us/articles/217659737-Game-Overlay-101
</td></tr>
</table>

Exhibit 2 – Infringement Allegations for U.S. Patent No. 8,736,764

| Claim | Evidence[1] |
|---|---|
| | **How To Enable Game Overlay**<br>**Note: If you experience lag, game crashes, or other issues while the Game Overlay is enabled, we recommend disabling the Game Overlay for that specific game.**<br>1. Tap on the **cogwheel** [⚙] next to your Discord username to access your **User Settings**.<br>2. Press the **Overlay** tab and press the toggle button next to **Enable Overlay** to enable it.<br>A check mark means the option is enabled; an x means the option is disabled.<br><br>https://support.discord.com/hc/en-us/articles/217659737-Game-Overlay-101 |
| [1b] wherein the Internet-enabled device is configured to provide navigation, presentation, and use of widgets on the display of the TV unit together with a normal TV-sending, other programs, or videos, that a user desires to watch, wherein the Internet- | Upon information and belief, the Windows Accused Product comprises an Internet-enabled device that is configured to provide navigation, presentation, and use of widgets on the display of the TV unit together with a normal TV-sending, other programs, or videos, that a user desires to watch, wherein the Internet-enabled device is arranged for managing widgets modes.<br><br>Discord describes its overlay as a layer of features accessed while a game is running, without needing to alt-tab or lose focus of the game. Discord further explains that its overlay redesign used “widgets,” which were “windowed features” that could be moved around, resized, shown in game, or hidden from view. These discrete overlay features/windows map to the claimed widgets, while the overall Discord Game Overlay maps to the overlay/container in which those widgets are presented. |

Exhibit 2 – Infringement Allegations for U.S. Patent No. 8,736,764

| Claim | Evidence[1] |
|---|---|
| enabled device is arranged for managing widgets modes for: | https://discord.com/blog/redesigning-the-discord-overlay <br><br>  <br> **Hold on, what's an overlay?** <br> For those unfamiliar with in-game overlays, they're a "layer" of features—usually chat, a friends list, etc.—that can be accessed without needing to alt-tab and losing focus of a game. Overlays are usually accessed via a hotkey (our default hotkey is *shift +~*) while a game is running. <br> It's a little overlay sandwich. Yum. <br> https://discord.com/blog/redesigning-the-discord-overlay <br><br> Discord allows users to configure overlay feature/window behavior, including whether overlay components are displayed persistently, shown/hidden in their game, or surfaced temporarily in response to activity or notifications. For voice-related overlay features, Discord provides options such as "Always" and "Only While Speaking." For text/chat-related overlay features, Discord provides text-chat notifications that display new DMs, group messages, or server messages over gameplay. These settings correspond to the claimed management of widget modes, including persistent "sticky" presentation and event-driven "sticky on change" notification behavior. <br><br> https://support.discord.com/hc/en-us/articles/217659737-Game-Overlay-101 <br><br> Regarding "normal TV" - the claim language is disjunctive: widgets may be presented together with "normal TV-sending, other programs, or videos." Discord's Game Overlay is best mapped to widgets displayed together with "other programs," specifically a running game, while the user continues gameplay. Discord's support materials expressly state that messages can be displayed "right over your gameplay." |

Exhibit 2 – Infringement Allegations for U.S. Patent No. 8,736,764

<table>
<tr><th>Claim</th><th>Evidence[1]</th></tr>
<tr><td></td><td>




https://support.discord.com/hc/en-us/articles/217659737-Game-Overlay-101

Discord's overlay-design materials describe "widgets" as windowed features that can be moved, resized, shown in game, or hidden from view.

</td></tr>
</table>

Exhibit 2 – Infringement Allegations for U.S. Patent No. 8,736,764

| Claim | Evidence[1] |
|---|---|
| | **No two game interfaces are the same**<br><br>Game interfaces come in all shapes and sizes and the features of the overlay needed to accommodate this. This meant the user needs full control of the size and placement of both voice and text features.<br><br>With the addition of text chat within the overlay, we realized not all overlay users would need to see voice activity, which was the only functionality it provided previously.<br><br><br>Early versions of splitting up flows and features into their own windows, or "widgets" as we refer to them.<br><br>From this realization came the idea of ***widgets.***<br><br>Widgets were windowed features that could be moved around, resized, shown in game, or hidden from view. The thinking behind this system was to give the user control of positioning, while also encapsulating all the settings and controls of the feature within the widget.<br><br>https://discord.com/blog/redesigning-the-discord-overlay<br><br>Discord's overlay-design materials describe "widgets" as windowed features that can be moved, resized, shown in game, or hidden from view. |

Exhibit 2 – Infringement Allegations for U.S. Patent No. 8,736,764

| **Claim** | **Evidence**[1] |
|---|---|
| | To see messages in the Game Overlay, go to User Settings > Game Overlay and enable **Messages.**<br>**Messages**<br>For each text message notification, shows a notice that you can reply to.<br>Once enabled, new messages through DMs, group messages, or servers will be displayed right over your gameplay.<br><br><br>Example of a new message with Game Overlay enabled<br><br>https://support.discord.com/hc/en-us/articles/217659737-Game-Overlay-101<br><br>Discord's overlay-design materials describe "widgets" as windowed features that can be moved, resized, shown in game, or hidden from view. |

Exhibit 2 – Infringement Allegations for U.S. Patent No. 8,736,764

| Claim | Evidence[1] |
|---|---|
| | From this realization came the idea of ***widgets.***<br><br>Widgets were windowed features that could be moved around, resized, shown in game, or hidden from view. The thinking behind this system was to give the user control of positioning, while also encapsulating all the settings and controls of the feature within the widget.<br><br><br><br><br>https://support.discord.com/hc/en-us/articles/217659737-Game-Overlay-101<br><br>**Users need access to their communities while playing**<br><br>Discord's goal is to bring people together around games. So, while we all love to be immersed in a game from time to time, there's also plenty of instances where you want to still be involved with your server while gaming.<br><br>In order to address this issue, we came up with the concept of ***pinning.*** Pinning is when the user wants to display that widget in their game.<br><br>With pinning, users could make any game a social one. Whether users were completing daily quests in World of Warcraft, or playing a rogue-like to kill time, now they could do so while still interacting with their server.<br><br>Pinning widgets provided a consistent way of showing, or hiding, voice and text activity.<br><br><br> |

| Claim | Evidence[1] |
| --- | --- |
| | https://support.discord.com/hc/en-us/articles/217659737-Game-Overlay-101<br><br>The Discord support materials establish that users can configure Game Overlay text and voice settings. Public tutorial evidence further illustrates the user-facing overlay settings interface, including notification position settings and display-user options such as Always, Only While Speaking, and Never.<br><br>Discord allows users to configure overlay feature/window behavior, including persistent display, show/hide in their game, voice display options, and event-driven message/call/invite notifications. These correspond to management of sticky and sticky-on-change widget modes.<br><br><br><br>https://www.youtube.com/watch?v=nBnq6jh2UNA at 2:40 |

Exhibit 2 – Infringement Allegations for U.S. Patent No. 8,736,764

| Claim | Evidence[1] |
| --- | --- |
| | <br>https://www.youtube.com/watch?v=nBnq6jh2UNA at 3:06<br><br>https://www.youtube.com/watch?v=nBnq6jh2UNA at 3:29 |

Exhibit 2 – Infringement Allegations for U.S. Patent No. 8,736,764

| Claim | Evidence[1] |
|---|---|
| | <br><br>https://www.youtube.com/watch?v=nBnq6jh2UNA at 3:34<br><br><br><br>https://www.youtube.com/watch?v=nBnq6jh2UNA at 3:38 |

Exhibit 2 – Infringement Allegations for U.S. Patent No. 8,736,764

| Claim | Evidence[1] |
|---|---|
| [1c] "sticky on change" wherein the widget's notifications for off-screen widgets appear on the display of the TV unit for a certain time when their content has been updated or changed; and | Upon information and belief, the Windows Accused Product is arranged for managing widgets modes for "sticky on change" wherein the widget's notifications for off-screen widgets appear on the display of the TV unit for a certain time when their content has been updated or changed.<br><br>Discord's chat-related overlay feature/window is an off-screen widget candidate when it is not currently shown in game. When new content is received, such as a DM, group message, server message, mention, invite, or call, Discord surfaces a temporary alert or preview over gameplay for a limited period of time. Game Overlay 101 states that, once messages are enabled, "new messages through DMs, group messages, or servers will be displayed right over your gameplay." Thus, the underlying Discord overlay feature/window maps to the off-screen widget, while the temporary on-screen alert or preview maps to the widget's notification output.<br><br>https://support.discord.com/hc/en-us/articles/217659737-Game-Overlay-101<br><br>**Users need to see messages**<br><br>As I mentioned previously, hearing a notification but not knowing who or what was being sent was not an enjoyable experience. The way we solved this problem was with in-game notifications.<br><br>Notifications are something that all games benefit from. Playing a single player game and receive a direct message? We show you a preview in-game so you can decide to respond. Or ignore it. Probably ignore (sorry Siegfried).<br><br><br>Text notifications, our "news nudge," and a game invite all using the same design component.<br><br>The notification system design was based on our message component. The design consists of an avatar, a title, and a message. At a glance, you can immediately recognize the sender and enough text to provide context. |

Exhibit 2 – Infringement Allegations for U.S. Patent No. 8,736,764

| Claim | Evidence[1] |
|---|---|
| | https://discord.com/blog/redesigning-the-discord-overlay<br><br>In addition, the underlying Discord chat/voice/notification overlay feature/window is the widget; the temporary alert or preview is that widget's notification output.<br><br><br>**Customizing The Game Overlay**<br>**Text Settings**<br>**NOTE: Messages won't display if a server, DM, or group is muted, or if you have Streamer Mode enabled.**<br>**Slash commands, stickers, and GIFs can be received as messages, but not sent through the Game Overlay.**<br>Exploring Azeroth and worried about missing important messages from your friends? Enable Text Chat notifications!<br>To see messages in the Game Overlay, go to User Settings > Game Overlay and enable **Messages.**<br>Messages<br>For each text message notification, shows a notice that you can reply to.<br>Once enabled, new messages through DMs, group messages, or servers will be displayed right over your gameplay.<br><br>https://support.discord.com/hc/en-us/articles/217659737-Game-Overlay-101<br><br>In addition to text-chat notifications, Discord also surfaces other event-driven alerts, including call, invite, news, and activity notifications. |

Exhibit 2 – Infringement Allegations for U.S. Patent No. 8,736,764

| Claim | Evidence[1] |
|---|---|
| | **Finding Your Channel Notification Settings**<br><br>Discord's channel notification settings provide granular control over alerts at the individual channel level. You can override notifications for specific channels through **Notification Overrides**, even when other server notification settings are enabled.<br><br>1. Simply navigate to your server **Notification Settings** > **Notification Overrides**.<br><br>2. Select the dropdown menu to see a list of channels and categories. You can customize notification settings for each channel, even if you have other server-wide settings enabled.<br><br>3. Select the channel you want to customize and choose your notification preferences:<br>• **All:** Receive notifications for every message<br>• **Mentions:** Get notified only when you're mentioned<br>• **Nothing:** Disable all notifications<br>• **Mute:** Silence everything including @mentions<br><br>This gives you precise control over each channel's notifications, regardless of your server-wide settings.<br><br>https://support.discord.com/hc/en-us/articles/215253258-Notifications-Settings-101 |

Exhibit 2 – Infringement Allegations for U.S. Patent No. 8,736,764

| **Claim** | **Evidence**[1] |
|---|---|
| | Here, you can also choose suppression options and more:<br>• **Suppress @everyone and @here:** Prevents notifications from **@everyone** and **@here** mentions across the entire server.<br>• **Suppress All Role @mentions:** Prevents notifications from all role mentions across the entire server.<br>• **Suppress Highlights:** Controls email notifications for the best content from servers you follow. This toggle works independently of other notification settings - you can receive **Highlights** even with notifications off, unless you mute the server completely. Learn more.<br>• **Mute New Events:** Prevents notifications for new events across the entire server.<br>• **Mobile Push Notifications:** When you're signed in on your Android or iOS device, you'll get push notifications for anything you'd normally be notified about on desktop. Pretty convenient!<br><br><br><br>https://support.discord.com/hc/en-us/articles/215253258-Notifications-Settings-101<br><br>See also the availability of notifications for invites, messages, and news: |

Exhibit 2 – Infringement Allegations for U.S. Patent No. 8,736,764

| **Claim** | **Evidence**[1] |
|---|---|
| | To give users more control of the interface, we created settings for in-game notification placement and the option to disable them entirely.<br><br><br>Notification variants (invites, messages, and news).<br><br>https://discord.com/blog/redesigning-the-discord-overlay<br><br>**Finding Your Server Notification Settings**<br><br>Game activity notifications are currently an experiment on the desktop app. To turn off these notifications, go to User Settings > Notifications and adjust your Game Activity Notifications settings. To stop sharing your game activities entirely, update your Activity Privacy settings instead. Learn more details on managing your activity settings here.<br><br><br>Example of Game Activity Notification |

| **Claim** | **Evidence**[1] |
|---|---|
| | https://support.discord.com/hc/en-us/articles/215253258-Notifications-Settings-101 |
| [1d] "sticky", wherein the widget remains on the display of the TV unit when the user exits the widget mode. | Upon information and belief, the Windows Accused Product is arranged for managing widgets modes for "sticky", wherein the widget remains on the display of the TV unit when the user exits the widget mode.<br><br>Discord allows selected overlay windows/widgets to remain shown in game after the user leaves the active overlay configuration state. Discord's overlay-design materials explain that "pinning" is when the user wants to display a widget in the game and show a pinned widget remaining visible over gameplay. Game Overlay 101 further shows that, with a game running, the user can press the overlay keybind and use the pin icon to show or hide windows in their game for Notifications, Voice, Video, Activity, and Streams.<br><br>https://discord.com/blog/redesigning-the-discord-overlay |

Exhibit 2 – Infringement Allegations for U.S. Patent No. 8,736,764

| Claim | Evidence[1] |
|---|---|
| | **Show/Hide Window In Game**<br><br>You can show or hide certain aspects of the Game Overlay (chat window, video, etc) based on your preferences.<br><br>1. With a game running, press your overlay keybind (the default keybinding is 'Shift + `').<br><br>2. Tap on the **pin icon** [📌] to **show or hide the Window in game.** A blurple-colored icon means the window is set to **show.**. This works for the following settings:<br>• Notifications<br>• Voice<br>• Video<br>• Activity<br>• Streams<br><br><br>How to show or hide the Window in game setting<br><br>https://support.discord.com/hc/en-us/articles/217659737-Game-Overlay-101<br><br>In addition to [1b] and [1c] Discord also has the ability to pin the widget to the game after exiting the widget overlay mode where widget settings may be selected. For example:<br><br>**Users need access to their communities while playing**<br><br>Discord's goal is to bring people together around games. So, while we all love to be immersed in a game from time to time, there's also plenty of instances where you want to still be involved with your server while gaming.<br><br>In order to address this issue, we came up with the concept of ***pinning***. Pinning is when the user wants to display that widget in their game.<br><br>With pinning, users could make any game a social one. Whether users were completing daily quests in World of Warcraft, or playing a rogue-like to kill time, now they could do so while still interacting with their server.<br><br>Pinning widgets provided a consistent way of showing, or hiding, voice and text activity. |

Exhibit 2 – Infringement Allegations for U.S. Patent No. 8,736,764

| Claim | Evidence[1] |
|---|---|
| | https://discord.com/blog/redesigning-the-discord-overlay<br><br>The ability to pin a particular widget may also be accomplished through setup in the overlay mode. For example:<br><br><br>**Show/Hide Window In Game**<br>You can show or hide certain aspects of the Game Overlay (chat window, video, etc) based on your preferences.<br>1. With a game running, press your overlay keybind (the default keybinding is 'Shift + `').<br>2. Tap on the **pin icon** [ ] to **show or hide the Window in game.** A blurple-colored icon means the window is set to **show**.. This works for the following settings:<br>• Notifications<br>• Voice<br>• Video<br>• Activity<br>• Streams<br><br><br>https://support.discord.com/hc/en-us/articles/217659737-Game-Overlay-101<br><br>Discord expressly says pinning means the user wants to display the widget in the game, and Game Overlay 101 shows a pin icon used to show/hide windows in their game. |

Exhibit 2 – Infringement Allegations for U.S. Patent No. 8,736,764

| Claim | Evidence[1] |
|---|---|
| | **Users need access to their communities while playing**<br><br>Discord's goal is to bring people together around games. So, while we all love to be immersed in a game from time to time, there's also plenty of instances where you want to still be involved with your server while gaming.<br><br>In order to address this issue, we came up with the concept of ***pinning***. Pinning is when the user wants to display that widget in their game.<br><br>With pinning, users could make any game a social one. Whether users were completing daily quests in World of Warcraft, or playing a rogue-like to kill time, now they could do so while still interacting with their server.<br><br>Pinning widgets provided a consistent way of showing, or hiding, voice and text activity.<br><br><br>Chatting inline with a pinned window while playing Enter the Gungeon<br><br>https://discord.com/blog/redesigning-the-discord-overlay |

Exhibit 2 – Infringement Allegations for U.S. Patent No. 8,736,764

| Claim | Evidence |
|---|---|
| [6-pre] A method for providing widgets on a display of a TV unit provided with an internal or external Internet-enabled device, wherein the method comprises the steps of: | Upon information and belief, the Windows Accused Product implements a method for providing widgets on a display of a TV unit provided with an internal or external Internet-enabled device.<br><br>The Windows Accused Product is Discord's Windows desktop application and Game Overlay feature. Discord's Game Overlay is a built-in feature that allows users to access Discord's interface while playing games without switching windows, including chat, voice channels, and notifications while remaining immersed in gameplay. Discord further states that the Game Overlay is compatible with Windows OS only and does not function on Mac OS or Linux. Discord's Windows desktop application and Game Overlay workflow provide the claimed method for presenting and managing widgets on a display of an Internet-enabled device.<br><br><br><br>Worried you'll miss a message from your friend while you're engaging in an epic battle?<br><br>Worry no more with the **Game Overlay**!<br><br>Discord's **Game Overlay** is a built-in feature that allows you to access Discord's interface while playing games, without having to switch between windows. It provides a seamless way to chat, join voice channels, and manage notifications while staying immersed in gameplay. It's also highly customizable - letting you adjust its position, transparency, and shortcuts to optimize your in-game experience.<br><br>**NOTE: The overlay is compatible with Windows OS only; it does not function on Mac OS or Linux.**<br><br>https://support.discord.com/hc/en-us/articles/217659737-Game-Overlay-101 |

Exhibit 2 – Infringement Allegations for U.S. Patent No. 8,736,764

| Claim | Evidence |
|---|---|
| |    <br><br>https://discord.com/download |
| [6a] communicating with a web portal for retrieving themes, widgets and widgets profiles by means of the Internet-enabled device; | Upon information and belief, the Windows Accused Product implements a method comprising communicating with a web portal for retrieving themes, widgets and widgets profiles by means of the Internet-enabled device.<br><br>Discord's Windows desktop application communicates with Discord's remote servers, web services, and/or web-accessible account infrastructure to retrieve user account information, servers, channels, direct messages, group messages, voice/call data, notification settings, and Game Overlay configuration information. Those retrieved Discord overlay features/windows and settings |

