**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **CAMADA SOLUTIONS LLC,**<br>**PLAINTIFF,**<br>**v.**<br>**DISCORD INC.,**<br>**DEFENDANT.** | **Case No. ________________**<br>**JURY TRIAL DEMANDED** |

## PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Camada Solutions LLC ("Camada") states that it has no parent corporation and that there is no publicly held corporation owning 10% or more of Plaintiff Camada's stock.

OF COUNSEL:

Robert M. Harkins
**Cherian Harkins Dunham LLP**
555 12th Street, Suite 2140
Oakland, CA 94607
(510) 944-0190
bobh@chdlaw.com

Thomas M. Dunham
Ronald R. Wielkopolski
J. Michael Woods
**Cherian Harkins Dunham LLP**
2001 L St. NW, Suite 650
(202) 838-1560
Washington, DC 20036
tomd@chdlaw.com
ronw@chdlaw.com
michaelw@chdlaw.com

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

*/s/ Anne Shea Gaza*
Anne Shea Gaza (No. 4093)
Samantha G. Wilson (No. 5816)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
swilson@ycst.com

**ATTORNEYS FOR PLAINTIFF CAMADA SOLUTIONS LLC**