**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **CAMADA SOLUTIONS LLC,**<br><br>**PLAINTIFF,**<br><br>**v.**<br><br>**DISCORD INC.,**<br><br>**DEFENDANT.** | **C.A. No. 26-1276-GBW** |

**UNOPPOSED MOTION FOR AN EXTENSION OF**
**DEFENDANT'S TIME TO RESPOND TO THE COMPLAINT**

Plaintiff Camada Solutions LLC ("Camada") by and through its undersigned counsel, hereby moves for an order extending the deadline for Defendant Discord Inc. ("Discord") to answer, move or otherwise respond to the Complaint for Patent Infringement (D.I. 1) by 30 days from Monday, October 26, 2026, to Wednesday, November 25, 2026. Discord requested additional time to further consider the allegations in the Complaint and prepare a response.

Discord has not yet retained Delaware counsel, but its in-house counsel has consented to this motion.

Dated: October 8, 2026

OF COUNSEL:

Robert M. Harkins
**Cherian Harkins Dunham LLP**
555 12th Street, Suite 2140
Oakland, CA 94607
(510) 944-0190
bobh@chdlaw.com

Thomas M. Dunham
Ronald R. Wielkopolski
J. Michael Woods
**Cherian Harkins Dunham LLP**
2001 L St. NW, Suite 650
Washington, DC 20036
(202) 838-1560
tomd@chdlaw.com
ronw@chdlaw.com
michaelw@chdlaw.com

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

*/s/ Samantha G. Wilson*
Anne Shea Gaza (No. 4093)
Samantha G. Wilson (No. 5816)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
swilson@ycst.com

**ATTORNEYS FOR PLAINTIFF CAMADA SOLUTIONS LLC**

## ORDER GRANTING UNOPPOSED MOTION

IT IS HEREBY ORDERED that the unopposed motion for an extension of defendant's time to respond to the complaint is granted. Discord Inc.'s deadline to answer, move, or otherwise respond to the Complaint (D.I. 1) is extended through and including November 25, 2026.

Date:________________________ ____________________________________

United States District Judge