Exhibit 2 – Infringement Allegations for U.S. Patent No. 8,736,764

| Claim | Evidence |
|---|---|
| | correspond to the claimed themes, widgets, and widget profiles. Game Overlay 101 confirms that once messages are enabled, new messages through DMs, group messages, or servers are displayed in the Game Overlay, indicating that Discord retrieves and displays communication content and related overlay state through its Internet-enabled client/service architecture.<br><br>Discord's public engineering materials describe the Discord gateway service as the ingress and egress point for websocket traffic. When a Discord client starts, it connects to the gateway and receives the servers, channels, DMs, profile pictures, and other information needed to make Discord function, through Discord's session service. This supports the mapping that the Discord desktop client communicates with Discord's web-accessible backend services to retrieve widgets, widget-related content, and widget-profile information.<br><br><br><br>https://discord.com/blog/behind-the-scenes-of-the-3-25-26-voice-outage<br><br>Discord's public engineering materials further explain that users connect to Discord through a WebSocket session and that Discord uses a pub/sub fanout architecture in which events published in a guild are fanned out to connected user sessions. This supports the mapping that Discord retrieves and delivers updated message, channel, and notification content to the client for display through the Game Overlay. |

Exhibit 2 – Infringement Allegations for U.S. Patent No. 8,736,764

| Claim | Evidence |
|---|---|
| | **Message Fanout**<br><br>While Discord is rich with features, most of it boils down to pub/sub. Users connect to a WebSocket and spin up a session process (a GenServer), which then communicates with remo Erlang nodes that contain guild (internal for a "Discord Server") processes (also GenServers). When anything is published in a guild, it is fanned out to every session connected to it.<br><br><br><br>When a user comes online, they connect to a guild, and the guild publishes a presence to all other connected sessions. Guilds have a lot of other logic behind the scenes, but here's a simplified example:<br>https://discord.com/blog/how-discord-scaled-elixir-to-5-000-000-concurrent-users<br><br>Discord's public database-architecture materials state that Discord stores messages, channels, servers, and most user data in distributed ScyllaDB clusters. That supports the mapping that Discord's client retrieves Discord account, message, channel, server, and related overlay content from Discord backend services. |

| Claim | Evidence |
|---|---|
| | **The Perl Script of Reckoning**<br><br>The Persistence Infrastructure team at Discord manages all kinds of database clusters, including Elasticsearch, Postgres, and ScyllaDB. Each of these databases has its own challenges, and we operate each at a pretty large scale, so there's a lot on the plate of our 7-person team! ScyllaDB is the distributed database that stores messages, channels, servers, and most of Discord's user data, so naturally it's our service with the largest scope: dozens of clusters, with hundreds of database nodes in total.<br><br>That ratio of engineers to database scale sounds somewhat manageable until you consider what managing all that infrastructure *actually looks like*: it's rolling restarts after config changes and expanding clusters as traffic grows. It's upgrading operating systems across hundreds of nodes without taking anything offline, and standing up entirely new clusters to validate new ScyllaDB releases before they touch production. *None* of these are fire-and-forget when you have siloed tools: they demand careful sequencing, validation, and sustained attention throughout.<br><br>For years, we automated these operations the way many teams do when traffic scales dramatically: incrementally, under pressure, and without requiring a long-term strategy for where the tooling was headed. A Python script here, a bash script there... Our tools got the job done, but they were fragile and required significant institutional knowledge to operate safely. These scripts might've been considered our toolset's final form if the operational demand had stayed constant.<br><br>Unfortunately (but also fortunately), it did not, so we decided to build something more principled: the Scylla Control Plane, or SCP!<br><br>https://discord.com/blog/how-discord-automates-scylladb-clusters-at-scale<br><br>Screenshot showing remote Discord content surfaced through the overlay. |

Exhibit 2 – Infringement Allegations for U.S. Patent No. 8,736,764

| Claim | Evidence |
|---|---|
| | <br>To see messages in the Game Overlay, go to User Settings > Game Overlay and enable **Messages.**<br>Messages<br>For each text message notification, shows a notice that you can reply to.<br>Once enabled, new messages through DMs, group messages, or servers will be displayed right over your gameplay.<br>Bread Dog<br>Hey! I'll be on in 5 minutes.<br>Click here or SHIFT ` to reply<br>Example of a new message with Game Overlay enabled<br><br>https://support.discord.com/hc/en-us/articles/217659737-Game-Overlay-101<br><br>Screenshot showing installation and login/registration flow, supporting the Discord desktop client communicating with Discord services. |

Exhibit 2 – Infringement Allegations for U.S. Patent No. 8,736,764

| Claim | Evidence |
|---|---|
| | **Windows**<br><br>To download the Desktop app for Windows, first head over to the Download Page in your preferred browser.<br><br>1. Tap on the **Download for Windows** button to download the app.<br><br><br><br><br>2. Follow your browser's prompts to save and open the **DiscordSetup.exe** to start the installation process.<br><br>3. Once installed, you can then open the Discord app and register an account or log into an existing account.<br><br>https://support.discord.com/hc/en-us/articles/360034561191-Desktop-Installation-Guide<br><br>Screenshot showing the client/account environment. |

Exhibit 2 – Infringement Allegations for U.S. Patent No. 8,736,764

| Claim | Evidence |
|---|---|
| | **Get The App**<br><br>You can download Discord for free on desktop here, or through the Google Play store or Apple App Store on mobile and tablets.<br><br><br><br>Example of where to download the Discord desktop app on the Discord website<br><br>https://support.discord.com/hc/en-us/articles/360033931551-Getting-Started |
| [6b] defining of themes, widgets and widgets profiles; | Upon information and belief, the Windows Accused Product implements a method comprising defining of themes, widgets and widgets profiles.<br><br>Discord defines the available Game Overlay features/windows, presentation settings, and user-selectable overlay configurations through its software and service architecture. Discord's overlay-design materials explain that Discord redesigned the overlay around "widgets," which were "windowed features" that could be moved around, resized, shown in game, or hidden from view, with settings and controls encapsulated within the widget. The available Discord overlay widgets include, at minimum, chat/message-related windows, voice-related windows, notification windows, video, activity, and streams. The user-selected set and arrangement of those overlay features/windows corresponds to the claimed widget profile.<br><br>Discord's overlay presentation settings, including position, transparency, shortcut, display, notification-position, voice-display, and related interface settings, correspond to the claimed "themes" because they define the presentation and configuration of the overlay environment. |

| Claim | Evidence |
|---|---|
| | Screenshot for "defining widgets."<br><br>Early versions of splitting up flows and features into their own windows, or "widgets" as we refer to them.<br>From this realization came the idea of ***widgets.***<br>Widgets were windowed features that could be moved around, resized, shown in game, or hidden from view. The thinking behind this system was to give the user control of positioning, while also encapsulating all the settings and controls of the feature within the widget.<br>https://discord.com/blog/redesigning-the-discord-overlay<br>Screenshot showing the specific configurable overlay windows: Notifications, Voice, Video, Activity, and Streams. |

Exhibit 2 – Infringement Allegations for U.S. Patent No. 8,736,764

| Claim | Evidence |
|---|---|
| | **Show/Hide Window In Game**<br><br>You can show or hide certain aspects of the Game Overlay (chat window, video, etc) based on your preferences.<br><br>1. With a game running, press your overlay keybind (the default keybinding is 'Shift + `).<br><br>2. Tap on the **pin icon** [📌] to **show or hide the Window in game.** A blurple-colored icon means the window is set to **show.**. This works for the following settings:<br>• Notifications<br>• Voice<br>• Video<br>• Activity<br>• Streams<br><br><br><br>https://support.discord.com/hc/en-us/articles/217659737-Game-Overlay-101#:~:text=Overlay<br><br>Screenshot of page showing the overlay as a layer of chat/friends-list features accessed by hotkey while a game is running. |

Exhibit 2 – Infringement Allegations for U.S. Patent No. 8,736,764

| Claim | Evidence |
| --- | --- |
| | **Hold on, what's an overlay?**<br><br>For those unfamiliar with in-game overlays, they're a "layer" of features—usually chat, a friends list, etc.—that can be accessed without needing to alt-tab and losing focus of a game. Overlays are usually accessed via a hotkey (our default hotkey is *shift +~*) while a game is running.<br><br><br>It's a little overlay sandwich. Yum.<br><br>https://discord.com/blog/redesigning-the-discord-overlay |
| [6c] uploading of themes, widgets and widgets profiles; | Upon information and belief, the Windows Accused Product implements a method comprising uploading of themes, widgets and widgets profiles.<br><br>On information and belief, Discord's Windows desktop application uploads, transmits, syncs, stores, and/or applies user-selected overlay configuration information, including Game Overlay settings, text-notification settings, voice-display settings, notification preferences, and pin/show-hide selections. These user-selected settings define which overlay widgets are shown, hidden, pinned, or surfaced in response to events, and therefore correspond to uploading themes, widgets, and widget profiles. To the extent any settings are stored locally rather than on Discord's servers, the local Discord client configuration performs substantially the same role by saving and applying the selected overlay widget profile and mode settings for subsequent use.<br><br>Discord's public gateway materials state that clients receive gateway payloads and that passive sessions receive updates containing channel, member, and voice-state information to keep the client |

| Claim | Evidence |
|---|---|
| | synchronized with the server. That supports the mapping that the Discord client retrieves and synchronizes state used by the overlay.<br><br>We employ passive sessions to avoid sending most messages that a server generates to clients that may not even open the server. For example, a Discord server could be very active sending thousands of messages per minute, but if a user isn't actually reading those messages, it doesn't make sense to send them and waste their bandwidth. Once you tab into the server, a passive session will be "upgraded" into a normal session and receive the full firehose of dispatches from that guild.<br><br>However, passive sessions still need to be periodically sent a limited amount of information, which is the purpose of PASSIVE_UPDATE_V1. Periodically, all passive sessions will receive an update with a list of channels, members, and members in voice so your client can still be kept in sync with the server.<br><br>Diving into the actual contents of one of those PASSIVE_UPDATE_V1 dispatches, we would send *all* of the channels, members, or members in voice, even if only a single element changed. Passive sessions were implemented as a means to scale Discord servers to hundreds of thousands of users and it worked well at the time.<br><br>However as we've continued to scale, sending these snapshots which consist of mostly redundant data was no longer sufficient. To fix this, we introduced a new dispatch that only sends the delta of what's changed since the last update. This dispatch, aptly named PASSIVE_UPDATE_V2, significantly reduced the overall bandwidth from 35% of the gateway's bandwidth to 5%, equating to a 20% reduction cluster-wide.<br><br>https://discord.com/blog/how-discord-reduced-websocket-traffic-by-40-percent<br><br>Screenshot showing enabling Game Overlay through User Settings with user-selected overlay configuration. |

Exhibit 2 – Infringement Allegations for U.S. Patent No. 8,736,764

| Claim | Evidence |
|---|---|
| | **How To Enable Game Overlay**<br><br>**Note: If you experience lag, game crashes, or other issues while the Game Overlay is enabled, we recommend disabling the Game Overlay for that specific game.**<br><br>1. Tap on the **cogwheel** [⚙] next to your Discord username to access your **User Settings**.<br><br>2. Press the **Overlay** tab and press the toggle button next to **Enable Overlay** to enable it.<br><br>A check mark means the option is enabled; an x means the option is disabled.<br><br><br><br>How to enable Game Overlay<br><br>https://support.discord.com/hc/en-us/articles/217659737-Game-Overlay-101<br><br>Screenshot showing enabling Messages for the overlay. |

| Claim | Evidence |
|---|---|
| |  To see messages in the Game Overlay, go to User Settings > Game Overlay and enable **Messages.**  Once enabled, new messages through DMs, group messages, or servers will be displayed right over your gameplay.  Example of a new message with Game Overlay enabled<br><br>https://support.discord.com/hc/en-us/articles/217659737-Game-Overlay-101<br><br>Screenshot showing user-defined notification preferences. |

Exhibit 2 – Infringement Allegations for U.S. Patent No. 8,736,764

| Claim | Evidence |
|---|---|
| | <br>https://support.discord.com/hc/en-us/articles/215253258-Notifications-Settings-101 |
| [6d] providing the widgets on the display of the TV unit together with a normal TV-sending, other programs, or videos that a TV-viewer desires to watch; | Upon information and belief, the Windows Accused Product implements a method comprising providing the widgets on the display of the TV unit together with a normal TV-sending, other programs, or videos that a TV-viewer desires to watch.<br><br>Discord provides overlay widgets on the display together with "other programs," specifically a running game. The claim language is disjunctive and does not require literal broadcast television. Discord's Game Overlay displays chat/message, voice, notification, and other overlay features/windows over gameplay while the game continues running. Game Overlay 101 states that new messages through DMs, group messages, or servers are displayed "right over your gameplay." |

| Claim | Evidence |
|---|---|
| | Discord's overlay-design materials likewise describe in-game overlays as a layer of features, usually chat or a friends list, accessed by hotkey while a game is running.<br><br>Screenshot example of a message with Game Overlay enabled.<br><br>**Customizing The Game Overlay**<br><br>**Text Settings**<br><br>**NOTE: Messages won't display if a server, DM, or group is muted, or if you have Streamer Mode enabled.**<br>**Slash commands, stickers, and GIFs can be received as messages, but not sent through the Game Overlay.**<br><br>Exploring Azeroth and worried about missing important messages from your friends? Enable Text Chat notifications!<br><br>To see messages in the Game Overlay, go to User Settings > Game Overlay and enable **Messages.**<br><br>**Messages**<br>For each text message notification, shows a notice that you can reply to.<br><br>Once enabled, new messages through DMs, group messages, or servers will be displayed right over your gameplay.<br><br>https://support.discord.com/hc/en-us/articles/217659737-Game-Overlay-101<br><br>Screenshot showing that an overlay is a layer of features accessed without alt-tabbing while a game is running. |

Exhibit 2 – Infringement Allegations for U.S. Patent No. 8,736,764

| Claim | Evidence |
|---|---|
| | **Hold on, what's an overlay?**<br><br>For those unfamiliar with in-game overlays, they're a "layer" of features—usually chat, a friends list, etc.—that can be accessed without needing to alt-tab and losing focus of a game. Overlays are usually accessed via a hotkey (our default hotkey is *shift* + ~) while a game is running.<br><br><br>It's a little overlay sandwich. Yum.<br><br>https://discord.com/blog/redesigning-the-discord-overlay |
| [6e] navigating widgets and widgets profiles; | Upon information and belief, the Windows Accused Product implements a method comprising navigating widgets and widgets profiles.<br><br>Discord allows users to navigate overlay widgets and widget-profile analogues through the Game Overlay workflow. Users invoke the overlay with an overlay keybind, access and configure overlay windows, enable or disable overlay features, navigate between selected overlay windows, show or hide selected windows in their game, and use the pin control to keep selected windows visible. The selected group and arrangement of overlay windows—such as Notifications, Voice, Video, Activity, and Streams—corresponds to a widget-profile analogue, and the user navigates those widgets and settings through Discord's prescribed interface.<br><br>Screenshot of Discord widgets shown over gameplay. |

Exhibit 2 – Infringement Allegations for U.S. Patent No. 8,736,764

| Claim | Evidence |
|---|---|
| | **Deliver and Results**<br><br>Final overlay in action. Also Junkrat....really?<br><br>Once we released the redesign and enabled more games to use in our overlay we saw a **50% increase in overlay users.** Of that group, **30% use text and notification features.**<br><br>More importantly, the redesign gave our team a solid foundation to keep building upon. So while the release was a great first step to improving our overlay experience, it also gives us room to improve in the future!<br><br>https://discord.com/blog/redesigning-the-discord-overlay<br><br>Screenshot of an overlay accessed by hotkey while a game is running.<br>**Hold on, what's an overlay?**<br><br>For those unfamiliar with in-game overlays, they're a "layer" of features—usually chat, a friends list, etc.—that can be accessed without needing to alt-tab and losing focus of a game. Overlays are usually accessed via a hotkey (our default hotkey is *shift +~*) while a game is running.<br><br>It's a little overlay sandwich. Yum. |

Exhibit 2 – Infringement Allegations for U.S. Patent No. 8,736,764

| Claim | Evidence |
|---|---|
| | https://discord.com/blog/redesigning-the-discord-overlay<br><br>Screenshot of Show/Hide Window in Game screenshot — overlay keybind + pin icon + list of windows illustrating evidence for navigation.<br><br><br>**Show/Hide Window In Game**<br>You can show or hide certain aspects of the Game Overlay (chat window, video, etc) based on your preferences.<br>1. With a game running, press your overlay keybind (the default keybinding is 'Shift + `').<br>2. Tap on the **pin icon** [ ] to **show or hide the Window in game.** A blurple-colored icon means the window is set to **show.**. This works for the following settings:<br>• Notifications<br>• Voice<br>• Video<br>• Activity<br>• Streams<br><br><br>https://support.discord.com/hc/en-us/articles/217659737-Game-Overlay-101<br><br>Screenshot of How to Enable Game Overlay illustrating access through User Settings / Overlay tab. |

Exhibit 2 – Infringement Allegations for U.S. Patent No. 8,736,764

| Claim | Evidence |
|---|---|
| | **How To Enable Game Overlay**<br><br>**Note: If you experience lag, game crashes, or other issues while the Game Overlay is enabled, we recommend disabling the Game Overlay for that specific game.**<br><br>1. Tap on the **cogwheel** [⚙] next to your Discord username to access your **User Settings.**<br><br>2. Press the **Overlay** tab and press the toggle button next to **Enable Overlay** to enable it.<br><br>A check mark means the option is enabled; an x means the option is disabled.<br><br><br><br>How to enable Game Overlay<br><br>https://support.discord.com/hc/en-us/articles/217659737-Game-Overlay-101 |
| [6f] wherein the method further includes managing widgets modes for: | Upon information and belief, the Windows Accused Product implements a method, wherein the method further includes managing widgets modes.<br><br>Discord manages widget modes by allowing overlay features/windows to be displayed persistently, shown or hidden in game, pinned, or surfaced temporarily in response to activity or notifications. The Game Overlay includes user-configurable settings for text notifications, voice display, call behavior, and show/hide windows in game. These settings correspond to managing widget modes, including persistent "sticky" presentation and event-driven "sticky on change" notification behavior. |

Exhibit 2 – Infringement Allegations for U.S. Patent No. 8,736,764

| Claim | Evidence |
|---|---|
| | Screenshot of Show/Hide Window in Game with pin icon and configurable windows.<br><br>**Show/Hide Window In Game**<br><br>You can show or hide certain aspects of the Game Overlay (chat window, video, etc) based on your preferences.<br><br>1. With a game running, press your overlay keybind (the default keybinding is 'Shift + `').<br><br>2. Tap on the **pin icon** [ ] to **show or hide the Window in game**. A blurple-colored icon means the window is set to **show**.. This works for the following settings:<br>• Notifications<br>• Voice<br>• Video<br>• Activity<br>• Streams<br><br><br><br>How to show or hide the Window in game setting<br><br>https://support.discord.com/hc/en-us/articles/217659737-Game-Overlay-101<br><br>Screenshot of Always / Only While Speaking settings. |

Exhibit 2 – Infringement Allegations for U.S. Patent No. 8,736,764

| Claim | Evidence |
|---|---|
| | <br>Example of what Only While Speaking setting looks like for a Voice Channel<br>**Display Names**<br>Now that you've selected WHO appears - you can now choose how to show names for those users in your voice call or channel! This can be set to one of the following options:<br>**Always** - Display names are always visible<br>**Only While Speaking** - Display names appear only when users are actively speaking<br>**Never** - Display names are hidden and will never be shown.<br><br><br>https://support.discord.com/hc/en-us/articles/217659737-Game-Overlay-101 |
| [6g] "sticky on change" wherein the widget's notifications for off-screen widgets appear on the display of the TV unit for a certain time when their content has been updated or changed; and | Upon information and belief, the Windows Accused Product implements a method, wherein the method further comprises managing widgets modes for "sticky on change" wherein the widget's notifications for off-screen widgets appear on the display of the TV unit for a certain time when their content has been updated or changed.<br><br>Discord's chat-related overlay feature/window is an off-screen widget candidate when it is not currently shown in game. When new content is received, such as a DM, group message, server message, mention, invite, or call, Discord surfaces a temporary alert or preview over gameplay for a limited period of time. Game Overlay 101 states that, once messages are enabled, "new messages through DMs, group messages, or servers will be displayed right over your gameplay." Thus, the underlying Discord overlay feature/window maps to the off-screen widget, while the temporary on-screen alert or preview maps to the widget's notification output.<br><br>https://support.discord.com/hc/en-us/articles/217659737-Game-Overlay-101 |

Exhibit 2 – Infringement Allegations for U.S. Patent No. 8,736,764

| Claim | Evidence |
|---|---|
| | **Users need to see messages**<br><br>As I mentioned previously, hearing a notification but not knowing who or what was being sent was not an enjoyable experience. The way we solved this problem was with in-game notifications.<br><br>Notifications are something that all games benefit from. Playing a single player game and receive a direct message? We show you a preview in-game so you can decide to respond. Or ignore it. Probably ignore (sorry Siegfried).<br><br><br><br>Text notifications, our "news nudge," and a game invite all using the same design component.<br><br>The notification system design was based on our message component. The design consists of an avatar, a title, and a message. At a glance, you can immediately recognize the sender and enough text to provide context.<br><br>https://discord.com/blog/redesigning-the-discord-overlay<br><br>In addition, the underlying Discord chat/voice/notification overlay feature/window is the widget; the temporary alert or preview is that widget's notification output. |

Exhibit 2 – Infringement Allegations for U.S. Patent No. 8,736,764

| Claim | Evidence |
|---|---|
| | **Customizing The Game Overlay**<br><br>**Text Settings**<br><br>**NOTE: Messages won't display if a server, DM, or group is muted, or if you have Streamer Mode enabled.**<br>**Slash commands, stickers, and GIFs can be received as messages, but not sent through the Game Overlay.**<br><br>Exploring Azeroth and worried about missing important messages from your friends? Enable Text Chat notifications!<br><br>To see messages in the Game Overlay, go to User Settings > Game Overlay and enable **Messages.**<br><br><br><br>Once enabled, new messages through DMs, group messages, or servers will be displayed right over your gameplay.<br><br>https://support.discord.com/hc/en-us/articles/217659737-Game-Overlay-101<br><br>In addition to text-chat notifications, Discord also surfaces other event-driven alerts, including call, invite, news, and activity notifications. Discord surfaces a temporary alert or preview over gameplay for a limited period of time. |

Exhibit 2 – Infringement Allegations for U.S. Patent No. 8,736,764

| Claim | Evidence |
|---|---|
| | **Finding Your Channel Notification Settings**<br><br>Discord's channel notification settings provide granular control over alerts at the individual channel level. You can override notifications for specific channels through **Notification Overrides**, even when other server notification settings are enabled.<br><br>1. Simply navigate to your server **Notification Settings** > **Notification Overrides.**<br><br>2. Select the dropdown menu to see a list of channels and categories. You can customize notification settings for each channel, even if you have other server-wide settings enabled.<br><br>3. Select the channel you want to customize and choose your notification preferences:<br>• **All:** Receive notifications for every message<br>• **Mentions:** Get notified only when you're mentioned<br>• **Nothing**: Disable all notifications<br>• **Mute:** Silence everything including @mentions<br><br>This gives you precise control over each channel's notifications, regardless of your server-wide settings.<br><br>https://support.discord.com/hc/en-us/articles/215253258-Notifications-Settings-101 |

Exhibit 2 – Infringement Allegations for U.S. Patent No. 8,736,764

| Claim | Evidence |
| --- | --- |
| | Here, you can also choose suppression options and more:<br><br>• **Suppress @everyone and @here:** Prevents notifications from **@everyone** and **@here** mentions across the entire server.<br>• **Suppress All Role @mentions:** Prevents notifications from all role mentions across the entire server.<br>• **Suppress Highlights:** Controls email notifications for the best content from servers you follow. This toggle works independently of other notification settings - you can receive **Highlights** even with notifications off, unless you mute the server completely. Learn more.<br>• **Mute New Events:** Prevents notifications for new events across the entire server.<br>• **Mobile Push Notifications:** When you're signed in on your Android or iOS device, you'll get push notifications for anything you'd normally be notified about on desktop. Pretty convenient!<br><br><br><br><br>https://support.discord.com/hc/en-us/articles/215253258-Notifications-Settings-101<br><br>See also the availability of notifications for invites, messages, and news: |

Exhibit 2 – Infringement Allegations for U.S. Patent No. 8,736,764

<table>
<tr><th>Claim</th><th>Evidence</th></tr>
<tr><td></td><td>

To give users more control of the interface, we created settings for in-game notification placement and the option to disable them entirely.




Notification variants (invites, messages, and news).

https://discord.com/blog/redesigning-the-discord-overlay

## Finding Your Server Notification Settings

Game activity notifications are currently an experiment on the desktop app. To turn off these notifications, go to User Settings > Notifications and adjust your Game Activity Notifications settings. To stop sharing your game activities entirely, update your Activity Privacy settings instead. Learn more details on managing your activity settings here.




Example of Game Activity Notification

</td></tr>
</table>

Exhibit 2 – Infringement Allegations for U.S. Patent No. 8,736,764

| Claim | Evidence |
| --- | --- |
| | https://support.discord.com/hc/en-us/articles/215253258-Notifications-Settings-101<br><br>Discord's public engineering materials further explain that users connect to Discord through a WebSocket session and that Discord uses a pub/sub fanout architecture in which events published in a guild are fanned out to connected user sessions. This supports the mapping that Discord retrieves and delivers updated message, channel, and notification content to the client for display through the Game Overlay.<br><br>**Message Fanout**<br><br>While Discord is rich with features, most of it boils down to pub/sub. Users connect to a WebSocket and spin up a session process (a GenServer), which then communicates with remo Erlang nodes that contain guild (internal for a "Discord Server") processes (also GenServers). When anything is published in a guild, it is fanned out to every session connected to it.<br><br><br><br>When a user comes online, they connect to a guild, and the guild publishes a presence to all other connected sessions. Guilds have a lot of other logic behind the scenes, but here's a simplified example:<br>https://discord.com/blog/how-discord-scaled-elixir-to-5-000-000-concurrent-users<br><br>Discord's public WebRTC architecture materials describe separate voice servers, voice-state objects, client notification of selected voice servers, and a voice WebSocket connection used for media setup |

Exhibit 2 – Infringement Allegations for U.S. Patent No. 8,736,764

| Claim | Evidence |
| --- | --- |
| | and speaking indication. That supports the mapping of Discord's voice/call overlay features as network-delivered widget content and event-driven overlay updates.<br><br>**Assigning a Voice Server**<br><br>Each voice server periodically reports its health and load, and this information is curated and placed into our service discovery system (we use etcd) as we've discussed in a previous blog post.<br><br>The Discord Guilds server watches the service discovery system and assigns the least utilized voice server in the given region to the guild. When a Discord Voice server is selected, all the voice state objects (also maintained by Discord Guilds) are pushed to voice server so it knows how to set up audio/video forwarding. Clients are also notified about the selected Discord Voice server. The client opens a *second* WebSocket connection to the voice server (we call this the *voice* WebSocket connection) which is used for setting up media forwarding and speaking indication.<br><br>When a client displays "Awaiting Endpoint," it means that the Discord Guilds server is looking for the best Discord Voice server. When a client displays "Voice Connected," it means that the client successfully exchanged UDP messages with the selected Discord Voice server.<br><br>Discord Voice server contains two components: a signaling component and a media relay component called the selective forwarding unit or SFU. The signaling component fully controls the SFU and is responsible for generating stream identifiers and encryption keys, forwarding speaking indication, etc.<br><br>Our homegrown SFU (written in C++) is responsible for forwarding audio and video traffic within channels. Our SFU is tailored to our use case offering maximum performance and thus the lowest cost. When offending users are moderated (server mute), their audio packets are dropped. The SFU also acts as a bridge between native and browser applications. It implements a transport and encryption for both browser and standalone applications and translates between the two as it forwards media packets. Finally, the SFU is also responsible for handling the real-time control transport protocol (RTCP), which is used for video quality optimization. It collects and processes RTCP reports from receivers and notifies senders how much bandwidth is available for video.<br><br>https://discord.com/blog/how-discord-handles-two-and-half-million-concurrent-voice-users-using-webrtc<br><br>Discord's public gateway materials state that clients receive gateway payloads and that passive sessions receive updates containing channel, member, and voice-state information to keep the client synchronized with the server. That supports the mapping that the Discord client retrieves and synchronizes state used by the overlay. |

Exhibit 2 – Infringement Allegations for U.S. Patent No. 8,736,764

| Claim | Evidence |
|---|---|
| | We employ passive sessions to avoid sending most messages that a server generates to clients that may not even open the server. For example, a Discord server could be very active sending thousands of messages per minute, but if a user isn't actually reading those messages, it doesn't make sense to send them and waste their bandwidth. Once you tab into the server, a passive session will be "upgraded" into a normal session and receive the full firehose of dispatches from that guild.<br><br>However, passive sessions still need to be periodically sent a limited amount of information, which is the purpose of PASSIVE_UPDATE_V1. Periodically, all passive sessions will receive an update with a list of channels, members, and members in voice so your client can still be kept in sync with the server.<br><br>Diving into the actual contents of one of those PASSIVE_UPDATE_V1 dispatches, we would send *all* of the channels, members, or members in voice, even if only a single element changed. Passive sessions were implemented as a means to scale Discord servers to hundreds of thousands of users and it worked well at the time.<br><br>However as we've continued to scale, sending these snapshots which consist of mostly redundant data was no longer sufficient. To fix this, we introduced a new dispatch that only sends the delta of what's changed since the last update. This dispatch, aptly named PASSIVE_UPDATE_V2, significantly reduced the overall bandwidth from 35% of the gateway's bandwidth to 5%, equating to a 20% reduction cluster-wide.<br><br>https://discord.com/blog/how-discord-reduced-websocket-traffic-by-40-percent |
| [6h] "sticky", wherein the widget remains on the display of the TV unit when the user exits the widget mode. | Upon information and belief, the Windows Accused Product implements a method, wherein the method further comprises managing widgets modes for "sticky", wherein the widget remains on the display of the TV unit when the user exits the widget mode.<br><br>Discord allows selected overlay windows/widgets to remain shown in game after the user leaves the active overlay configuration state. Discord's overlay-design materials explain that "pinning" is when the user wants to display a widget in the game, and show a pinned widget remaining visible over gameplay. Game Overlay 101 further shows that, with a game running, the user can press the overlay keybind and use the pin icon to show or hide windows in their game for Notifications, Voice, Video, Activity, and Streams. This pinned display behavior corresponds to the claimed "sticky" mode because the selected widget remains on the display after the user exits the overlay/widget configuration mode.<br><br>https://discord.com/blog/redesigning-the-discord-overlay |

Exhibit 2 – Infringement Allegations for U.S. Patent No. 8,736,764

| Claim | Evidence |
|---|---|
| | **Show/Hide Window In Game**<br><br>You can show or hide certain aspects of the Game Overlay (chat window, video, etc) based on your preferences.<br><br>1. With a game running, press your overlay keybind (the default keybinding is 'Shift + `').<br><br>2. Tap on the **pin icon** [ ] to **show or hide the Window in game.** A blurple-colored icon means the window is set to **show.**. This works for the following settings:<br>• Notifications<br>• Voice<br>• Video<br>• Activity<br>• Streams<br><br><br><br>How to show or hide the Window in game setting<br><br>https://support.discord.com/hc/en-us/articles/217659737-Game-Overlay-101<br><br>In addition to [1b] and [1c] Discord also has the ability to pin the widget to the game after exiting the widget overlay mode where widget settings may be selected. For example:<br><br>**Users need access to their communities while playing**<br><br>Discord's goal is to bring people together around games. So, while we all love to be immersed in a game from time to time, there's also plenty of instances where you want to still be involved with your server while gaming.<br><br>In order to address this issue, we came up with the concept of ***pinning***. Pinning is when the user wants to display that widget in their game.<br><br>With pinning, users could make any game a social one. Whether users were completing daily quests in World of Warcraft, or playing a rogue-like to kill time, now they could do so while still interacting with their server.<br><br>Pinning widgets provided a consistent way of showing, or hiding, voice and text activity. |

Exhibit 2 – Infringement Allegations for U.S. Patent No. 8,736,764

| Claim | Evidence |
| --- | --- |
| | https://discord.com/blog/redesigning-the-discord-overlay<br><br>The ability to pin a particular widget may also be accomplished through setup in the overlay mode. For example:<br><br>**Show/Hide Window In Game**<br><br>You can show or hide certain aspects of the Game Overlay (chat window, video, etc) based on your preferences.<br><br>1. With a game running, press your overlay keybind (the default keybinding is 'Shift +`).<br><br>2. Tap on the **pin icon** [ ] to **show or hide the Window in game.** A blurple-colored icon means the window is set to **show.**. This works for the following settings:<br>• Notifications<br>• Voice<br>• Video<br>• Activity<br>• Streams<br><br><br><br>https://support.discord.com/hc/en-us/articles/217659737-Game-Overlay-101<br><br>Discord expressly says pinning means the user wants to display the widget in the game, and Game Overlay 101 shows a pin icon used to show/hide windows in their game. |

Exhibit 2 – Infringement Allegations for U.S. Patent No. 8,736,764

| Claim | Evidence |
| --- | --- |
| | **Users need access to their communities while playing**<br><br>Discord's goal is to bring people together around games. So, while we all love to be immersed in a game from time to time, there's also plenty of instances where you want to still be involved with your server while gaming.<br><br>In order to address this issue, we came up with the concept of ***pinning***. Pinning is when the user wants to display that widget in their game.<br><br>With pinning, users could make any game a social one. Whether users were completing daily quests in World of Warcraft, or playing a rogue-like to kill time, now they could do so while still interacting with their server.<br><br>Pinning widgets provided a consistent way of showing, or hiding, voice and text activity.<br><br><br>Chatting inline with a pinned window while playing Enter the Gungeon<br><br>https://discord.com/blog/redesigning-the-discord-overlay |

# EXHIBIT 3

| **Claim** | **Evidence**[1] |
| --- | --- |
| [1-pre] A system for providing widgets on a display of a TV unit provided with an internal or external Internet-enabled device which provides Internet to the TV unit, the system comprising: | Upon information and belief, Discord for Meta Quest (Quest Accused Product) is a system for providing widgets on a display of a TV unit provided with an internal or external Internet-enabled device which provides Internet to the TV unit.<br><br>Discord for Meta Quest is a native app available through Meta Horizon Store and runs on Meta Quest headsets. Users can access Discord servers, DMs, Group DMs, voice/video calls, and gameplay streaming while in the Quest VR environment.<br><br>Discord's Meta Quest FAQ states that Meta Quest users can use Discord while in a VR experience and access the full Discord app without a separate device or headset browser.<br><br>**Discord on Meta Quest FAQ** |

[1] The present infringement allegations are based on publicly available information accessible to Plaintiff. These allegations are subject to future evidence, including but not limited to confidential information including source code in the possession, custody or control of Defendant, as well as any future claim construction or other relevant orders from the Court.

Exhibit 3 – Infringement Allegations for U.S. Patent No. 8,736,764

<table>
<tr><th>Claim</th><th>Evidence[1]</th></tr>
<tr><td></td><td>

If you're a Meta Quest user, you can use Discord while in your VR experience. Through Meta Quest, you can access the full Discord app, like your servers, direct messages (DMs), group DMs, voice/video calls, without needing a separate device or using the VR headset web browser.

You can get Discord on your Meta Quest by downloading the app through the Meta Horizon Store.




A Discord server as seen in the Discord app on a Meta Quest device.

Discord's Meta Quest FAQ identifies the Discord features available on Meta Quest, including servers, DMs, Group DMs, voice calls, video calls, and gameplay streaming.

## What Discord Features Are Available On Meta Quest?

Discord on Meta Quest includes all the features you're used to from the Discord app, including:

- Your servers, DMs, and Group DMs
- Voice calls using your headset's built-in microphone
- Video calls if you've set up a Meta Avatar
- Streaming Meta Quest gameplay to your friend on Discord

</td></tr>
</table>

Exhibit 3 – Infringement Allegations for U.S. Patent No. 8,736,764

<table>
<tr><th>Claim</th><th>Evidence[1]</th></tr>
<tr><td></td><td>https://support.discord.com/hc/en-us/articles/41412722792983-Discord-on-Meta-Quest-FAQ</td></tr>
<tr><td>[1a] an internal or external control device for controlling the TV unit;</td><td>Upon information and belief, the Quest Accused Product comprises an internal or external control device for controlling the TV unit.<br><br>The Meta Quest headset and its integrated near-eye display environment correspond to the claimed TV unit/display, and the Meta Quest input mechanisms correspond to the claimed internal or external control device. Meta identifies Quest headsets as display devices with per-eye displays and identifies Quest input mechanisms including Touch Plus controllers and hand tracking.<br><br>Meta’s official Quest comparison page identifies the Quest headset display specifications, including per-eye display resolution.<br><br>
</td></tr>
</table>

Exhibit 3 – Infringement Allegations for U.S. Patent No. 8,736,764

<table>
<tr><th>Claim</th><th>Evidence[1]</th></tr>
<tr><td></td><td>


<br>
https://www.meta.com/quest/compare/
<br><br>
Meta's official Quest comparison page also identifies Quest input components, including Touch Plus controllers, controller tracking, hand tracking, and the headset/controller components included with the device.
</td></tr>
</table>

Exhibit 3 – Infringement Allegations for U.S. Patent No. 8,736,764

| Claim | Evidence[1] |
|---|---|
| | Controllers and natural input<br><br>**Controller tracking** ⓘ: Hybrid using computer vision and machine learning tracking<br>**Hand tracking**: Yes; Use hands to swipe through content or type on a virtual keyboard.<br>**Haptics** ⓘ: TruTouch variable haptics<br><br>**Controller tracking** ⓘ: Hybrid using computer vision and machine learning tracking<br>**Hand tracking**: Yes; Use hands to swipe through content or type on a virtual keyboard.<br>**Haptics** ⓘ: TruTouch variable haptics<br><br>**Controller tracking** ⓘ: Hybrid using computer vision and machine learning tracking<br>**Hand tracking**: Yes; Use hands to swipe through content or type on a virtual keyboard.<br>**Haptics** ⓘ: TruTouch variable haptics<br><br>What's in the box<br><br><br>1 Meta Quest 3S headset (128GB)<br>2 Pre-installed Standard Facial Interface<br>3 Glasses Spacer (included)<br>4 2 Touch Plus Controllers<br>5 2 wrist straps & 2 AA batteries<br>6 Power adapter<br>7 Charging cable<br><br><br>1 Meta Quest 3S headset (256GB)<br>2 Pre-installed Standard Facial Interface<br>3 Glasses Spacer (included)<br>4 2 Touch Plus Controllers<br>5 2 wrist straps & 2 AA batteries<br>6 Power adapter<br>7 Charging cable<br><br><br>1 Meta Quest 3 headset<br>2 Adjustable pre-installed Standard Facial Interface<br>3 2 Touch Plus controllers & 2 AA batteries<br>4 2 wrist straps<br>5 Power adapter<br>6 Charging cable<br><br>https://www.meta.com/quest/compare/<br><br>The Meta Quest headset/display environment therefore maps to the claimed TV unit, and the Touch Plus controllers and/or hand-tracking input map to the claimed control device because they allow the user to control, navigate, select, and interact with the Discord panel/window displayed in the Quest environment. |
| [1b] wherein the Internet-enabled device is configured to provide | Upon information and belief, the Quest Accused Product comprises an Internet-enabled device that is configured to provide navigation, presentation, and use of widgets on the display of the TV unit |

| **Claim** | **Evidence**[1] |
|---|---|
| navigation, presentation, and use of widgets on the display of the TV unit together with a normal TV-sending, other programs, or videos, that a user desires to watch, wherein the Internet-enabled device is arranged for managing widgets modes for: | together with a normal TV-sending, other programs, or videos, that a user desires to watch, wherein the Internet-enabled device is arranged for managing widgets modes.<br><br>Discord for Meta Quest provides interactive Discord panels/windows that can be accessed and used while the user remains in a VR application experience. Discord states that the Quest app provides the full Discord experience, including servers, DMs, Group DMs, and calls, and that users can keep the app pinned in their playspace while playing Beat Saber or send a DM while in VR Chat. Discord's FAQ likewise states that Meta Quest users can use Discord while in a VR experience and access the full Discord app without a separate device or headset browser.<br><br>Discord's Quest launch blog describes using Discord while another VR application continues running, including keeping Discord pinned in the user's playspace while playing Beat Saber or sending a DM while in VR Chat. |

Exhibit 3 – Infringement Allegations for U.S. Patent No. 8,736,764

| Claim | Evidence[1] |
|---|---|
| | **Discord is Now on Meta Quest: Reach Out to Your Servers While in VR**<br><br>Clyde<br>June 30, 2026<br><br>**Starting today, Discord is now available to download directly from Meta's Horizon App Store.** No more sideloading the app. No more keeping your Discord friends confined to your headset's web browser, or using another device to hold your call while in VR.<br><br>And *all* the familiar features from the app are here, including all your servers, DM, and Group DM conversations. **It's the full, proper Discord experience.** And since your Meta Quest headset already has a mic built-in, you can hop in and out of Discord calls any time without fiddling with an external device beforehand.<br><br><br><br><br>Keep the app pinned in your playspace while trying to aim for a higher score in Beat Saber, or send someone a quick DM on the side while you're hanging out VR Chat.<br><br>https://discord.com/blog/discord-is-now-on-meta-quest-reach-out-to-your-servers-while-in-vr<br><br>Discord's Quest FAQ confirms that Meta Quest users can use Discord while in a VR experience and access Discord servers, DMs, Group DMs, voice calls, and video calls without a separate device or headset browser. |

| Claim | Evidence[1] |
|---|---|
| | **Discord on Meta Quest FAQ**<br><br>Bubbles<br>1 month ago · Updated<br>Follow<br><br>Discord is available to download directly from the Meta Horizon Store — bringing the full Discord experience to your Meta Quest headset.<br><br>**What this article covers:**<br>• Is Discord Available on Meta Quest?<br>• How to Download Discord on Meta Quest<br>• What Discord Features Are Available on Meta Quest?<br>• Frequently Asked Questions<br><br>**Is Discord Available On Meta Quest?**<br><br>If you're a Meta Quest user, you can use Discord while in your VR experience. Through Meta Quest, you can access the full Discord app, like your servers, direct messages (DMs), group DMs, voice/video calls, without needing a separate device or using the VR headset web browser.<br>https://support.discord.com/hc/en-us/articles/41412722792983-Discord-on-Meta-Quest-FAQ |

| Claim | Evidence[1] |
|---|---|
| | This evidence supports [1b] because Discord for Meta Quest presents interactive Discord panels/windows on the Meta Quest display environment while another VR game or application continues running, thereby providing navigation, presentation, and use of Discord widgets together with other programs, videos, or similar content the user desires to experience. |
| [1c] "sticky on change" wherein the widget's notifications for off-screen widgets appear on the display of the TV unit for a certain time when their content has been updated or changed; and | Upon information and belief, the Quest Accused Product is arranged for managing widgets modes for "sticky on change" wherein the widget's notifications for off-screen widgets appear on the display of the TV unit for a certain time when their content has been updated or changed.<br><br>Discord for Meta Quest provides access to Discord servers, DMs, Group DMs, voice calls, and video calls while the user remains in the Meta Quest VR environment. Discord separately provides notification functionality for updated server and channel activity, including configurable server-level and channel-level notification settings.<br>Discord's Quest FAQ confirms that Discord for Meta Quest provides the full Discord app experience in VR, including servers, DMs, Group DMs, voice calls, and video calls. |

Exhibit 3 – Infringement Allegations for U.S. Patent No. 8,736,764

| Claim | Evidence[1] |
|---|---|
| | **Is Discord Available On Meta Quest?**<br><br>If you're a Meta Quest user, you can use Discord while in your VR experience. Through Meta Quest, you can access the full Discord app, like your servers, direct messages (DMs), group DMs, voice/video calls, without needing a separate device or using the VR headset web browser.<br><br>You can get Discord on your Meta Quest by downloading the app through the Meta Horizon Store.<br><br><br><br>**A Discord server as seen in the Discord app on a Meta Quest device.**<br><br>https://support.discord.com/hc/en-us/articles/41412722792983-Discord-on-Meta-Quest-FAQ<br><br>Discord's notification settings materials confirm that Discord provides user-configurable notification settings for server and channel activity, including settings for different levels of notifications and channel-specific overrides. |

| Claim | Evidence[1] |
|---|---|
| | **Finding Your Channel Notification Settings**<br><br>Discord's channel notification settings provide granular control over alerts at the individual channel level. You can override notifications for specific channels through **Notification Overrides**, even when other server notification settings are enabled.<br><br>1. Simply navigate to your server **Notification Settings** > **Notification Overrides**.<br><br>2. Select the dropdown menu to see a list of channels and categories. You can customize notification settings for each channel, even if you have other server-wide settings enabled.<br><br>3. Select the channel you want to customize and choose your notification preferences:<br><br>• **All**: Receive notifications for every message<br>• **Mentions**: Get notified only when you're mentioned<br>• **Nothing**: Disable all notifications<br>• **Mute**: Silence everything including @mentions<br><br>This gives you precise control over each channel's notifications, regardless of your server-wide settings. |

Exhibit 3 – Infringement Allegations for U.S. Patent No. 8,736,764

<table>
<tr><th>Claim</th><th>Evidence[1]</th></tr>
<tr><td></td><td>



https://support.discord.com/hc/en-us/articles/215253258-Notifications-Settings-101

Discord for Meta Quest provides Discord message/call content in the Quest VR environment, and Discord’s notification materials show configurable notification settings for server and channel activity.
</td></tr>
<tr><td>[1d] “sticky”, wherein the widget remains on the display of the TV unit when the user exits the widget mode.</td><td>
Upon information and belief, the Quest Accused Product is arranged for managing widgets modes for “sticky”, wherein the widget remains on the display of the TV unit when the user exits the widget mode.

Discord states that the Discord for Meta Quest application/panel/window can be kept pinned and visible in the Meta Quest display environment while the user continues using another VR application. Discord’s Quest launch blog states that users can keep the Discord app “pinned in your playspace” while playing Beat Saber or send a DM while in VR Chat. This pinned-panel behavior corresponds to “sticky” because, after the user invokes, positions, or pins the Discord panel/window, the Discord panel/window remains on the Meta Quest display environment while the user continues the VR application experience.
</td></tr>
</table>

Exhibit 3 – Infringement Allegations for U.S. Patent No. 8,736,764

| Claim | Evidence[1] |
|---|---|
| | Discord's Quest launch blog describes the Discord Quest application as a persistent panel/window that can be kept pinned in the user's playspace while another VR application continues running.<br><br><br><br>Keep the app pinned in your playspace while trying to aim for a higher score in Beat Saber, or send someone a quick DM on the side while you're hanging out VR Chat.<br><br>https://discord.com/blog/discord-is-now-on-meta-quest-reach-out-to-your-servers-while-in-vr<br><br>Discord's Quest FAQ confirms that the Discord application is used within the Meta Quest VR experience and provides access to the full Discord app, including servers, DMs, Group DMs, voice calls, and video calls. |

| Claim | Evidence[1] |
| --- | --- |
| | **Is Discord Available On Meta Quest?**<br><br>If you're a Meta Quest user, you can use Discord while in your VR experience. Through Meta Quest, you can access the full Discord app, like your servers, direct messages (DMs), group DMs, voice/video calls, without needing a separate device or using the VR headset web browser.<br><br>You can get Discord on your Meta Quest by downloading the app through the Meta Horizon Store.<br><br><br><br><br>**A Discord server as seen in the Discord app on a Meta Quest device.**<br><br>https://support.discord.com/hc/en-us/articles/41412722792983-Discord-on-Meta-Quest-FAQ<br><br>This evidence supports [1d] because Discord for Meta Quest provides a Discord panel/window that can be pinned and kept visible in the Meta Quest display environment while the user continues |

| Claim | Evidence[1] |
|---|---|
| | another VR application, corresponding to a sticky widget that remains on the display after the user leaves the active Discord/widget interaction mode. |

| Claim | Evidence |
|---|---|
| [6-pre] A method for providing widgets on a display of a TV unit provided with an internal or external Internet-enabled device, wherein the method comprises the steps of: | Upon information and belief, the Quest Accused Product implements a method for providing widgets on a display of a TV unit provided with an internal or external Internet-enabled device.<br><br>Discord for Meta Quest provides a method, implemented through Discord's native Meta Quest application, Discord's backend services, and the Meta Quest headset display environment, for providing interactive Discord panels/windows on the display environment of a Meta Quest headset. Discord states that Meta Quest users can use Discord while in a VR experience and access the full Discord app, including servers, DMs, Group DMs, voice calls, video calls, and gameplay streaming. The Meta Quest headset/display environment corresponds to the claimed TV unit, and the Discord Quest application and associated Discord services correspond to the Internet-enabled device/service environment that provides Internet-based Discord content to the headset display environment.<br><br>Discord's Meta Quest FAQ states that Meta Quest users can use Discord while in a VR experience and access the full Discord app without a separate device or headset browser. |

Exhibit 3 – Infringement Allegations for U.S. Patent No. 8,736,764

| Claim | Evidence |
|---|---|
| | **Is Discord Available On Meta Quest?**<br><br>If you're a Meta Quest user, you can use Discord while in your VR experience. Through Meta Quest, you can access the full Discord app, like your servers, direct messages (DMs), group DMs, voice/video calls, without needing a separate device or using the VR headset web browser.<br><br>You can get Discord on your Meta Quest by downloading the app through the Meta Horizon Store.<br><br><br><br>**A Discord server as seen in the Discord app on a Meta Quest device.**<br><br>https://support.discord.com/hc/en-us/articles/41412722792983-Discord-on-Meta-Quest-FAQ<br><br>Discord's Meta Quest FAQ identifies the Discord features available on Meta Quest, including servers, DMs, Group DMs, voice calls, video calls, and gameplay streaming. |

Exhibit 3 – Infringement Allegations for U.S. Patent No. 8,736,764

| Claim | Evidence |
|---|---|
| | **What Discord Features Are Available On Meta Quest?**<br><br>Discord on Meta Quest includes all the features you're used to from the Discord app, including:<br>• Your servers, DMs, and Group DMs<br>• Voice calls using your headset's built-in microphone<br>• Video calls if you've set up a Meta Avatar<br>• Streaming Meta Quest gameplay to your friend on Discord<br><br>https://support.discord.com/hc/en-us/articles/41412722792983-Discord-on-Meta-Quest-FAQ<br><br>This evidence supports [6-pre] because Discord for Meta Quest provides a method for presenting Discord panels/windows/widgets on the Meta Quest headset display environment using Internet-based Discord application and service functionality. |
| [6a] communicating with a web portal for retrieving themes, widgets and widgets profiles by means of the Internet-enabled device; | Upon information and belief, the Quest Accused Product implements a method comprising communicating with a web portal for retrieving themes, widgets and widgets profiles by means of the Internet-enabled device.<br><br>Discord for Meta Quest communicates with Discord's web-accessible account, gateway, session, and backend service environment to retrieve Discord account information, servers, DMs, Group DMs, voice/video call functionality, gameplay streaming functionality, and related Discord application/panel/window content for presentation in the Meta Quest headset display environment. Discord's Meta Quest FAQ confirms that Meta Quest users can access the full Discord app while in VR, including servers, DMs, Group DMs, voice calls, video calls, and gameplay streaming. Discord's public engineering materials further explain that, when a Discord client starts, it connects to Discord's gateway and receives servers, channels, DMs, profile pictures, and other information needed to make Discord function through Discord's session service. These retrieved Discord panels/windows, account-state information, server/channel/message/call content, and associated interface state correspond to retrieving themes, widgets, and widget profiles by means of the Internet-enabled device. |

Exhibit 3 – Infringement Allegations for U.S. Patent No. 8,736,764

| Claim | Evidence |
|---|---|
| | Discord's Meta Quest FAQ confirms that the Quest app provides access to the full Discord app while in the VR experience, including servers, DMs, Group DMs, voice calls, video calls, and gameplay streaming.<br><br>**Is Discord Available On Meta Quest?**<br><br>If you're a Meta Quest user, you can use Discord while in your VR experience. Through Meta Quest, you can access the full Discord app, like your servers, direct messages (DMs), group DMs, voice/video calls, without needing a separate device or using the VR headset web browser.<br><br>You can get Discord on your Meta Quest by downloading the app through the Meta Horizon Store.<br><br><br>**A Discord server as seen in the Discord app on a Meta Quest device.** |

<table>
<tr><th>Claim</th><th>Evidence</th></tr>
<tr><td></td><td>
What Discord Features Are Available On Meta Quest?<br><br>
Discord on Meta Quest includes all the features you're used to from the Discord app, including:<br>
• Your servers, DMs, and Group DMs<br>
• Voice calls using your headset's built-in microphone<br>
• Video calls if you've set up a Meta Avatar<br>
• Streaming Meta Quest gameplay to your friend on Discord<br>
https://support.discord.com/hc/en-us/articles/41412722792983-Discord-on-Meta-Quest-FAQ<br><br>
Discord's public engineering materials explain that Discord clients communicate with Discord's gateway and session services to receive servers, channels, DMs, profile pictures, and other information needed to make Discord function.<br><br>
Reconnecting Users<br>
The next stop in our incident is our gateway service, which serves as both the ingress and egress point for all websocket traffic. When your client starts, it connects to the gateway and receives all the servers, channels, DMs, profile pics you need to make Discord be Discord by reaching out to the sessions service to create a session. It holds the socket open, dispatching messages to your client.<br>

<br>
https://discord.com/blog/behind-the-scenes-of-the-3-25-26-voice-outage<br><br>
This evidence supports [6a] because Discord for Meta Quest uses the Quest headset and Discord native application as the Internet-enabled client environment to communicate with Discord's web-accessible backend/gateway/session services and retrieve Discord panels/windows, server/channel/message/call content, and associated account/profile/interface state, corresponding to retrieving themes, widgets, and widget profiles.
</td></tr>
</table>

Exhibit 3 – Infringement Allegations for U.S. Patent No. 8,736,764

| Claim | Evidence |
| --- | --- |
| [6b] defining of themes, widgets and widgets profiles; | Upon information and belief, the Quest Accused Product implements a method comprising defining of themes, widgets and widgets profiles.<br><br>Discord for Meta Quest defines the available Discord application panels/windows, presentation environment, and user-accessible feature set that are presented in the Meta Quest VR environment. The available Discord Quest features include servers, DMs, Group DMs, voice calls, video calls, and gameplay streaming. Those Discord panels/windows and feature modules correspond to widgets, the selected account/server/channel/DM/call environment corresponds to a widget-profile analogue, and the application/pinned-panel presentation in the Meta Quest display environment corresponds to the claimed theme or presentation settings.<br><br>Discord's Meta Quest FAQ identifies the Discord features available on Meta Quest, including servers, DMs, Group DMs, voice calls, video calls, and gameplay streaming.<br><br>**What Discord Features Are Available On Meta Quest?**<br><br>Discord on Meta Quest includes all the features you're used to from the Discord app, including:<br>• Your servers, DMs, and Group DMs<br>• Voice calls using your headset's built-in microphone<br>• Video calls if you've set up a Meta Avatar<br>• Streaming Meta Quest gameplay to your friend on Discord<br><br>https://support.discord.com/hc/en-us/articles/41412722792983-Discord-on-Meta-Quest-FAQ<br><br>Discord's Quest launch blog describes the native Quest app as providing the familiar Discord experience in VR, including servers, DM and Group DM conversations, calls, and the ability to keep Discord pinned in the user's playspace. |

Exhibit 3 – Infringement Allegations for U.S. Patent No. 8,736,764

| Claim | Evidence |
|---|---|
| | **Discord is Now on Meta Quest: Reach Out to Your Servers While in VR**<br><br>Clyde<br>June 30, 2026<br><br>**Starting today, Discord is now available to download directly from Meta's Horizon App Store.** No more sideloading the app. No more keeping your Discord friends confined to your headset's web browser, or using another device to hold your call while in VR.<br><br>And *all* the familiar features from the app are here, including all your servers, DM, and Group DM conversations. **It's the full, proper Discord experience.** And since your Meta Quest headset already has a mic built-in, you can hop in and out of Discord calls any time without fiddling with an external device beforehand.<br><br><br><br>Keep the app pinned in your playspace while trying to aim for a higher score in Beat Saber, or send someone a quick DM on the side while you're hanging out VR Chat.<br><br>https://discord.com/blog/discord-is-now-on-meta-quest-reach-out-to-your-servers-while-in-vr<br><br>This evidence supports [6b] because Discord defines the available Quest application panels/windows, feature modules, and presentation behavior used to provide Discord functionality in the Meta Quest display environment, corresponding to defining themes, widgets, and widget profiles. |
| [6c] uploading of themes, widgets and widgets profiles; | Upon information and belief, the Quest Accused Product implements a method comprising uploading of themes, widgets and widgets profiles. |

Exhibit 3 – Infringement Allegations for U.S. Patent No. 8,736,764

| Claim | Evidence |
|---|---|
| | On information and belief, Discord for Meta Quest uploads, transmits, saves, synchronizes, stores, and/or applies user-selected Discord account, notification, call, streaming, panel/window, and application-state information used to present Discord panels/windows in the Meta Quest environment. These settings and state include, at least, server/DM/Group DM/call context, notification preferences, and related user/account state that determine which Discord panels/windows are available, shown, muted, surfaced, pinned, or used during the Quest VR experience. To the extent Quest-specific spatial pinning or window-position settings are stored or applied by Meta Horizon OS rather than Discord's own backend services, Plaintiff contends that this does not defeat the asserted infringement theory because Discord provides the native Quest application and publicly promotes use of Discord as a pinned panel/window in the Quest playspace, thereby inducing users to use Discord in a manner that causes the Quest/Horizon OS environment to save, apply, and/or maintain those settings as part of the accused method.<br><br>Discord's Meta Quest FAQ identifies the Discord features available on Meta Quest, including servers, DMs, Group DMs, voice calls, video calls, and gameplay streaming.<br><br>**What Discord Features Are Available On Meta Quest?**<br><br>Discord on Meta Quest includes all the features you're used to from the Discord app, including:<br>• Your servers, DMs, and Group DMs<br>• Voice calls using your headset's built-in microphone<br>• Video calls if you've set up a Meta Avatar<br>• Streaming Meta Quest gameplay to your friend on Discord<br><br>https://support.discord.com/hc/en-us/articles/41412722792983-Discord-on-Meta-Quest-FAQ<br><br>Discord's notification-settings materials show user-configurable notification preferences for server and channel activity, including channel-level options such as All, Mentions, Nothing, and Mute. |

| Claim | Evidence |
| --- | --- |
| | **Finding Your Channel Notification Settings**<br><br>Discord's channel notification settings provide granular control over alerts at the individual channel level. You can override notifications for specific channels through **Notification Overrides**, even when other server notification settings are enabled.<br><br>1. Simply navigate to your server **Notification Settings** > **Notification Overrides**.<br><br>2. Select the dropdown menu to see a list of channels and categories. You can customize notification settings for each channel, even if you have other server-wide settings enabled.<br><br>3. Select the channel you want to customize and choose your notification preferences:<br><br>• **All:** Receive notifications for every message<br>• **Mentions:** Get notified only when you're mentioned<br>• **Nothing**: Disable all notifications<br>• **Mute**: Silence everything including @mentions<br><br>This gives you precise control over each channel's notifications, regardless of your server-wide settings. |

Exhibit 3 – Infringement Allegations for U.S. Patent No. 8,736,764

| Claim | Evidence |
|---|---|
| | <br><br><br>https://support.discord.com/hc/en-us/articles/215253258-Notifications-Settings-101<br><br>Discord's engineering materials explain that Discord clients receive updates used to keep client state synchronized with the server, including updates containing channel, member, and voice-state information. |

Exhibit 3 – Infringement Allegations for U.S. Patent No. 8,736,764

| Claim | Evidence |
|---|---|
| | We employ passive sessions to avoid sending most messages that a server generates to clients that may not even open the server. For example, a Discord server could be very active sending thousands of messages per minute, but if a user isn't actually reading those messages, it doesn't make sense to send them and waste their bandwidth. Once you tab into the server, a passive session will be "upgraded" into a normal session and receive the full firehose of dispatches from that guild.<br><br>However, passive sessions still need to be periodically sent a limited amount of information, which is the purpose of PASSIVE_UPDATE_V1. Periodically, all passive sessions will receive an update with a list of channels, members, and members in voice so your client can still be kept in sync with the server.<br><br>Diving into the actual contents of one of those PASSIVE_UPDATE_V1 dispatches, we would send *all* of the channels, members, or members in voice, even if only a single element changed. Passive sessions were implemented as a means to scale Discord servers to hundreds of thousands of users and it worked well at the time.<br><br>However as we've continued to scale, sending these snapshots which consist of mostly redundant data was no longer sufficient. To fix this, we introduced a new dispatch that only sends the delta of what's changed since the last update. This dispatch, aptly named PASSIVE_UPDATE_V2, significantly reduced the overall bandwidth from 35% of the gateway's bandwidth to 5%, equating to a 20% reduction cluster-wide.<br><br><br><br><br>https://discord.com/blog/how-discord-reduced-websocket-traffic-by-40-percent<br><br>Separately, Discord's Quest launch blog promotes use of Discord as a pinned panel/window in the Quest playspace while another VR application continues running. |

| Claim | Evidence |
|---|---|
| | **Discord is Now on Meta Quest: Reach Out to Your Servers While in VR**<br><br>Clyde<br>June 30, 2026<br><br>**Starting today, Discord is now available to download directly from Meta's Horizon App Store.** No more sideloading the app. No more keeping your Discord friends confined to your headset's web browser, or using another device to hold your call while in VR.<br><br>And *all* the familiar features from the app are here, including all your servers, DM, and Group DM conversations. **It's the full, proper Discord experience.** And since your Meta Quest headset already has a mic built-in, you can hop in and out of Discord calls any time without fiddling with an external device beforehand.<br><br><br><br>Keep the app pinned in your playspace while trying to aim for a higher score in Beat Saber, or send someone a quick DM on the side while you're hanging out VR Chat.<br><br>https://discord.com/blog/discord-is-now-on-meta-quest-reach-out-to-your-servers-while-in-vr<br><br>This evidence supports [6c] because Discord for Meta Quest uses Discord account, notification, server/channel/message, call, streaming, and synchronized client-state information to save, transmit, synchronize, store, and/or apply Discord panels/windows and associated user settings in the Quest environment. Alternatively, to the extent spatial pinning or panel-position settings are stored or applied by Meta Horizon OS, Discord at least induces that performance by providing the native Quest |

| Claim | Evidence |
|---|---|
| | application and encouraging users to keep Discord pinned in their playspace while using other VR applications. |
| [6d] providing the widgets on the display of the TV unit together with a normal TV-sending, other programs, or videos that a TV-viewer desires to watch; | Upon information and belief, the Quest Accused Product implements a method comprising providing the widgets on the display of the TV unit together with a normal TV-sending, other programs, or videos that a TV-viewer desires to watch.<br><br>Discord for Meta Quest provides Discord panels/windows/widgets on the Meta Quest headset display environment together with other programs, videos, games, or VR application content that the user desires to experience. Discord's Quest launch blog states that users can keep the Discord app pinned in their playspace while playing Beat Saber or send a DM while in VR Chat. Discord's Quest FAQ likewise states that Meta Quest users can use Discord while in a VR experience and access the full Discord app, including servers, DMs, Group DMs, voice calls, and video calls. To the extent the simultaneous display or compositing of Discord panels/windows with other VR applications is performed by Meta Horizon OS, Discord at least induces that performance by providing the native Quest application and encouraging users to keep Discord pinned in the playspace while using other VR applications.<br><br>Discord's Quest launch blog describes using Discord while another VR application continues running, including keeping Discord pinned in the user's playspace while playing Beat Saber or sending a DM while in VR Chat. |

Exhibit 3 – Infringement Allegations for U.S. Patent No. 8,736,764

| Claim | Evidence |
|---|---|
| | **Discord is Now on Meta Quest: Reach Out to Your Servers While in VR**<br>Clyde<br>June 30, 2026<br>**Starting today, Discord is now available to download directly from Meta's Horizon App Store.** No more sideloading the app. No more keeping your Discord friends confined to your headset's web browser, or using another device to hold your call while in VR.<br>And *all* the familiar features from the app are here, including all your servers, DM, and Group DM conversations. **It's the full, proper Discord experience.** And since your Meta Quest headset already has a mic built-in, you can hop in and out of Discord calls any time without fiddling with an external device beforehand.<br><br>Keep the app pinned in your playspace while trying to aim for a higher score in Beat Saber, or send someone a quick DM on the side while you're hanging out VR Chat.<br><br>https://discord.com/blog/discord-is-now-on-meta-quest-reach-out-to-your-servers-while-in-vr<br><br>Discord's Quest FAQ confirms that Meta Quest users can use Discord while in a VR experience and access Discord servers, DMs, Group DMs, voice calls, and video calls without a separate device or headset browser. |

Exhibit 3 – Infringement Allegations for U.S. Patent No. 8,736,764

| Claim | Evidence |
|---|---|
| | **Discord on Meta Quest FAQ**<br>Bubbles<br>1 month ago · Updated<br>Follow<br>Discord is available to download directly from the Meta Horizon Store — bringing the full Discord experience to your Meta Quest headset.<br>**What this article covers:**<br>• Is Discord Available on Meta Quest?<br>• How to Download Discord on Meta Quest<br>• What Discord Features Are Available on Meta Quest?<br>• Frequently Asked Questions<br>**Is Discord Available On Meta Quest?**<br>If you're a Meta Quest user, you can use Discord while in your VR experience. Through Meta Quest, you can access the full Discord app, like your servers, direct messages (DMs), group DMs, voice/video calls, without needing a separate device or using the VR headset web browser.<br>https://support.discord.com/hc/en-us/articles/41412722792983-Discord-on-Meta-Quest-FAQ |

| Claim | Evidence |
|---|---|
| | This evidence supports [6d] because Discord for Meta Quest provides Discord panels/windows/widgets on the Meta Quest display environment together with other VR games, applications, videos, or similar content the user desires to experience, and Discord at least induces any Horizon OS compositing or simultaneous-display functionality by promoting the pinned-in-playspace Quest use case. |
| [6e] navigating widgets and widgets profiles; | Upon information and belief, the Quest Accused Product implements a method comprising navigating widgets and widgets profiles.<br><br>Discord for Meta Quest allows users to navigate Discord panels/windows and widget-profile analogues in the Meta Quest VR environment. Users can access and move through Discord servers, DMs, Group DMs, voice calls, video calls, and gameplay-streaming functionality through the Discord Quest application. The Meta Quest headset provides Touch Plus controllers and/or hand-tracking input mechanisms that allow users to select, control, navigate, and interact with the Discord panel/window displayed in the Quest environment. To the extent movement, selection, positioning, showing, hiding, or arranging of the Discord panel/window is implemented through Meta Horizon OS windowing or input functionality, Discord at least induces that performance by providing the native Quest application and publicly encouraging users to use Discord while in VR, including by keeping Discord pinned in the user's playspace while another VR application continues running.<br><br>Meta's official Quest comparison page identifies Quest input components, including Touch Plus controllers, controller tracking, hand tracking, and the headset/controller components included with the device. |

Exhibit 3 – Infringement Allegations for U.S. Patent No. 8,736,764

| Claim | Evidence |
|---|---|
| | Controllers and natural input<br><br>**Controller tracking** ⓘ: Hybrid using computer vision and machine learning tracking<br>**Hand tracking**: Yes; Use hands to swipe through content or type on a virtual keyboard.<br>**Haptics** ⓘ: TruTouch variable haptics<br><br>**Controller tracking** ⓘ: Hybrid using computer vision and machine learning tracking<br>**Hand tracking**: Yes; Use hands to swipe through content or type on a virtual keyboard.<br>**Haptics** ⓘ: TruTouch variable haptics<br><br>**Controller tracking** ⓘ: Hybrid using computer vision and machine learning tracking<br>**Hand tracking**: Yes; Use hands to swipe through content or type on a virtual keyboard.<br>**Haptics** ⓘ: TruTouch variable haptics<br><br>What's in the box<br><br><br>1 Meta Quest 3S headset (128GB)<br>2 Pre-installed Standard Facial Interface<br>3 Glasses Spacer (included)<br>4 2 Touch Plus Controllers<br>5 2 wrist straps & 2 AA batteries<br>6 Power adapter<br>7 Charging cable<br><br><br>1 Meta Quest 3S headset (256GB)<br>2 Pre-installed Standard Facial Interface<br>3 Glasses Spacer (included)<br>4 2 Touch Plus Controllers<br>5 2 wrist straps & 2 AA batteries<br>6 Power adapter<br>7 Charging cable<br><br><br>1 Meta Quest 3 headset<br>2 Adjustable pre-installed Standard Facial Interface<br>3 2 Touch Plus controllers & 2 AA batteries<br>4 2 wrist straps<br>5 Power adapter<br>6 Charging cable<br><br>https://www.meta.com/quest/compare/<br><br>Discord's Meta Quest FAQ confirms that Meta Quest users can access the full Discord app while in the VR experience, including servers, DMs, Group DMs, voice calls, video calls, and gameplay streaming. |

| Claim | Evidence |
|---|---|
| | **What Discord Features Are Available On Meta Quest?**<br><br>Discord on Meta Quest includes all the features you're used to from the Discord app, including:<br>• Your servers, DMs, and Group DMs<br>• Voice calls using your headset's built-in microphone<br>• Video calls if you've set up a Meta Avatar<br>• Streaming Meta Quest gameplay to your friend on Discord<br><br>https://support.discord.com/hc/en-us/articles/41412722792983-Discord-on-Meta-Quest-FAQ<br><br>Discord's Quest launch blog describes using Discord while another VR application continues running, including keeping Discord pinned in the user's playspace while playing Beat Saber or sending a DM while in VR Chat. |

Exhibit 3 – Infringement Allegations for U.S. Patent No. 8,736,764

| Claim | Evidence |
|---|---|
| | **Discord is Now on Meta Quest: Reach Out to Your Servers While in VR**<br><br>Clyde<br>June 30, 2026<br><br>**Starting today, Discord is now available to download directly from Meta's Horizon App Store.** No more sideloading the app. No more keeping your Discord friends confined to your headset's web browser, or using another device to hold your call while in VR.<br><br>And *all* the familiar features from the app are here, including all your servers, DM, and Group DM conversations. **It's the full, proper Discord experience.** And since your Meta Quest headset already has a mic built-in, you can hop in and out of Discord calls any time without fiddling with an external device beforehand.<br><br><br><br>Keep the app pinned in your playspace while trying to aim for a higher score in Beat Saber, or send someone a quick DM on the side while you're hanging out VR Chat.<br><br>https://discord.com/blog/discord-is-now-on-meta-quest-reach-out-to-your-servers-while-in-vr<br><br>This evidence supports [6e] because Discord for Meta Quest enables users to navigate Discord panels/windows, servers, DMs, Group DMs, calls, streaming functionality, and associated account/server/channel/DM/call environments using Meta Quest input mechanisms, corresponding to navigating widgets and widget profiles. Alternatively, to the extent any panel selection, movement, positioning, showing, hiding, or arranging is performed by Meta Horizon OS or by users operating |

| Claim | Evidence |
|---|---|
| | Meta Quest devices, Discord at least induces that performance by providing the native Quest application and promoting the use of Discord as a pinned panel/window in the Quest VR environment. |
| [6f] wherein the method further includes managing widgets modes for: | Upon information and belief, the Quest Accused Product implements a method, wherein the method further includes managing widgets modes.<br><br>Discord for Meta Quest manages widget modes by providing and encouraging user-selectable modes of displaying, persisting, surfacing, muting, and interacting with Discord panels/windows in the Meta Quest VR environment. Discord's Quest launch blog describes a pinned mode in which the Discord app can be kept "pinned in your playspace" while another VR application continues running. Discord's notification settings materials also show user-configurable notification settings for server and channel activity, including notification preferences that determine whether Discord activity is surfaced, limited to mentions, muted, or disabled. To the extent pinning, persistence, spatial positioning, showing, hiding, or notification presentation is implemented by Meta Horizon OS or by users operating Meta Quest devices, Discord at least induces that performance by providing the native Quest application and promoting the accused pinned-in-playspace use case.<br><br>Discord's Quest launch blog describes a persistent/pinned display mode in which the Discord Quest application can be kept pinned in the user's playspace while another VR application continues running. |

Exhibit 3 – Infringement Allegations for U.S. Patent No. 8,736,764

| Claim | Evidence |
|---|---|
| | **Discord is Now on Meta Quest: Reach Out to Your Servers While in VR**<br><br>Clyde<br>June 30, 2026<br><br>**Starting today, Discord is now available to download directly from Meta's Horizon App Store.** No more sideloading the app. No more keeping your Discord friends confined to your headset's web browser, or using another device to hold your call while in VR.<br><br>And *all* the familiar features from the app are here, including all your servers, DM, and Group DM conversations. **It's the full, proper Discord experience.** And since your Meta Quest headset already has a mic built-in, you can hop in and out of Discord calls any time without fiddling with an external device beforehand.<br><br><br><br>Keep the app pinned in your playspace while trying to aim for a higher score in Beat Saber, or send someone a quick DM on the side while you're hanging out VR Chat.<br><br>https://discord.com/blog/discord-is-now-on-meta-quest-reach-out-to-your-servers-while-in-vr<br><br>Discord's notification-settings materials show user-configurable notification modes for server and channel activity, including All, Mentions, Nothing, and Mute. |

Exhibit 3 – Infringement Allegations for U.S. Patent No. 8,736,764

| Claim | Evidence |
|---|---|
| | **Finding Your Channel Notification Settings**<br><br>Discord's channel notification settings provide granular control over alerts at the individual channel level. You can override notifications for specific channels through **Notification Overrides**, even when other server notification settings are enabled.<br><br>1. Simply navigate to your server **Notification Settings** > **Notification Overrides**.<br><br>2. Select the dropdown menu to see a list of channels and categories. You can customize notification settings for each channel, even if you have other server-wide settings enabled.<br><br>3. Select the channel you want to customize and choose your notification preferences:<br><br>• **All:** Receive notifications for every message<br>• **Mentions:** Get notified only when you're mentioned<br>• **Nothing**: Disable all notifications<br>• **Mute**: Silence everything including @mentions<br><br>This gives you precise control over each channel's notifications, regardless of your server-wide settings. |

Exhibit 3 – Infringement Allegations for U.S. Patent No. 8,736,764

| Claim | Evidence |
|---|---|
| | <br><br>https://support.discord.com/hc/en-us/articles/215253258-Notifications-Settings-101<br><br>This evidence supports [6f] because Discord for Meta Quest provides, and induces users to use, modes for controlling whether Discord panels/windows remain pinned and visible, are muted, or are otherwise shown, hidden, or persisted in the Quest VR environment. Discord's notification-settings materials further show user-configurable notification modes for Discord activity. Quest-specific temporary notification output is addressed separately in [6g]. |
| [6g] "sticky on change" wherein the widget's notifications for off-screen widgets appear on the display of the TV unit for a certain time when their content has been updated or changed; and | Upon information and belief, the Quest Accused Product implements a method, wherein the method further comprises managing widgets modes for "sticky on change" wherein the widget's notifications for off-screen widgets appear on the display of the TV unit for a certain time when their content has been updated or changed.<br><br>Discord for Meta Quest provides Discord message, server, DM, Group DM, voice-call, video-call, and related communication content in the Meta Quest VR environment. Discord also provides notification functionality for updated server and channel activity, including user-configurable notification settings for server and channel activity. |

| Claim | Evidence |
| --- | --- |
| | Discord's Meta Quest FAQ confirms that Discord for Meta Quest provides Discord message and call functionality in VR, including servers, DMs, Group DMs, voice calls, and video calls.<br><br>**Is Discord Available On Meta Quest?**<br><br>If you're a Meta Quest user, you can use Discord while in your VR experience. Through Meta Quest, you can access the full Discord app, like your servers, direct messages (DMs), group DMs, voice/video calls, without needing a separate device or using the VR headset web browser.<br><br>You can get Discord on your Meta Quest by downloading the app through the Meta Horizon Store.<br><br><br><br>**A Discord server as seen in the Discord app on a Meta Quest device.** |

Exhibit 3 – Infringement Allegations for U.S. Patent No. 8,736,764

| Claim | Evidence |
|---|---|
| | **What Discord Features Are Available On Meta Quest?**<br><br>Discord on Meta Quest includes all the features you're used to from the Discord app, including:<br>• Your servers, DMs, and Group DMs<br>• Voice calls using your headset's built-in microphone<br>• Video calls if you've set up a Meta Avatar<br>• Streaming Meta Quest gameplay to your friend on Discord<br><br>https://support.discord.com/hc/en-us/articles/41412722792983-Discord-on-Meta-Quest-FAQ<br><br>Discord's notification-settings materials show user-configurable notification settings for server and channel activity, including channel-level options such as All, Mentions, Nothing, and Mute. |

Exhibit 3 – Infringement Allegations for U.S. Patent No. 8,736,764

| Claim | Evidence |
|---|---|
| | **Finding Your Channel Notification Settings**<br><br>Discord's channel notification settings provide granular control over alerts at the individual channel level. You can override notifications for specific channels through **Notification Overrides**, even when other server notification settings are enabled.<br><br>1. Simply navigate to your server **Notification Settings** > **Notification Overrides**.<br><br>2. Select the dropdown menu to see a list of channels and categories. You can customize notification settings for each channel, even if you have other server-wide settings enabled.<br><br>3. Select the channel you want to customize and choose your notification preferences:<br><br>• **All:** Receive notifications for every message<br>• **Mentions:** Get notified only when you're mentioned<br>• **Nothing:** Disable all notifications<br>• **Mute:** Silence everything including @mentions<br><br>This gives you precise control over each channel's notifications, regardless of your server-wide settings. |

Exhibit 3 – Infringement Allegations for U.S. Patent No. 8,736,764

| Claim | Evidence |
|---|---|
| | <br><br>https://support.discord.com/hc/en-us/articles/215253258-Notifications-Settings-101<br><br>To the extent Quest-specific temporary notification output is implemented by Meta Horizon OS in response to updated Discord content, Discord at least induces that performance by providing the native Discord Quest application, enabling Discord message/call activity in VR, and encouraging users to use Discord while in the Quest environment.<br><br>This evidence supports [6g] on information and belief because Discord for Meta Quest provides Discord content in the Quest VR environment, Discord's notification materials show configurable notification behavior for updated server and channel activity, and Discord at least induces any Quest/Horizon OS temporary notification output in response to updated Discord content by providing the native Quest application, enabling Discord message/call activity in VR, and encouraging users to use Discord while in the Quest environment. |
| [6h] "sticky", wherein the widget remains on the display of the TV unit | Upon information and belief, the Quest Accused Product implements a method, wherein the method further comprises managing widgets modes for "sticky", wherein the widget remains on the display of the TV unit when the user exits the widget mode. |

| Claim | Evidence |
| --- | --- |
| when the user exits the widget mode. | Discord states that the Discord for Meta Quest application/panel/window can be kept pinned and visible in the Meta Quest display environment while the user continues using another VR application. Discord's Quest launch blog states that users can keep the Discord app "pinned in your playspace" while playing Beat Saber or send a DM while in VR Chat. This pinned-panel behavior corresponds to "sticky" because, after the user invokes, positions, or pins the Discord panel/window, the Discord panel/window remains on the Meta Quest display environment while the user continues the VR application experience, corresponding to a widget that remains on the display after the user exits the active Discord/widget interaction mode. To the extent pinning, persistence, spatial positioning, or continued display is implemented by Meta Horizon OS or by users operating Meta Quest devices, Discord at least induces that performance by providing the native Quest application and publicly encouraging users to keep Discord pinned in the Quest playspace while using other VR applications.<br><br>Discord's Quest launch blog describes the Discord Quest application as a persistent panel/window that can be kept pinned in the user's playspace while another VR application continues running. |

Exhibit 3 – Infringement Allegations for U.S. Patent No. 8,736,764

| Claim | Evidence |
|---|---|
| | **Discord is Now on Meta Quest: Reach Out to Your Servers While in VR**<br><br>Clyde<br>June 30, 2026<br><br>**Starting today, Discord is now available to download directly from Meta's Horizon App Store.** No more sideloading the app. No more keeping your Discord friends confined to your headset's web browser, or using another device to hold your call while in VR.<br><br>And *all* the familiar features from the app are here, including all your servers, DM, and Group DM conversations. **It's the full, proper Discord experience.** And since your Meta Quest headset already has a mic built-in, you can hop in and out of Discord calls any time without fiddling with an external device beforehand.<br><br><br><br><br>Keep the app pinned in your playspace while trying to aim for a higher score in Beat Saber, or send someone a quick DM on the side while you're hanging out VR Chat.<br><br>https://discord.com/blog/discord-is-now-on-meta-quest-reach-out-to-your-servers-while-in-vr<br><br>Discord's Quest FAQ confirms that the Discord application is used within the Meta Quest VR experience and provides access to the full Discord app, including servers, DMs, Group DMs, voice calls, and video calls. |

Exhibit 3 – Infringement Allegations for U.S. Patent No. 8,736,764

| Claim | Evidence |
|---|---|
| | **Discord on Meta Quest FAQ**<br>Bubbles<br>1 month ago · Updated<br>Follow<br>Discord is available to download directly from the Meta Horizon Store — bringing the full Discord experience to your Meta Quest headset.<br>**What this article covers:**<br>• Is Discord Available on Meta Quest?<br>• How to Download Discord on Meta Quest<br>• What Discord Features Are Available on Meta Quest?<br>• Frequently Asked Questions<br>**Is Discord Available On Meta Quest?**<br>If you're a Meta Quest user, you can use Discord while in your VR experience. Through Meta Quest, you can access the full Discord app, like your servers, direct messages (DMs), group DMs, voice/video calls, without needing a separate device or using the VR headset web browser.<br>https://support.discord.com/hc/en-us/articles/41412722792983-Discord-on-Meta-Quest-FAQ |

| Claim | Evidence |
|---|---|
| | This evidence supports [6h] because Discord for Meta Quest provides, and induces users to use, a Discord panel/window that can be pinned and kept visible in the Meta Quest display environment while the user continues another VR application, corresponding to a sticky widget that remains on the display after the user leaves the active Discord/widget interaction mode. |

# **EXHIBIT 4**

Exhibit 4 – Infringement Allegations for U.S. Patent No. 8,736,764

| Claim | Evidence[1] |
| --- | --- |
| [1-pre] A system for providing widgets on a display of a TV unit provided with an internal or external Internet-enabled device which provides Internet to the TV unit, the system comprising: | Upon information and belief, the Android Accused Product, including Discord's Android mobile application, Discord's Mobile Voice Overlay feature, Discord voice/call services, the Android smartphone display environment, and Android OS draw-over functionality, is a system for providing widgets on a display of a TV unit provided with an internal or external Internet-enabled device which provides Internet to the TV unit.<br><br>The Android Mobile Voice Overlay Accused Product includes Discord's Android mobile application, Discord's Mobile Voice Overlay feature, Discord voice/call services, the Android smartphone display environment, and Android OS draw-over functionality used to present Discord overlay bubbles and voice/call controls on the phone display while the user is using other Android applications or games. The Android smartphone display corresponds to the claimed TV unit/display, and the Android phone's internal networking, operating system, and Discord application/service environment correspond to the Internet-enabled device environment that provides Internet-based Discord functionality to the display. Discord's official Mobile Voice Overlay support page identifies the accused feature as an Android feature and states that, when enabled during an active Discord voice call or voice channel, an overlay bubble appears on the user's phone. |

[1] The present infringement allegations are based on publicly available information accessible to Plaintiff. These allegations are subject to future evidence, including but not limited to confidential information including source code in the possession, custody or control of Defendant, as well as any future claim construction or other relevant orders from the Court.

<table>
<tr>
<td></td>
<td>

# Mobile Voice Overlay (Android)

Librarian

2 years ago · Updated

Follow

Note: Beginning on August 1st, 2022, Discord users can expect to see improvements to the Discord Android application, including:<br>
- **Feature consistency across platforms** through a centralized and streamlined app development process across Android, iOS and desktop<br>
**- Faster app update release cycles** when a new feature is introduced or a pesky bug is fixed thanks to a more consolidated process<br>
Over the next few weeks, the Android app will begin to transition to the React Native framework to enhance the user experience.<br>
To use the new version of the Discord app:<br>
- Go to the Google Play Store to manually update your Discord app.<br>
- Otherwise, if auto-update is enabled on your Android device, the app should automatically update.<br>
You can read more about this change in our blog post.<br>
The old Discord Android application will officially sunset on September 1st, 2022, so make sure you've updated your Android app from the Google Play Store before then!

**Discord Mobile Voice Overlay** is now on Android! Once enabled, whenever you're in an active voice call or channel on Discord, an overlay bubble will show up on your phone.

</td>
</tr>
</table>

| **Claim** | **Evidence**[1] |
|---|---|
| | https://support.discord.com/hc/en-us/articles/360042693171-Mobile-Voice-Overlay-Android<br><br>Discord's Mobile Voice Overlay support page further explains that the overlay lets users see who is talking, see who is in the call, and access voice/call shortcuts while using other applications, without switching back to Discord. |

Exhibit 4 – Infringement Allegations for U.S. Patent No. 8,736,764

| Claim | Evidence[1] |
| --- | --- |
| | Tapping that bubble will expand to show what you see below!   Well, almost exactly what you see here if you have the same name and you have the same friends with the same avatars and you're playing the same game.<br><br>You will be able to see who's talking, who's in the call, and access shortcuts (speaker, mute, hang up) while using other apps—no need to switch back to Discord as this overlay will persist on your phone.<br>https://support.discord.com/hc/en-us/articles/360042693171-Mobile-Voice-Overlay-Android |

Exhibit 4 – Infringement Allegations for U.S. Patent No. 8,736,764

<table>
<tr><th>Claim</th><th>Evidence[1]</th></tr>
<tr><td></td><td>Discord's Mobile Voice Overlay support page also explains that enabling Mobile Voice Overlay requires Android system permission allowing Discord to "draw on top," so the overlay can be seen while the user is using other applications.<br><br>
<br><br>https://support.discord.com/hc/en-us/articles/360042693171-Mobile-Voice-Overlay-Android</td></tr>
</table>

| **Claim** | **Evidence**[1] |
|---|---|
| | This evidence supports [1-pre] because Discord's Android Mobile Voice Overlay provides Discord overlay bubbles and voice/call controls on an Android phone display using Discord's Android application, Discord Internet-based voice/call services, and Android OS draw-over functionality, corresponding to a system for providing widgets on a display of a TV unit provided with an Internet-enabled device. |
| [1a] an internal or external control device for controlling the TV unit; | Upon information and belief, the Android Accused Product comprises an internal or external control device for controlling the TV unit.<br><br>The Android Mobile Voice Overlay Accused Product uses the Android smartphone's touchscreen and input mechanisms as the internal or external control device for controlling the Android display environment and the Discord overlay bubble. Discord's Mobile Voice Overlay support page states that users can access shortcuts such as speaker, mute, and hang-up controls through the overlay while using other applications. Discord also instructs users to enable Mobile Voice Overlay through the Discord mobile app settings and to grant Android permission for Discord to draw on top of other applications.<br><br>Discord's Mobile Voice Overlay support page explains that the overlay allows users to access Discord voice/call controls while using other applications. |

Exhibit 4 – Infringement Allegations for U.S. Patent No. 8,736,764

| **Claim** | **Evidence**[1] |
|---|---|
| | <br><br>https://support.discord.com/hc/en-us/articles/360042693171-Mobile-Voice-Overlay-Android<br><br>Discord's Mobile Voice Overlay support page also explains that users enable the feature in Discord mobile settings and grant Android permission allowing Discord to draw on top of other applications. |

| **Claim** | **Evidence[1]** |
|---|---|
| | https://support.discord.com/hc/en-us/articles/360042693171-Mobile-Voice-Overlay-Android<br><br>This evidence supports [1a] because the Android smartphone touchscreen and input mechanisms allow the user to control, navigate, select, configure, and interact with the Discord overlay bubble and voice/call controls displayed on the Android phone, corresponding to an internal or external control device for controlling the TV unit/display. |
| [1b] wherein the Internet-enabled device is configured to provide navigation, presentation, and use of widgets on the display of the TV unit together with a normal TV-sending, other programs, or videos, that a user desires to watch, wherein the Internet-enabled device is arranged for managing widgets modes for: | Upon information and belief, the Android Accused Product comprises an Internet-enabled device that is configured to provide navigation, presentation, and use of widgets on the display of the TV unit together with a normal TV-sending, other programs, or videos, that a user desires to watch, wherein the Internet-enabled device is arranged for managing widgets modes.<br><br>The Android Mobile Voice Overlay Accused Product provides navigation, presentation, and use of Discord overlay bubbles and voice/call controls on the Android phone display together with other Android applications, including games, that the user is using. Discord's Mobile Voice Overlay support page states that, once enabled, whenever the user is in an active Discord voice call or voice channel, an overlay bubble appears on the phone. Tapping the bubble expands the overlay to show Discord voice/call information and controls, including the active voice channel, invite link, switch-channel option, open-Discord option, speaker, mute, and hang-up controls.<br>Discord's Mobile Voice Overlay support page states that the overlay bubble appears on the phone during an active Discord voice call or voice channel and can be expanded to show Discord voice/call controls. |

| | |
|---|---|
| | **Discord Mobile Voice Overlay is now on Android!** Once enabled, whenever you're in an active voice call or channel on Discord, an overlay bubble will show up on your phone.<br><br>Tapping that bubble will expand to show what you see below!<br><br><br><br><br>Well, almost exactly what you see here if you have the same name and you have the same friends with the same avatars and you're playing the same game.<br><br>You will be able to see who's talking, who's in the call, and access shortcuts (speaker, mute, hang up) while using other apps—no need to switch back to Discord as this overlay will persist on your phone. |

| **Claim** | **Evidence**[1] |
|---|---|
| | https://support.discord.com/hc/en-us/articles/360042693171-Mobile-Voice-Overlay-Android<br><br>Discord's Mobile Voice Overlay support page further explains that users can see who is talking, see who is in the call, and access speaker, mute, and hang-up shortcuts while using other applications, without switching back to Discord, because the overlay persists on the phone. |

Exhibit 4 – Infringement Allegations for U.S. Patent No. 8,736,764

| Claim | Evidence[1] |
|---|---|
| | You will be able to see who's talking, who's in the call, and access shortcuts (speaker, mute, hang up) while using other apps—no need to switch back to Discord as this overlay will persist on your phone.<br><br>*Don't want to see the bubble?* You can drag it out at any time! Just touch the bubble and you should see an "**X**" at the bottom of your screen, then simply move the bubble to the "**X**" and it'll go away.<br><br><br><br>https://support.discord.com/hc/en-us/articles/360042693171-Mobile-Voice-Overlay-Android<br><br>Discord's Mobile Voice Overlay support page also explains that the overlay bubble can be moved or dismissed by dragging it to the "X" at the bottom of the screen. |

Exhibit 4 – Infringement Allegations for U.S. Patent No. 8,736,764

| Claim | Evidence[1] |
|---|---|
| | <br>https://support.discord.com/hc/en-us/articles/360042693171-Mobile-Voice-Overlay-Android<br><br>This evidence supports [1b] because Discord's Android Mobile Voice Overlay presents a Discord overlay bubble and voice/call controls on the Android phone display while another Android application or game continues running, allowing the user to navigate, present, use, move, and dismiss the Discord overlay together with other programs the user is using. |
| [1c] "sticky on change" wherein the widget's notifications for off-screen | Upon information and belief, the Android Accused Product is arranged for managing widgets modes for "sticky on change" wherein the widget's notifications for off-screen widgets appear on the display of the TV unit for a certain time when their content has been updated or changed. |

| **Claim** | **Evidence**[1] |
|---|---|
| widgets appear on the display of the TV unit for a certain time when their content has been updated or changed; and | Discord's Android mobile application provides mobile notification functionality for updated Discord activity, including server messages, direct messages, reactions, friend activity, live activity, and voice-related activity. Discord's mobile notification settings materials state that Discord's in-app notification settings control whether Discord sends a notification, while the Android operating system controls how the notification appears on the phone, including whether it appears as a banner, badge, preview, screen-lighting event, or other visual phone-level notification output. Discord's Android notification settings materials further identify notification categories for server messages, direct messages, reactions, friend activity, and voice-connected activity, and explain that Android can notify the user for every new message in a conversation. On information and belief, when updated Discord content is received while the corresponding Discord message, server, direct-message, voice/call, or overlay interface is off-screen, inactive, minimized, hidden, or not displayed, Discord and Android notification functionality can cause temporary alerts, banners, badges, previews, screen-lighting events, or other notification output to appear on the Android phone display.<br><br>Discord's Mobile Notifications Settings materials explain that Discord controls whether to send a notification, while the Android operating system controls how that notification appears on the phone. |

| | |
|---|---|
| | Discord's Android and iOS apps each have their own notification settings, separate from the desktop app. This article covers how to manage both global and server-specific notifications on each platform.<br><br>**What this article covers:**<br>• In-App Notifications Settings<br>• Android<br>  • App Notification Settings<br>• iOS<br>  • App Notification Settings<br>• Server-Specific Notification Settings<br>  • Mute Server<br>  • Server Notification Settings<br>  • Notification Overrides<br><br>**Note: Regardless of the settings below, you won't receive notifications while the Discord app is open and in focus on your device.**<br><br>**In-App Notifications Settings**<br><br>Discord's in-app Notification Settings screen controls whether Discord sends you a notification at all. Once Discord decides to notify you, your device's OS-level settings (covered separately below for Android and iOS) control how that notification actually appears on your phone, whether as a banner, sound, badge, and so on. |

| **Claim** | **Evidence**[1] |
|---|---|
| | https://support.discord.com/hc/en-us/articles/218892547--Mobile-Notifications-Settings-101<br><br>Discord's Mobile Notifications Settings materials identify Android notification categories for Discord activity, including server messages, direct messages, reactions, friend activity, live activity, and voice-connected activity. |

## Notification Categories

Tap a category to expand it and view or adjust the individual notification types inside. Each category also has an **All [category] notifications** toggle that turns every notification type within it on or off at once.

- **Real-time:** Notifications for live activity.
  - Voice connected: Notifies you when you connect to a voice channel.
- **Server:** Notifications from your servers.
  - Forum notifications: Notifies you about new posts in forum channels.
  - Messages: Notifies you about new messages in your servers.
- **Social:** Notifications for your friends and direct interactions.
  - Direct messages: Notifies you about new DMs.
  - Friend requests: Notifies you about new friend requests.
  - Reaction Notifications: Notifies you when someone reacts to your messages.
  - Friend Activity: Notifies you about your friends' activity, like the games they're playing.

Tap **Show unused categories** to reveal additional notification types that aren't currently active.



| **Claim** | **Evidence**[1] |
| --- | --- |
| | https://support.discord.com/hc/en-us/articles/218892547--Mobile-Notifications-Settings-101<br><br>Discord's Mobile Notifications Settings materials also explain that the Android "Notify on every new message in conversations" setting can cause every new message in a conversation to give the user a buzz, ping, or light up the screen. |

Tip (Android): When someone sends you several messages in a row, Discord always groups them into one tidy notification so your phone doesn't get cluttered. The Notify on every new message in conversations toggle helps decide how many of those messages actually get your attention:

- On: every new message in that conversation gives you a buzz, ping, or lights up your screen.
- Off: only the first message does that. The rest still show up in the notification, just quietly.



| Claim | Evidence[1] |
|---|---|
| | https://support.discord.com/hc/en-us/articles/218892547--Mobile-Notifications-Settings-101<br><br>On information and belief, when updated Discord content is received while the corresponding Discord message, server, direct-message, voice/call, or overlay interface is off-screen, inactive, minimized, hidden, or not displayed, Discord and Android notification functionality can cause temporary alerts, banners, badges, previews, screen-lighting events, or other notification output to appear on the Android phone display.<br><br>This evidence supports [1c] because Discord's Android application provides notification functionality for updated Discord message, server, direct-message, reaction, friend-activity, live-activity, and voice-related content, and Android phone-level notification settings determine whether that updated Discord content appears visually as an alert, banner, badge, preview, screen-lighting event, or other notification output on the Android display. To the extent Android OS notification functionality implements the on-screen notification output in response to updated Discord content, Discord at least induces that performance by providing the Android application, sending Discord notification events, and instructing users how to configure Discord mobile notifications. |
| [1d] "sticky", wherein the widget remains on the display of the TV unit when the user exits the widget mode. | Upon information and belief, the Android Accused Product is arranged for managing widgets modes for "sticky", wherein the widget remains on the display of the TV unit when the user exits the widget mode.<br><br>The Android Mobile Voice Overlay Accused Product provides a persistent Discord overlay bubble and voice/call control interface that remains on the Android phone display while the user continues using other Android applications or games. Discord's Mobile Voice Overlay support page states that users can see who is talking, see who is in the call, and access speaker, mute, and hang-up shortcuts while using other applications, without switching back to Discord, because the overlay "will persist on your phone." This persistent overlay behavior corresponds to "sticky" because the Discord overlay bubble and voice/call controls remain available on the display after the user is no longer actively using the full Discord application interface or active Discord/widget interaction mode. |

Exhibit 4 – Infringement Allegations for U.S. Patent No. 8,736,764

| Claim | Evidence[1] |
|---|---|
| | Discord's Mobile Voice Overlay support page explains that the overlay persists on the phone while the user uses other applications.<br><br>You will be able to see who's talking, who's in the call, and access shortcuts (speaker, mute, hang up) while using other apps—no need to switch back to Discord as this overlay will persist on your phone.<br><br>https://support.discord.com/hc/en-us/articles/360042693171-Mobile-Voice-Overlay-Android<br><br>Discord's Mobile Voice Overlay support page also shows the expanded overlay bubble with voice/call controls over another Android application or game-like display. |

| | |
|---|---|
| | **Discord Mobile Voice Overlay is now on Android!** Once enabled, whenever you're in an active voice call or channel on Discord, an overlay bubble will show up on your phone.<br><br>Tapping that bubble will expand to show what you see below!<br><br><br><br><br>Well, almost exactly what you see here if you have the same name and you have the same friends with the same avatars and you're playing the same game. |

| Claim | Evidence[1] |
|---|---|
| | https://support.discord.com/hc/en-us/articles/360042693171-Mobile-Voice-Overlay-Android<br><br>This evidence supports [1d] because Discord's Android Mobile Voice Overlay provides a Discord overlay bubble and voice/call controls that remain on the Android phone display while another Android application or game continues running, corresponding to a sticky widget that remains on the display after the user exits the active Discord/widget interaction mode. |

| The accused Android Mobile Voice Overlay implementation includes Discord's Android mobile application, Discord's Mobile Voice Overlay feature, Discord voice/call services, the Android smartphone display environment, Android OS draw-over functionality, Android notification functionality, and user interaction with the Android phone. Discord provides the Android application and publicly instructs users how to enable and use Mobile Voice Overlay, including by enabling the feature in Discord settings and granting Android permission for Discord to draw on top of other applications. To the extent any display, overlay, notification, persistence, positioning, showing, hiding, or settings-storage functionality is performed by Android OS and/or by users operating Android devices, Discord at least induces that performance by providing the Android application, sending Discord voice/call and notification events, and instructing users to enable and use the accused Mobile Voice Overlay functionality. | |
|---|---|
| **Claim** | **Evidence** |
| [6-pre] A method for providing widgets on a display of a TV unit provided with an internal or external Internet-enabled device, wherein the method comprises the steps of: | Upon information and belief, the Android Accused Product implements a method for providing widgets on a display of a TV unit provided with an internal or external Internet-enabled device.<br><br>The Android Mobile Voice Overlay Accused Product provides a method, implemented through Discord's Android mobile application, Discord's Mobile Voice Overlay feature, Discord voice/call services, the Android smartphone display environment, and Android OS draw-over functionality, for providing Discord overlay bubbles and voice/call controls on an Android phone display. The Android smartphone display corresponds to the claimed TV unit/display, and the Android phone's internal networking, operating system, and Discord application/service environment correspond to the Internet-enabled device environment used to provide Internet-based Discord functionality to the display.<br><br>Discord's Mobile Voice Overlay support page identifies the accused feature as an Android feature and states that, when enabled during an active Discord voice call or voice channel, an overlay bubble appears on the user's phone. |

# Mobile Voice Overlay (Android)

Librarian

2 years ago · Updated

Follow

Note: Beginning on August 1st, 2022, Discord users can expect to see improvements to the Discord Android application, including:
- **Feature consistency across platforms** through a centralized and streamlined app development process across Android, iOS and desktop
- **Faster app update release cycles** when a new feature is introduced or a pesky bug is fixed thanks to a more consolidated process

Over the next few weeks, the Android app will begin to transition to the React Native framework to enhance the user experience.
To use the new version of the Discord app:
- Go to the Google Play Store to manually update your Discord app.
- Otherwise, if auto-update is enabled on your Android device, the app should automatically update.

You can read more about this change in our blog post.
The old Discord Android application will officially sunset on September 1st, 2022, so make sure you've updated your Android app from the Google Play Store before then!

**Discord Mobile Voice Overlay is now on Android!** Once enabled, whenever you're in an active voice call or channel on Discord, an overlay bubble will show up on your phone.

Tapping that bubble will expand to show what you see below!

https://support.discord.com/hc/en-us/articles/360042693171-Mobile-Voice-Overlay-Android

Discord's Mobile Voice Overlay support page further explains that users can see who is talking, see who is in the call, and access speaker, mute, and hang-up shortcuts while using other applications, without switching back to Discord, because the overlay persists on the phone.

> You will be able to see who's talking, who's in the call, and access shortcuts (speaker, mute, hang up) while using other apps—no need to switch back to Discord as this overlay will persist on your phone.
>
> *Don't want to see the bubble?* You can drag it out at any time! Just touch the bubble and you should see an "**X**" at the bottom of your screen, then simply move the bubble to the "**X**" and it'll go away.



Exhibit 4 – Infringement Allegations for U.S. Patent No. 8,736,764

| | |
|---|---|
| | https://support.discord.com/hc/en-us/articles/360042693171-Mobile-Voice-Overlay-Android<br><br>Discord's Mobile Voice Overlay support page also explains that enabling Mobile Voice Overlay requires Android system permission allowing Discord to "draw on top," so the overlay can be seen while the user is using other applications.<br><br><br><br>https://support.discord.com/hc/en-us/articles/360042693171-Mobile-Voice-Overlay-Android |

| | |
|---|---|
| | This evidence supports [6-pre] because Discord's Android Mobile Voice Overlay provides a method for presenting Discord overlay bubbles and voice/call controls on an Android phone display using Discord's Android application, Discord Internet-based voice/call services, and Android OS draw-over functionality. |
| [6a] communicating with a web portal for retrieving themes, widgets and widgets profiles by means of the Internet-enabled device; | Upon information and belief, the Android Accused Product implements a method comprising communicating with a web portal for retrieving themes, widgets and widgets profiles by means of the Internet-enabled device.<br><br>The Android Mobile Voice Overlay Accused Product communicates with Discord's web-accessible account, gateway, session, voice/call, and backend service environment to retrieve Discord account information, server/channel information, voice-channel state, participant information, user/profile information, call state, overlay state, notification state, and related Discord application/overlay content for presentation on the Android phone display. The Android phone and Discord Android application operate as the Internet-enabled client environment that communicates with Discord's Internet-based services. The retrieved Discord overlay bubble, voice/call controls, active channel information, participant/user information, and associated interface state correspond to retrieving widgets, widget-profile information, and associated presentation/interface state.<br><br>Discord's Mobile Voice Overlay support page shows that the Android overlay presents Discord voice-channel information, participant/user information, and voice/call controls on the Android phone display. |

**Discord Mobile Voice Overlay** is now on Android! Once enabled, whenever you're in an active voice call or channel on Discord, an overlay bubble will show up on your phone.

Tapping that bubble will expand to show what you see below!




Well, almost exactly what you see here if you have the same name and you have the same friends with the same avatars and you're playing the same game.

https://support.discord.com/hc/en-us/articles/360042693171-Mobile-Voice-Overlay-Android

Discord's public engineering materials explain that Discord clients communicate with Discord's gateway and session services to receive servers, channels, DMs, profile pictures, and other information needed to make Discord function.

**Reconnecting Users**

The next stop in our incident is our gateway service, which serves as both the ingress and egress point for all websocket traffic. When your client starts, it connects to the gateway and receives all the servers, channels, DMs, profile pics you need to make Discord be Discord by reaching out to the sessions service to create a session. It holds the socket open, dispatching messages to your client.




A surprise session exit isn't unanticipated. Degraded hardware in a cloud provider, network errors, self-introduced bugs, or you're using Discord on a train in a tunnel — there are myriad reasons a session might disconnect. To recover, our gateway service monitors each user's session and immediately tells the client to reconnect if there's an issue. We then *optimistically* attempt to resume the users' session by reconnecting to an instance of the gateway service in the same zone as the user's session. If the session's still there, great! We hook everything back up, and you can continue discussing stealing brainrots. If not, then we go ahead and start a new session for you.

At 12:13 PDT, this resumption happens not for one session, but for 17% of our total sessions. Because all of the affected sessions were running in the us-east1-b zone, they mostly have their gateway connections co-located in us-east1-b. Each gateway process for each affected user gets a `:DOWN` message, signaling to the client that their session is now invalid and requires a reconnection to our systems.

As these requests arrived, they triggered our start session rate limit that provides backpressure when we have a flood of requests... but that rate limit hadn't yet been re-tuned after the migration. As we were running a higher pod count than the previous VM architecture, the per-host rate limit allowed more capacity through, increasing serialization from more concurrent session starts. Memory usage spiked on all of the gateway nodes in us-east1-b, and we began to run out of memory.

https://discord.com/blog/behind-the-scenes-of-the-3-25-26-voice-outage

Discord's public engineering materials further explain that Discord clients receive channel, member, and voice-state information so the client can remain synchronized with Discord servers.

Exhibit 4 – Infringement Allegations for U.S. Patent No. 8,736,764

| | |
|---|---|
| | **Another Win: Passive Sessions V2**<br><br>While this next part isn't directly related to the zstandard work, the metrics that guided us during the dark launch phase of this project revealed a surprising behavior. Looking at the actual size of dispatches that were sent to the client, passive_update_v1 stood out. This dispatch consisted of over 30% of our gateway traffic while the actual number of dispatches sent were comparatively small—around 2%.<br><br><br><br><br>We employ passive sessions to avoid sending most messages that a server generates to clients that may not even open the server. For example, a Discord server could be very active sending thousands of messages per minute, but if a user isn't actually reading those messages, it doesn't make sense to send them and waste their bandwidth. Once you tab into the server, a passive session will be "upgraded" into a normal session and receive the full firehose of dispatches from that guild.<br><br>However, passive sessions still need to be periodically sent a limited amount of information, which is the purpose of PASSIVE_UPDATE_V1. Periodically, all passive sessions will receive an update with a list of channels, members, and members in voice so your client can still be kept in sync with the server.<br><br>Diving into the actual contents of one of those PASSIVE_UPDATE_V1 dispatches, we would send *all* of the channels, members, or members in voice, even if only a single element changed. Passive sessions were implemented as a means to scale Discord servers to hundreds of thousands of users and it worked well at the time.<br><br>However as we've continued to scale, sending these snapshots which consist of mostly redundant data was no longer sufficient. To fix this, we introduced a new dispatch that only sends the delta of what's changed since the last update. This dispatch, aptly named PASSIVE_UPDATE_V2, significantly reduced the overall bandwidth from 35% of the gateway's bandwidth to 5%, equating to a 20% reduction cluster-wide.<br><br>https://discord.com/blog/how-discord-reduced-websocket-traffic-by-40-percent |

| | |
|---|---|
| | This evidence supports [6a] because Discord's Android application communicates with Discord's web-accessible gateway, session, voice/call, and backend services to retrieve the Discord voice-channel content, participant/user information, call state, overlay controls, and interface state used to present and operate the Android Mobile Voice Overlay, corresponding to communicating with a web portal for retrieving themes, widgets, and widget profiles by means of the Internet-enabled device. |
| [6b] defining of themes, widgets and widgets profiles; | Upon information and belief, the Android Accused Product implements a method comprising defining of themes, widgets and widgets profiles.<br><br>The Android Mobile Voice Overlay Accused Product defines the available Discord overlay bubble, expanded voice/call control interface, voice-channel/call interface state, and presentation/settings behavior used to provide Discord overlay functionality on the Android phone display. Discord's Mobile Voice Overlay support page defines the accused Android overlay feature by explaining that, once enabled, an overlay bubble appears during an active Discord voice call or voice channel, and that tapping the bubble expands the overlay to show Discord voice/call information and controls. The available Discord overlay bubble, expanded voice/call interface, invite-link control, switch-channel control, open-Discord control, speaker control, mute control, and hang-up control correspond to widgets. The active voice channel, participant/user information, call state, overlay state, and user-selected overlay/notification settings correspond to widget-profile information and associated presentation/interface state. The Android draw-over permission, overlay persistence, and mobile notification settings correspond to presentation/settings behavior for the accused Android overlay environment.<br><br>Discord's Mobile Voice Overlay support page defines the Android overlay feature as an overlay bubble that appears during an active Discord voice call or voice channel and expands to show Discord voice/call controls. |

**Discord Mobile Voice Overlay is now on Android!** Once enabled, whenever you're in an active voice call or channel on Discord, an overlay bubble will show up on your phone.

Tapping that bubble will expand to show what you see below!




Well, almost exactly what you see here if you have the same name and you have the same friends with the same avatars and you're playing the same game.

You will be able to see who's talking, who's in the call, and access shortcuts (speaker, mute, hang up) while using other apps—no need to switch back to Discord as this overlay will persist on your phone.

https://support.discord.com/hc/en-us/articles/360042693171-Mobile-Voice-Overlay-Android
Discord’s Mobile Voice Overlay support page further defines the overlay’s presentation behavior by explaining that the overlay persists while the user uses other applications and can be moved or dismissed by dragging it to the “X” at the bottom of the screen.



| | |
|---|---|
| | https://support.discord.com/hc/en-us/articles/360042693171-Mobile-Voice-Overlay-Android<br><br>Discord's Mobile Voice Overlay support page also defines the Android system presentation permission required for the overlay by instructing users to enable Mobile Voice Overlay and grant Android permission for Discord to "draw on top" of other applications. |

When you enable the toggle, you'll be taken to the Android System permissions to allow Discord to "draw on top". This permission is required to allow you to see the overlay while using other apps!




https://support.discord.com/hc/en-us/articles/360042693171-Mobile-Voice-Overlay-Android

| | |
|---|---|
| | Discord's Mobile Notifications Settings materials further define mobile notification behavior and categories for Discord activity, including server messages, direct messages, reactions, friend activity, live activity, and voice-connected activity. |

| | |
|---|---|
| | **Notification Categories**<br><br>Tap a category to expand it and view or adjust the individual notification types inside. Each category also has an **All [category] notifications** toggle that turns every notification type within it on or off at once.<br><br>• **Real-time**: Notifications for live activity.<br>  ◦ Voice connected: Notifies you when you connect to a voice channel.<br>• **Server**: Notifications from your servers.<br>  ◦ Forum notifications: Notifies you about new posts in forum channels.<br>  ◦ Messages: Notifies you about new messages in your servers.<br>• **Social**: Notifications for your friends and direct interactions.<br>  ◦ Direct messages: Notifies you about new DMs.<br>  ◦ Friend requests: Notifies you about new friend requests.<br>  ◦ Reaction Notifications: Notifies you when someone reacts to your messages.<br>  ◦ Friend Activity: Notifies you about your friends' activity, like the games they're playing. |

| | |
|---|---|
| | https://support.discord.com/hc/en-us/articles/218892547--Mobile-Notifications-Settings-101<br><br>This evidence supports [6b] because Discord defines the Android Mobile Voice Overlay feature set, available overlay widgets, voice/call controls, overlay presentation behavior, Android draw-over setup, and mobile notification categories/settings used to provide Discord overlay functionality on the Android phone display, corresponding to defining themes, widgets, and widget profiles. |
| [6c] uploading of themes, widgets and widgets profiles; | Upon information and belief, the Android Accused Product implements a method comprising uploading of themes, widgets and widgets profiles.<br><br>On information and belief, the Android Mobile Voice Overlay Accused Product uploads, transmits, saves, synchronizes, stores, and/or applies user-selected Discord account, overlay, voice/call, notification, permission, and interface-state information used to present and manage Discord overlay bubbles and voice/call controls on the Android phone display. This includes, at least, enabling Mobile Voice Overlay in Discord settings, granting Android permission for Discord to draw on top of other applications, applying voice/call state, applying overlay presentation state, and applying user-configured notification settings and categories. The saved, synchronized, stored, and/or applied state determines whether the Discord overlay bubble is available, shown, persistent, movable, dismissible, and whether updated Discord activity is surfaced through Android notifications. To the extent Android OS stores or applies draw-over permission, notification appearance, overlay presentation, or other local settings, Discord at least induces that performance by providing the Android application and instructing users to enable and use Mobile Voice Overlay and related notification settings.<br>Discord's Mobile Voice Overlay support page explains that users enable Mobile Voice Overlay in Discord mobile settings and grant Android permission allowing Discord to "draw on top" of other applications. |

Exhibit 4 – Infringement Allegations for U.S. Patent No. 8,736,764

## How To Enable Mobile Voice Overlay

Make sure you are on Discord Android Version 9.4.5. You can enable the **Mobile Voice Overlay** by going into *Settings* → *Voice & Video* → and you should see a "*Enable Mobile Voice Overlay*" toggle.




When you enable the toggle, you'll be taken to the Android System permissions to allow Discord to "draw on top". This permission is required to allow you to see the overlay while using other apps!



| | |
|---|---|
| | https://support.discord.com/hc/en-us/articles/360042693171-Mobile-Voice-Overlay-Android<br><br>Discord's Mobile Voice Overlay support page shows that the overlay remains available while the user uses other applications and can be moved or dismissed by dragging the bubble to the "X" at the bottom of the screen. |

Exhibit 4 – Infringement Allegations for U.S. Patent No. 8,736,764

| | |
|---|---|
| | [<br>You will be able to see who's talking, who's in the call, and access shortcuts (speaker, mute, hang up) while using other apps—no need to switch back to Discord as this overlay will persist on your phone.<br><br>*Don't want to see the bubble?* You can drag it out at any time! Just touch the bubble and you should see an "**X**" at the bottom of your screen, then simply move the bubble to the "**X**" and it'll go away.<br><br><br><br><br>https://support.discord.com/hc/en-us/articles/360042693171-Mobile-Voice-Overlay-Android |

| | |
|---|---|
| | Discord’s Mobile Notifications Settings materials explain that Discord’s in-app notification settings control whether Discord sends a notification, while Android operating-system settings control how the notification appears on the phone. |

## App Notifications Settings

This menu controls which activity sends you a notification, like new messages or a friend going live. Similar to iOS, Android manages these settings through your device's settings rather than from within Discord.

1. Open your device's **Settings** app and tap **Notifications.**

2. Tap **App notifications.**

3. Tap **Discord** from your list of apps.

This opens the Discord notification settings screen, where you can manage global notification behavior for the app.

- **All Discord notifications:** This acts as your master notification control. Disabling it means Discord won't send any push or banner notifications when you receive activity.
- **Notification organizer:** When enabled, Android automatically bundles and silences lower-priority Discord notifications.



| | |
|---|---|
| | https://support.discord.com/hc/en-us/articles/218892547--Mobile-Notifications-Settings-101<br><br>Discord's Mobile Notifications Settings materials identify Android notification categories for Discord activity, including voice-connected activity, server messages, direct messages, reactions, friend activity, and other notification categories. |

| | |
|---|---|
| | **Another Win: Passive Sessions V2**<br><br>While this next part isn't directly related to the zstandard work, the metrics that guided us during the dark launch phase of this project revealed a surprising behavior. Looking at the actual size of dispatches that were sent to the client, passive_update_v1 stood out. This dispatch consisted of over 30% of our gateway traffic while the actual number of dispatches sent were comparatively small–around 2%.<br><br><br><br><br>We employ passive sessions to avoid sending most messages that a server generates to clients that may not even open the server. For example, a Discord server could be very active sending thousands of messages per minute, but if a user isn't actually reading those messages, it doesn't make sense to send them and waste their bandwidth. Once you tab into the server, a passive session will be "upgraded" into a normal session and receive the full firehose of dispatches from that guild.<br><br>However, passive sessions still need to be periodically sent a limited amount of information, which is the purpose of PASSIVE_UPDATE_V1. Periodically, all passive sessions will receive an update with a list of channels, members, and members in voice so your client can still be kept in sync with the server.<br><br>Diving into the actual contents of one of those PASSIVE_UPDATE_V1 dispatches, we would send *all* of the channels, members, or members in voice, even if only a single element changed. Passive sessions were implemented as a means to scale Discord servers to hundreds of thousands of users and it worked well at the time.<br><br>However as we've continued to scale, sending these snapshots which consist of mostly redundant data was no longer sufficient. To fix this, we introduced a new dispatch that only sends the delta of what's changed since the last update. This dispatch, aptly named PASSIVE_UPDATE_V2, significantly reduced the overall bandwidth from 35% of the gateway's bandwidth to 5%, equating to a 20% reduction cluster-wide. |

| | |
|---|---|
| | https://discord.com/blog/how-discord-reduced-websocket-traffic-by-40-percent<br><br>Discord's public engineering materials explain that Discord clients receive channel, member, and voice-state information so the client can remain synchronized with Discord servers.<br>This evidence supports [6c] because Discord's Android application, Discord backend services, and Android OS settings functionality save, apply, synchronize, store, and/or transmit user-selected overlay, voice/call, permission, notification, and interface-state information used to present and manage the Android Mobile Voice Overlay. Those saved, synchronized, stored, and/or applied settings and state correspond to uploading themes, widgets, and widget profiles, including at least overlay widgets, widget-profile/interface state, and associated presentation/settings behavior. |
| [6d] providing the widgets on the display of the TV unit together with a normal TV-sending, other programs, or videos that a TV-viewer desires to watch; | Upon information and belief, the Android Accused Product implements a method comprising providing the widgets on the display of the TV unit together with a normal TV-sending, other programs, or videos that a TV-viewer desires to watch.<br><br>The Android Mobile Voice Overlay Accused Product provides Discord overlay bubbles and voice/call controls on the Android phone display together with other Android applications, including games, that the user is using. Discord's Mobile Voice Overlay support page states that, once enabled, whenever the user is in an active Discord voice call or voice channel, an overlay bubble appears on the phone. Tapping the bubble expands the overlay to show Discord voice/call information and controls, including the active voice channel, invite link, switch-channel option, open-Discord option, speaker, mute, and hang-up controls. Discord further states that users can see who is talking, see who is in the call, and access speaker, mute, and hang-up shortcuts while using other applications, without switching back to Discord, because the overlay persists on the phone. To the extent Android OS draw-over functionality performs the overlay presentation or compositing over other applications, Discord at least induces that performance by providing the Android application and instructing users to enable Mobile Voice Overlay and grant Android permission for Discord to draw on top of other applications. Discord's Mobile Voice Overlay support page shows the expanded overlay bubble with Discord voice/call controls displayed over another Android application or game-like display. |

| | |
|---|---|
| | **Discord Mobile Voice Overlay is now on Android!** Once enabled, whenever you're in an active voice call or channel on Discord, an overlay bubble will show up on your phone.<br><br>Tapping that bubble will expand to show what you see below!<br><br><br><br><br>Well, almost exactly what you see here if you have the same name and you have the same friends with the same avatars and you're playing the same game.<br><br>You will be able to see who's talking, who's in the call, and access shortcuts (speaker, mute, hang up) while using other apps—no need to switch back to Discord as this overlay will persist on your phone. |

| | |
|---|---|
| | https://support.discord.com/hc/en-us/articles/360042693171-Mobile-Voice-Overlay-Android<br><br>Discord's Mobile Voice Overlay support page explains that users can see who is talking, see who is in the call, and access speaker, mute, and hang-up shortcuts while using other applications, without switching back to Discord, because the overlay persists on the phone. |

You will be able to see who's talking, who's in the call, and access shortcuts (speaker, mute, hang up) while using other apps—no need to switch back to Discord as this overlay will persist on your phone.

*Don't want to see the bubble?* You can drag it out at any time! Just touch the bubble and you should see an "**X**" at the bottom of your screen, then simply move the bubble to the "**X**" and it'll go away.




https://support.discord.com/hc/en-us/articles/360042693171-Mobile-Voice-Overlay-Android

Discord's Mobile Voice Overlay support page also explains that enabling Mobile Voice Overlay requires Android system permission allowing Discord to "draw on top," so the overlay can be seen while the user is using other applications.

| | |
|---|---|
| | When you enable the toggle, you'll be taken to the Android System permissions to allow Discord to "draw on top". This permission is required to allow you to see the overlay while using other apps!   https://support.discord.com/hc/en-us/articles/360042693171-Mobile-Voice-Overlay-Android |

| | |
|---|---|
| | This evidence supports [6d] because Discord's Android Mobile Voice Overlay provides Discord overlay bubbles and voice/call controls on the Android phone display while another Android application or game continues running, corresponding to providing widgets on the display together with other programs the user desires to use. |
| [6e] navigating widgets and widgets profiles; | Upon information and belief, the Android Accused Product implements a method comprising navigating widgets and widgets profiles.<br><br>The Android Mobile Voice Overlay Accused Product allows users to navigate Discord overlay widgets and associated widget-profile/interface state on the Android phone display. Discord's Mobile Voice Overlay support page states that, once enabled, an overlay bubble appears during an active Discord voice call or voice channel and that tapping the bubble expands the overlay to show Discord voice/call information and controls. The expanded overlay includes the active voice channel, participant/user information, invite-link control, switch-channel control, open-Discord control, speaker control, mute control, and hang-up control. Discord's Mobile Voice Overlay support page also explains that the overlay bubble can be moved or dismissed by dragging the bubble to the "X" at the bottom of the screen. These actions correspond to navigating widgets and widget-profile/interface state because the user can select, expand, move, dismiss, and interact with Discord overlay bubbles, voice/call controls, active channel information, participant/user information, and associated overlay state. To the extent Android OS performs any touch-input, drag, movement, selection, display, or dismissal functionality, Discord at least induces that performance by providing the Android application and instructing users to enable and use Mobile Voice Overlay.<br><br>Discord's Mobile Voice Overlay support page states that the overlay bubble appears during an active Discord voice call or voice channel and can be expanded to show Discord voice/call controls. |

You will be able to see who's talking, who's in the call, and access shortcuts (speaker, mute, hang up) while using other apps—no need to switch back to Discord as this overlay will persist on your phone.

*Don't want to see the bubble?* You can drag it out at any time! Just touch the bubble and you should see an "**X**" at the bottom of your screen, then simply move the bubble to the "**X**" and it'll go away.




https://support.discord.com/hc/en-us/articles/360042693171-Mobile-Voice-Overlay-Android

Discord's Mobile Voice Overlay support page explains that users can see who is talking, see who is in the call, and access speaker, mute, and hang-up shortcuts while using other applications, without switching back to Discord.

| | |
|---|---|
| | You will be able to see who's talking, who's in the call, and access shortcuts (speaker, mute, hang up) while using other apps—no need to switch back to Discord as this overlay will persist on your phone.<br><br>*Don't want to see the bubble?* You can drag it out at any time! Just touch the bubble and you should see an "X" at the bottom of your screen, then simply move the bubble to the "X" and it'll go away.<br><br><br><br>https://support.discord.com/hc/en-us/articles/360042693171-Mobile-Voice-Overlay-Android |

Exhibit 4 – Infringement Allegations for U.S. Patent No. 8,736,764

Discord's Mobile Voice Overlay support page also explains that the overlay bubble can be moved or dismissed by dragging it to the "X" at the bottom of the screen.




https://support.discord.com/hc/en-us/articles/360042693171-Mobile-Voice-Overlay-Android

This evidence supports [6e] because Discord's Android Mobile Voice Overlay allows users to navigate and interact with Discord overlay bubbles, voice/call controls, channel controls, participant/user information, and associated overlay state, including by expanding, selecting, moving, and dismissing the overlay, corresponding to navigating widgets and widget-profile/interface state.

| | |
|---|---|
| [6f] wherein the method further includes managing widgets modes for: | Upon information and belief, the Android Accused Product implements a method, wherein the method further includes managing widgets modes.<br><br>The Android Mobile Voice Overlay Accused Product manages widget modes for Discord overlay bubbles, voice/call controls, and Discord notification output on the Android phone display. Discord manages the persistent-overlay mode by providing the Mobile Voice Overlay feature, instructing users to enable Mobile Voice Overlay in Discord settings, and instructing users to grant Android permission for Discord to draw on top of other applications. Discord also manages the display, movement, dismissal, and persistence behavior of the overlay bubble, including allowing the overlay to remain on the display while the user uses other applications and allowing the user to dismiss the overlay by dragging it to the "X" at the bottom of the screen. Discord further provides mobile notification settings and notification categories used to manage notification output for updated Discord activity, including server messages, direct messages, reactions, friend activity, live activity, and voice-connected activity. To the extent Android OS performs any draw-over, notification-display, permission, persistence, movement, dismissal, or local settings functionality, Discord at least induces that performance by providing the Android application and instructing users to enable and use Mobile Voice Overlay and Discord mobile notifications.<br><br>Discord's Mobile Voice Overlay support page explains that users enable Mobile Voice Overlay in Discord mobile settings and grant Android permission allowing Discord to draw on top of other applications. |

| | |
|---|---|
| | When you enable the toggle, you'll be taken to the Android System permissions to allow Discord to "draw on top". This permission is required to allow you to see the overlay while using other apps!   https://support.discord.com/hc/en-us/articles/360042693171-Mobile-Voice-Overlay-Android |

| | |
|---|---|
| | Discord’s Mobile Voice Overlay support page explains that the overlay persists while the user uses other applications and can be moved or dismissed by dragging it to the “X” at the bottom of the screen.<br><br>You will be able to see who's talking, who's in the call, and access shortcuts (speaker, mute, hang up) while using other apps—no need to switch back to Discord as this overlay will persist on your phone.<br><br>*Don't want to see the bubble?* You can drag it out at any time! Just touch the bubble and you should see an "**X**" at the bottom of your screen, then simply move the bubble to the "**X**" and it'll go away.<br><br><br><br>https://support.discord.com/hc/en-us/articles/360042693171-Mobile-Voice-Overlay-Android |

| | |
|---|---|
| | Discord's Mobile Notifications Settings materials explain that Discord's in-app notification settings control whether Discord sends a notification, while Android operating-system settings control how the notification appears on the phone. |

## In-App Notifications Settings

Discord's in-app Notification Settings screen controls whether Discord sends you a notification at all. Once Discord decides to notify you, your device's OS-level settings (covered separately below for Android and iOS) control how that notification actually appears on your phone, whether as a banner, sound, badge, and so on.

You can reach this screen two different ways:

### Notifications Page

1. Tap the **Notifications** icon to the right of your profile.

2. Tap the **ellipsis** in the top-right corner of Notifications and select **Notification Settings**.



| | |
|---|---|
| | https://support.discord.com/hc/en-us/articles/218892547--Mobile-Notifications-Settings-101<br><br>This evidence supports [6f] because Discord's Android application and related Discord/Android settings functionality manage the modes used for the Android Mobile Voice Overlay and Discord notification output, including persistent overlay behavior, movement/dismissal behavior, draw-over permission, and notification-display behavior, corresponding to managing widget modes for sticky-on-change and sticky widgets. |
| [6g] "sticky on change" wherein the widget's notifications for off-screen widgets appear on the display of the TV unit for a certain time when their content has been updated or changed; and | Upon information and belief, the Android Accused Product implements a method, wherein the method further comprises managing widgets modes for "sticky on change" wherein the widget's notifications for off-screen widgets appear on the display of the TV unit for a certain time when their content has been updated or changed.<br><br>Discord's Android mobile application provides mobile notification functionality for updated Discord activity, including server messages, direct messages, reactions, friend activity, live activity, and voice-related activity. Discord's mobile notification settings materials state that Discord's in-app notification settings control whether Discord sends a notification, while the Android operating system controls how the notification appears on the phone, including whether it appears as a banner, badge, preview, screen-lighting event, or other visual phone-level notification output. Discord's Android notification settings materials further identify notification categories for server messages, direct messages, reactions, friend activity, and voice-connected activity, and explain that Android can notify the user for every new message in a conversation. On information and belief, when updated Discord content is received while the corresponding Discord message, server, direct-message, voice/call, or overlay interface is off-screen, inactive, minimized, hidden, or not displayed, Discord and Android notification functionality can cause temporary alerts, banners, badges, previews, screen-lighting events, or other notification output to appear on the Android phone display.<br><br>Discord's Mobile Notifications Settings materials explain that Discord controls whether to send a notification, while the Android operating system controls how that notification appears on the phone. |

Exhibit 4 – Infringement Allegations for U.S. Patent No. 8,736,764

## In-App Notifications Settings

Discord's in-app Notification Settings screen controls whether Discord sends you a notification at all. Once Discord decides to notify you, your device's OS-level settings (covered separately below for Android and iOS) control how that notification actually appears on your phone, whether as a banner, sound, badge, and so on.

You can reach this screen two different ways:

### Notifications Page

1. Tap the **Notifications** icon to the right of your profile.

2. Tap the **ellipsis** in the top-right corner of Notifications and select **Notification Settings**.



| | |
|---|---|
| | https://support.discord.com/hc/en-us/articles/218892547--Mobile-Notifications-Settings-101<br><br>Discord's Mobile Notifications Settings materials identify Android notification categories for Discord activity, including voice-connected activity, server messages, direct messages, reactions, friend activity, and other notification categories. |

### Notification Categories

Tap a category to expand it and view or adjust the individual notification types inside. Each category also has an **All [category] notifications** toggle that turns every notification type within it on or off at once.

- **Real-time**: Notifications for live activity.
  - Voice connected: Notifies you when you connect to a voice channel.
- **Server**: Notifications from your servers.
  - Forum notifications: Notifies you about new posts in forum channels.
  - Messages: Notifies you about new messages in your servers.
- **Social**: Notifications for your friends and direct interactions.
  - Direct messages: Notifies you about new DMs.
  - Friend requests: Notifies you about new friend requests.
  - Reaction Notifications: Notifies you when someone reacts to your messages.
  - Friend Activity: Notifies you about your friends' activity, like the games they're playing.

Tap **Show unused categories** to reveal additional notification types that aren't currently active.



| | |
|---|---|
| | https://support.discord.com/hc/en-us/articles/218892547--Mobile-Notifications-Settings-101<br><br>Discord's Mobile Notifications Settings materials also explain that the Android "Notify on every new message in conversations" setting can cause every new message in a conversation to give the user a buzz, ping, or light up the screen. |

| | |
|---|---|
| | Tip (Android): When someone sends you several messages in a row, Discord always groups them into one tidy notification so your phone doesn't get cluttered. The Notify on every new message in conversations toggle helps decide how many of those messages actually get your attention:<br>• On: every new message in that conversation gives you a buzz, ping, or lights up your screen.<br>• Off: only the first message does that. The rest still show up in the notification, just quietly.<br><br>Notify on every new message in conversations on Android |

| | |
|---|---|
| | https://support.discord.com/hc/en-us/articles/218892547--Mobile-Notifications-Settings-101<br><br>This evidence supports [6g] because Discord's Android application provides notification functionality for updated Discord message, server, direct-message, reaction, friend-activity, live-activity, and voice-related content, and Android phone-level notification settings determine whether that updated Discord content appears visually as an alert, banner, badge, preview, screen-lighting event, or other notification output on the Android display for a certain time. To the extent Android OS notification functionality implements the on-screen notification output in response to updated Discord content, Discord at least induces that performance by providing the Android application, sending Discord notification events, and instructing users how to configure Discord mobile notifications. |
| [6h] "sticky", wherein the widget remains on the display of the TV unit when the user exits the widget mode. | Upon information and belief, the Android Accused Product implements a method, wherein the method further comprises managing widgets modes for "sticky", wherein the widget remains on the display of the TV unit when the user exits the widget mode.<br><br>The Android Mobile Voice Overlay Accused Product provides a persistent Discord overlay bubble and voice/call control interface that remains on the Android phone display after the user exits or is no longer actively using the full Discord application interface or active Discord/widget interaction mode and continues using other Android applications or games. Discord's Mobile Voice Overlay support page states that users can see who is talking, see who is in the call, and access speaker, mute, and hang-up shortcuts while using other applications, without switching back to Discord, because the overlay "will persist on your phone." Discord's Mobile Voice Overlay support page also shows the expanded overlay bubble and voice/call controls displayed over another Android application or game-like display. To the extent Android OS draw-over functionality performs the persistent display or compositing of the overlay over other applications, Discord at least induces that performance by providing the Android application and instructing users to enable Mobile Voice Overlay and grant Android permission for Discord to draw on top of other applications.<br><br>Discord's Mobile Voice Overlay support page explains that the overlay persists on the phone while the user uses other applications. |

| | |
|---|---|
| | You will be able to see who's talking, who's in the call, and access shortcuts (speaker, mute, hang up) while using other apps—no need to switch back to Discord as this overlay will persist on your phone.<br><br>https://support.discord.com/hc/en-us/articles/360042693171-Mobile-Voice-Overlay-Android<br><br>Discord's Mobile Voice Overlay support page shows the expanded overlay bubble with Discord voice/call controls over another Android application or game-like display. |

| | |
|---|---|
| | **Discord Mobile Voice Overlay is now on Android!** Once enabled, whenever you're in an active voice call or channel on Discord, an overlay bubble will show up on your phone.<br><br>Tapping that bubble will expand to show what you see below!<br><br><br><br><br>Well, almost exactly what you see here if you have the same name and you have the same friends with the same avatars and you're playing the same game. |

| | |
|---|---|
| | https://support.discord.com/hc/en-us/articles/360042693171-Mobile-Voice-Overlay-Android<br><br>Discord's Mobile Voice Overlay support page also explains that enabling Mobile Voice Overlay requires Android system permission allowing Discord to "draw on top," so the overlay can be seen while the user is using other applications. |

## How To Enable Mobile Voice Overlay

Make sure you are on Discord Android Version 9.4.5. You can enable the **Mobile Voice Overlay** by going into *Settings* → *Voice & Video* → and you should see a "*Enable Mobile Voice Overlay*" toggle.




When you enable the toggle, you'll be taken to the Android System permissions to allow Discord to "draw on top". This permission is required to allow you to see the overlay while using other apps!



| | |
|---|---|
| | https://support.discord.com/hc/en-us/articles/360042693171-Mobile-Voice-Overlay-Android<br><br>This evidence supports [6h] because Discord's Android Mobile Voice Overlay provides a Discord overlay bubble and voice/call controls that remain on the Android phone display while another Android application or game continues running, corresponding to a sticky widget that remains on the display after the user exits the active Discord/widget interaction mode. |